**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| **DEFENDING THE REPUBLIC**, | |
| Plaintiff, | |
| v. | Case No. 3:23-cv-00276-L |
| **FEDERAL BUREAU OF INVESTIGATION**, | |
| Defendant. | |

**DEFENDANT'S APPENDIX
IN SUPPORT OF ITS MOTION TO DISMISS**

**Table of Appendix**

| Bates Stamps | Description |
|---|---|
| App001-004 | Declaration of Liam C. Holland |
| App005–006 | Exhibit 1: Defending the Republic, Inc. Texas Secretary of State Filing History (Feb. 23, 2023) |
| App007–008 | Exhibit 2: Defending the Republic, Inc. Texas Franchise Tax Public Information Report (dated June 3, 2022). |
| App009–011 | Exhibit 3: Defending the Republic, Inc. Certificate of Formation (filed Dec. 1, 2020) |
| App012-016 | Exhibit 4: Defending the Republic, Inc. Certificate of Amendment (dated Dec. 4, 2020 and filed Dec. 22, 2020)) |
| App017-019 | Exhibit 5: Defending the Republic, Inc. Florida Division of Corporations Filing History (Feb. 27, 2023) |
| App020-021 | Exhibit 6: Defending the Republic, Inc. Florida Foreign Not for Profit Corporation Amended Annual Report (Mar. 29, 2022) |
| App022-023 | Exhibit 7: Defending the Republic, Inc. Florida Foreign Not for Profit Corporation Annual Report (Feb. 3, 2022) |
| App024-031 | Exhibit 8: Defending the Republic, Inc. Application by Foreign Not for Profit Corporation for Authorization to Conduct its Affairs in Florida (Dec. 21, 2021) |
| App032-038 | Exhibit 9: Defending the Republic, Inc. New York Registration Statement for Charitable Organizations (Oct. 2022) |
| App039-074 | Exhibit 10: Defending the Republic, Inc. Internal Revenue Service Filings, https://www.documentcloud.org/documents/23132293-redacted-fins-1 |
| App075-078 | Exhibit 11: Jon Swaine & Emma Brown, *Sydney Powell's nonprofit raised $16 million as she spread election falsehoods*, Wash. Post, Oct. 14, 2022. |

| | |
|---|---|
| App079-089 | Exhibit 12: Josh Gerstein, *Trump 'Kraken' lawyer Sidney Powell lands in Washington*, Politico, Aug. 31, 2021, https://www.politico.com/news/2021/08/31/trump-kraken-sidney-powell-washington-507879 |
| App090-093 | Exhibit 13: City of Alexandria, VA Office of Real Estate Assessments Property Records for 524 N Washington St, Alexandria, Virginia (Feb. 28, 2023), |
| App094-104 | Exhibit 14: Regus.com Virtual Offices Web Page (last visited Mar.13, 2023), https://www.regus.com/en-us/virtual-offices |
| App105-108 | Exhibit 15: Regus.com Virtual Office Checkout Web Page for Virtual Offices in Dallas, Texas (last visited Mar. 13, 2023), https://www.regus.com/en-us/virtual-offices/office-checkout-page/#/en-us/virtual-offices/virtual-office-checkout-page/USA/TX/Dallas |
| App109-111 | Exhibit 16: Regus.com Virtual Office Checkout Web Page Showing Virtual Office Plan Types available at 2911 Turtle Creek Blvd., Suite 300, Dallas, ,TX 75219 (last visited Mar. 13, 2023), https://www.regus.com/en-us/virtual-offices/office-checkout-page/#/en-us/virtual-offices/virtual-office-checkout-page/plan-options/TX,%20Dallas%20-%20Turtle%20Creek%20%28HQ%29 |
| App112-113 | Exhibit 17: Regus.com Virtual Office Checkout Web Page Showing Plan Type Details available at 2911 Turtle Creek Blvd., Suite 300, Dallas, TX 75219 (last visited Mar. 13, 2023), |
| App114-118 | Exhibit 18: Davincivirtual.com Web Page Listing for 2911 Turtle Creek Boulevard Suite 300 Dallas, TX 75219 (last visited Mar. 13, 2023), https://www.davincivirtual.com/loc/us/texas/dallas-virtual-offices/facility-4414 |
| App119-133 | Exhibit 19: Google Internet Search Results for "2911 turtle creek blvd ste 300" (last visited Mar. 13, 2023). |
| App134-135 | Exhibit 20: North Caroline State Bar Online Membership Directory Listing for Mr. Charles Neal Coker |
| App136-138 | Exhibit 21: Metropolitan ENT & Facial Plastic Surgery Provider Page for Michael R. Abidin, MD (last visited Mar. 14, 2023), https://www.metropolitanent.com/provider/michael-r-abidin-md/ |
| App139-145 | Exhibit 22: defendingtherepublic.org website, as digitally archived by the Internet Archive's Wayback Machine on December 23, 2020. |
| App146-174 | Exhibit 23: Compl., *Gohmert, et al. v. Pence*, No. 6:20-cv-00660 (E.D. Tex. Dec. 27, 2020). |

Dated: March 15, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

*/s/ Liam C. Holland*
LIAM C. HOLLAND
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-4964
Fax: (202) 616-8470
Email: liam.c.holland@usdoj.gov

*Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

**DEFENDING THE REPUBLIC,**

Plaintiff,

v.

**FEDERAL BUREAU OF INVESTIGATION,**

Defendant.

Case No. 3:23-cv-00276-L

## DECLARATION OF LIAM C. HOLLAND

I, Liam C. Holland, declare as follows:

1.      I am a trial attorney with the United States Department of Justice, Civil Division, Federal Programs Branch, and counsel for Defendant in the above-captioned action. I submit this declaration in support of Defendant's Motion to Dismiss.

2.      Attached as Exhibit 1 is a true and correct copy of the filing history of Defending the Republic, Inc. as found published on the Texas Secretary of State website as of February 23, 2023.

3.      Attached as Exhibit 2 is a true and correct copy of a Defending the Republic, Inc. Texas Franchise Tax Public Information Report dated June 3, 2022, as found on file with the State of Texas.

4.      Attached as Exhibit 3 is a true and correct copy of Defending the Republic, Inc.'s Certificate of Formation, as found on file with the State of Texas.

5.      Attached as Exhibit 4 is a true and correct copy of a Defending the Republic, Inc. Certificate of Amendment as found on file with the State of Texas.

6.      Attached as Exhibit 5 is a true and correct copy of the filing history of Defending the Republic, Inc., as found published on the State of Florida Department of State Division of

1

Corporations website as of February 27, 2023.

7.     Attached as Exhibit 6 is a true and correct copy of a Defending the Republic, Inc. Amended Annual Report as found on file with the State of Florida.

8.     Attached as Exhibit 7 is a true and correct copy of a Defending the Republic, Inc. Annual Report as found on file with the State of Florida.

9.     Attached as Exhibit 8 is a true and correct copy of a Defending the Republic, Inc. Application for Authorization to Conduct Affairs in Florida as found on file with the State of Florida.

10.     Attached as Exhibit 9 is a true and correct copy of a Defending the Republic, Inc. Registration Statement for Charitable Organizations as found on file with the New York State Office of the Attorney General Charities Bureau.

11.     Attached as Exhibit 10 is a true and correct copy of Defending the Republic, Inc. Internal Revenue Service filings as found published on the Washington Post website and accessible at the URL https://www.documentcloud.org/documents/23132293-redacted-fins-1

12.     Attached as Exhibit 11 is a true and correct copy of a Washington Post article by Jon Swaine and Emma Brown dated October 14, 2022, as found and accessible on a ProQuest newspaper article database.

13.     Attached as Exhibit 12 is a true and correct copy of a Politico article by Josh Gerstein dated August 31, 2021, as found and accessible at the URL https://www.politico.com/news/2021/08/31/trump-kraken-sidney-powell-washington-507879

14.     Attached as Exhibit 13 is a true and correct copy of property records as found and accessible on a City of Arlington, Virginia, website at the URL https://realestate.alexandriava.gov/detail.php?accountno=11688500

15.     Attached as Exhibit 14 is a true and correct copy of a Regus Virtual Offices web page as found and accessible at the URL https://www.regus.com/en-us/virtual-offices

16.     Attached as Exhibit 15 is a true and correct copy of a Regus Virtual Office web page as found and accessible at the URL https://www.regus.com/en-us/virtual-offices/office-checkout-page/#/en-us/virtual-offices/virtual-office-checkout-page/USA/TX/Dallas

17.     Attached as Exhibit 16 is a true and correct copy of a Regus Virtual Office web page as found and accessible at the URL https://www.regus.com/en-us/virtual-offices/office-checkout-page/#/en-us/virtual-offices/virtual-office-checkout-page/plan-options/TX,%20Dallas%20-%20Turtle%20Creek%20%28HQ%29

18.     Attached as Exhibit 17 is a true and correct copy of a Regus Virtual Office web page as found and accessible by clicking "Learn more" for any virtual office plan listed at the URL https://www.regus.com/en-us/virtual-offices/office-checkout-page/#/en-us/virtual-offices/virtual-office-checkout-page/plan-options/TX,%20Dallas%20-%20Turtle%20Creek%20%28HQ%29

19.     Attached as Exhibit 18 is a true and correct copy of a Davincivirtual.com web page as found and accessible at the URL https://www.davincivirtual.com/loc/us/texas/dallas-virtual-offices/facility-4414

20.     Attached as Exhibit 19 is a true and correct copy of Google internet search results as found by searching for "2911 turtle creek blvd ste 300" using the Google internet search engine.

21.     Attached as Exhibit 20 is a true and correct copy of information concerning North Carolina State Bar member Charles Neal Coker as found published in the North Carolina State Bar Online Membership Directory.

3

22.    Attached as Exhibit 21 is a true and correct copy of a Metropolitan ENT & Facial Plastic Surgery web page as found and accessible at the URL

https://www.metropolitanent.com/provider/michael-r-abidin-md/

23.    Attached as Exhibit 22 is a true and correct copy of the website defendingtherepublic.org digitally archived by the Internet Archive's Wayback Machine on December 23, 2020, as found and accessible at the URL

https://web.archive.org/web/20201223233328/http://defendingtherepublic.org/

24.    Attached as Exhibit 23 is a true and correct copy of a Complaint filed in the United States District Court for the Eastern District of Texas initiating a lawsuit captioned *Gohmert, et al. v. Pence*, Case No. 6:20-cv-00660.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 14, 2023.

LIAM HOLLAND
Digitally signed by LIAM HOLLAND
Date: 2023.03.14 22:36:12 -04'00'

Liam C. Holland
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice

4

# Exhibit 1

# TEXAS SECRETARY of STATE
# JANE NELSON

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 803845499 | **Entity Type:** | Domestic Nonprofit Corporation |
| **Original Date of Filing:** | December 1, 2020 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | **Non-Profit Type:** | N/A |
| **Tax ID:** | 32076833857 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | DEFENDING THE REPUBLIC, INC. |
| **Address:** | 2911 TURTLE CREEK BLVD STE 300 |
| | DALLAS, TX 75219-6243 USA |

REGISTERED AGENT   FILING HISTORY   NAMES   MANAGEMENT   ASSUMED NAMES   ASSOCIATED ENTITIES   INITIAL ADDRESS

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| | 1010282710002 | Certificate of Formation | December 1, 2020 | December 1, 2020 | No | 2 |
| | 1015556190002 | Certificate of Amendment | December 22, 2020 | December 22, 2020 | No | 4 |
| | 1018003000003 | Change of Registered Agent/Office | January 6, 2021 | January 6, 2021 | No | 2 |
| | 1160894461748 | Change of Name or Address by Registered Agent | June 27, 2022 | July 5, 2022 | No | 1 |
| | 1204688700001 | Public Information Report (PIR) | December 31, 2022 | December 8, 2022 | No | 1 |

[ Order ]  [ Return to Search ]

---

Instructions:
🔴 To place an order for additional information about a filing press the 'Order' button.

# Exhibit 2

**Texas Franchise Tax Public Information Report**

Comptroller of Public Accounts FORM 05-102 (Rev.9-11/30)

*To be filed by Corporations , Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ Tcode 13196 Franchise

| ■ Taxpayer number | ■ Report year |
|---|---|
| 3 2 0 7 6 8 3 3 8 5 7 | 2 0 2 2 |

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.

Taxpayer name: **DEFENDING THE REPUBLIC, INC.**

Mailing address: **2911 TURTLE CREEK BLVD STE 300**

| City | State | ZIP Code | Plus 4 |
|---|---|---|---|
| **DALLAS** | **TX** | **75219** | |

Secretary of State (SOS) file number or Comptroller file number: **0803845499**

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office
Principal place of business

*Please sign below!* Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3207683385722

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration (mm dd yy) |
|---|---|---|---|
| **Mary Pat Coughlin** | **CFO** | ○ YES | |
| Mailing address: **1717 Cheyenne Street** | City: **Sarasota** | State: **FL** | ZIP Code: **34231** |
| Name | Title | ○ YES | Term expiration |
| Mailing address | City | State | ZIP Code |
| Name | Title | ○ YES | Term expiration |
| Mailing address | City | State | ZIP Code |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*  ○ Blacken circle if you need forms to change the registered agent or registered office information.

Agent: **CAPITOL CORPORATE SERVICES, INC.**

| Office: **206 E. 9TH STREET, SUITE 1300** | City: **AUSTIN** | State: **TX** | ZIP Code: **78701** |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ▶ | Title | Date | Area code and phone number |
|---|---|---|---|
| **Mary Pat  Coughlin** | **Electronic** | **06-03-2022** | **( 941 )  400 - 3925** |

**Texas Comptroller Official Use Only**

| VE/DE ○ | PIR IND ○ |
|---|---|

App008

# Exhibit 3

| **Form 202** | | |
|---|---|---|
| Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>Filing Fee: $25 | <br>**Certificate of Formation<br>Nonprofit Corporation** | **Filed in the Office of the<br>Secretary of State of Texas<br>Filing #: 803845499 12/01/2020<br>Document #: 1010282710002<br>Image Generated Electronically<br>for Web Filing** |

### Article 1 - Corporate Name

The filing entity formed is a nonprofit corporation. The name of the entity is :

## DEFENDING THE REPUBLIC, INC.

### Article 2 – Registered Agent and Registered Office

☐ A. The initial registered agent is an organization (cannot be corporation named above) by the name of:

**OR**

☑ B. The initial registered agent is an individual resident of the state whose name is set forth below:

**Name:**

**Sidney    Powell**

C. The business address of the registered agent and the registered office address is:

**Street Address:**

**2911 Turtle Creek Blvd., Suite 300    Dallas  TX  75219**

### Consent of Registered Agent

☐ A. A copy of the consent of registered agent is attached.

**OR**

☑ B. The consent of the registered agent is maintained by the entity.

### Article 3 - Management

☐ A. Management of the affairs of the corporation is to be vested solely in the members of the corporation.

**OR**

☑ B. Management of the affairs of the corporation is to be vested in its board of directors. The number of directors, which must be a minimum of three, that constitutes the initial board of directors and the names and addresses of the persons who are to serve as directors until the first annual meeting or until their successors are elected and qualified are set forth below.

| Director 1: **Sidney    Powell** | Title: **Director** |
|---|---|
| Address: **2911 Turtle Creek Blvd., Suite 300    Dallas TX, USA  75219** | |
| Director 2: **Brannon    Castleberry** | Title: **Director** |
| Address: **2911 Turtle Creek Blvd., Suite 300    Dallas TX, USA  75219** | |
| Director 3: **Lin    Wood** | Title: **Director** |
| Address: **2911 Turtle Creek Blvd., Suite 300    Dallas TX, USA  75219** | |

### Article 4 - Organization Structure

☐ A. The corporation will have members.

or

☑ B. The corporation will not have members.

### Article 5 - Purpose

The corporation is organized for the following purpose or purposes:

**for social welfare, grassroots advocacy and citizen involvement organization established for the purpose of ensuring fair and honest elections in America within the meaning of Section 501(c)(4) of the Internal Revenue Code of 1986, as**

**amended, or any additional amendments to the Internal Revenue Code of 1986.**

### Supplemental Provisions / Information

[The attached addendum, if any, is incorporated herein by reference.]

### Effectiveness of Filing

☑A. This document becomes effective when the document is filed by the secretary of state.

### OR

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

### Organizer

The name and address of the organizer are set forth below.

**Sidney Powell        2911 Turtle Creek Blvd., Suite 300, Dallas, TX 75219**

### Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Sidney Powell**

Signature of organizer.

FILING OFFICE COPY

App011

# Exhibit 4

| Form 424<br>(Revised 05/11)<br><br>Submit in duplicate to:<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>512 463-5555<br>FAX: 512/463-5709<br>**Filing Fee: See instructions** | <br><br>**Certificate of Amendment** | This space reserved for office use. |

## Entity Information

The name of the filing entity is:

DEFENDING THE REPUBLIC, INC.

State the name of the entity as currently shown in the records of the secretary of state. If the amendment changes the name of the entity, state the old name and not the new name.

The filing entity is a: (Select the appropriate entity type below.)

☐ For-profit Corporation
☑ Nonprofit Corporation
☐ Cooperative Association
☐ Limited Liability Company

☐ Professional Corporation
☐ Professional Limited Liability Company
☐ Professional Association
☐ Limited Partnership

The file number issued to the filing entity by the secretary of state is:  803845499

The date of formation of the entity is:  December 1, 2020

## Amendments

### 1. Amended Name

(If the purpose of the certificate of amendment is to change the name of the entity, use the following statement)

The amendment changes the certificate of formation to change the article or provision that names the filing entity. The article or provision is amended to read as follows:

The name of the filing entity is: (state the new name of the entity below)

The name of the entity must contain an organizational designation or accepted abbreviation of such term, as applicable.

### 2. Amended Registered Agent/Registered Office

The amendment changes the certificate of formation to change the article or provision stating the name of the registered agent and the registered office address of the filing entity. The article or provision is amended to read as follows:

Form 424

**Registered Agent**
(Complete either A or B, but not both. Also complete C.)

☐ A.  The registered agent is an organization (cannot be entity named above) by the name of:

_____

**OR**

☐ B.  The registered agent is an individual resident of the state whose name is:

_____
*First Name*                          *M.I.*        *Last Name*                          *Suffix*

The person executing this instrument affirms that the person designated as the new registered agent has consented to serve as registered agent.

C.  The business address of the registered agent and the registered office address is:

                                                                        TX
_____
*Street Address (No P.O. Box)*              *City*                  *State*    *Zip Code*

### 3.  Other Added, Altered, or Deleted Provisions

Other changes or additions to the certificate of formation may be made in the space provided below.  If the space provided is insufficient, incorporate the additional text by providing an attachment to this form.  Please read the instructions to this form for further information on format.

Text Area (The attached addendum, if any, is incorporated herein by reference.)

☐ **Add** each of the following provisions to the certificate of formation.  The identification or reference of the added provision and the full text are as follows:

☑ **Alter** each of the following provisions of the certificate of formation.  The identification or reference of the altered provision and the full text of the provision as amended are as follows:

ARTICLE 3 - MANAGEMENT - SEE ATTACHED

☐ **Delete** each of the provisions identified below from the certificate of formation.

## Statement of Approval

The amendments to the certificate of formation have been approved in the manner required by the Texas Business Organizations Code and by the governing documents of the entity.

Form 424

**Effectiveness of Filing** (Select either A, B, or C.)

A. ☑ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of a future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

_____

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Date:   December 4, 2020

By: _____

Signature of authorized person

Sidney Powell
_____
Printed or typed name of authorized person (see instructions)

Form 424                              8

*ATTACH*

### Article 3 – Management

The management of the affairs of the corporation is vested in the board of directors.  The number of directors constituting the initial board of directors and the names and addresses of the persons who are to serve as directors until the first annual meeting of members or until their successors are elected and qualified are as follows:

*A minimum of three directors is required.*

| Director 1 | | | | | |
|---|---|---|---|---|---|
| Sidney | | Powell | | | |
| *First Name* | *M.I.* | *Last Name* | | | *Suffix* |
| 2911 Turtle Creek Blvd., Suite 300 | Dallas | | TX | 75219 | USA |
| *Street or Mailing Address* | *City* | | *State* | *Zip Code* | *Country* |

| Director 2 | | | | | |
|---|---|---|---|---|---|
| Michael | T. | Flynn | | | |
| *First Name* | *M.I.* | *Last Name* | | | *Suffix* |
| PO Box 4963 | Middletown | | RI | 02842 | USA |
| *Street or Mailing Address* | *City* | | *State* | *Zip Code* | *Country* |

| Director 3 | | | | | |
|---|---|---|---|---|---|
| Joseph | J. | Flynn | | | |
| *First Name* | *M.I.* | *Last Name* | | | *Suffix* |
| 1811 Englewood Rd., #289 | Englewood | | FL | 34223 | USA |
| *Street or Mailing Address* | *City* | | *State* | *Zip Code* | *Country* |

# Exhibit 5

Case 2:23-cv-00276-L    Document 8    Filed 03/15/23    Page 21 of 177    PageID 57



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

# Detail by Entity Name

Foreign Not For Profit Corporation
DEFENDING THE REPUBLIC, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | F21000007319 |
| **FEI/EIN Number** | 85-3930804 |
| **Date Filed** | 12/21/2021 |
| **State** | TX |
| **Status** | ACTIVE |

**Principal Address**

1717 Cheyenne Street
Sarasota, FL 34231

Changed: 03/29/2022

**Mailing Address**

1717 Cheyenne Street
Sarasota, FL 34231

Changed: 03/29/2022

**Registered Agent Name & Address**

COUGHLIN, MARY PAT
1717 Cheyenne Street
Sarasota, FL 34231

Address Changed: 03/29/2022

**Officer/Director Detail**

App018

**Name & Address**

Title PDT

POWELL, SIDNEY
2911 TURTLE CREEK BLVD., #300
DALLAS, TX 75219

Title D

ABIDIN, MICHAEL
2911 TURTLE CREEK BLVD., #300
DALLAS, TX 75219

Title D

COKER, NEAL
2911 TURTLE CREEK BLVD., #300
DALLAS, TX 75219

Title CFO

Inc, Accounting Services & Systems
1717 Cheyenne Street
Sarasota, FL 34231

**Annual Reports**

| Report Year | Filed Date |
| --- | --- |
| 2022 | 02/03/2022 |
| 2022 | 03/29/2022 |

**Document Images**

| | |
| --- | --- |
| 03/29/2022 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 02/03/2022 -- ANNUAL REPORT | View image in PDF format |
| 12/21/2021 -- Foreign Non-Profit | View image in PDF format |

Florida Department of State, Division of Corporations

# Exhibit 6

# 2022 FOREIGN NOT FOR PROFIT CORPORATION AMENDED ANNUAL REPORT

DOCUMENT# F21000007319

**Entity Name:** DEFENDING THE REPUBLIC, INC.

**FILED**
**Mar 29, 2022**
**Secretary of State**
**6847392428CC**

**Current Principal  Place of Business:**

1717 CHEYENNE STREET
SARASOTA, FL  34231

**Current Mailing Address:**

1717 CHEYENNE STREET
SARASOTA, FL  34231  US

**FEI Number:** 85-3930804

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

COUGHLIN, MARY PAT
1717 CHEYENNE STREET
SARASOTA, FL  34231  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: 

_____

Electronic Signature of Registered Agent                                                      Date

**Officer/Director Detail :**

| Title | PDT | Title | D |
|---|---|---|---|
| Name | POWELL, SIDNEY | Name | ABIDIN, MICHAEL |
| Address | 2911 TURTLE CREEK BLVD., #300 | Address | 2911 TURTLE CREEK BLVD., #300 |
| City-State-Zip: | DALLAS TX  75219 | City-State-Zip: | DALLAS TX  75219 |

| Title | D | Title | CFO |
|---|---|---|---|
| Name | COKER, NEAL | Name | INC, ACCOUNTING SERVICES & SYSTEMS |
| Address | 2911 TURTLE CREEK BLVD., #300 | Address | 1717 CHEYENNE STREET |
| City-State-Zip: | DALLAS TX  75219 | City-State-Zip: | SARASOTA FL  34231 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SIDNEY POWELL                                        PRESIDENT                    03/29/2022

_____

Electronic Signature of Signing Officer/Director Detail                                     Date

# Exhibit 7

# 2022 FOREIGN NOT FOR PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# F21000007319

**FILED**
**Feb 03, 2022**
**Secretary of State**
**7132430198CC**

**Entity Name:** DEFENDING THE REPUBLIC, INC.

**Current Principal Place of Business:**

1790 MAIN ST.
SARASOTA, FL 34236

**Current Mailing Address:**

1790 MAIN ST.
SARASOTA, FL 34236 US

**FEI Number: 85-3930804**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

COUGHLIN, MARY PAT
1790 MAIN ST.
SARASOTA, FL 34236 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____

Electronic Signature of Registered Agent — Date

## Officer/Director Detail :

| Title | PDT | Title | D |
|---|---|---|---|
| Name | POWELL, SIDNEY | Name | ABIDIN, MICHAEL |
| Address | 2911 TURTLE CREEK BLVD., #300 | Address | 2911 TURTLE CREEK BLVD., #300 |
| City-State-Zip: | DALLAS TX 75219 | City-State-Zip: | DALLAS TX 75219 |

| Title | D | Title | CFO |
|---|---|---|---|
| Name | COKER, NEAL | Name | COUGHLIN, MARY PAT |
| Address | 2911 TURTLE CREEK BLVD., #300 | Address | 1790 MAIN ST. |
| City-State-Zip: | DALLAS TX 75219 | City-State-Zip: | SARASOTA FL 34236 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MARY PAT COUGHLIN       CFO       02/03/2022

Electronic Signature of Signing Officer/Director Detail — Date

# Exhibit 8

F210000007319

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP      ☐ WAIT      ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



600378378086

APPROVED
AND
FILED
2021 DEC 21 PM 4: 04
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

2021 DEC 21 AM 11: 19

DEC 22 2021

K. Brumbley

W21-16098
App025
812

FLORIDA CAPITAL COURIER SERVICES, INC.
2330 CLARE DRIVE
TALLAHASSEE, FL 32309
(850) 524-5437
(850) 524-6243

**PLEASE USE FUNDS FROM ACCT : 120210000160    AMOUNT: 70.00**
**AUTHORIZATION:**

## Defending the Republic, Inc

Business name                                    Document #

____ Certified copy

_____Certificate of Status                   ___ Pick up time_____

                                                  ___ Will wait

**NEW FILINGS**                                   **AMMENDMENTS**

____**Profit**                                    ___ **Amendment**
____**Not for Profit**                            ____**Resignation of R.A.**
__**Limited Liability**                                  **Officer/Director**
                                                  ___**Change of Registered Agent**
____**Domestication**                             ____**Dissolution/Withdrawal**
____**Other**                                     ____**Merger**
___ **CORP**                                      ____ **Correction**

**OTHER FILINGS**                                 **REGISTERATION/QUALIFICATIONS**

___Annual Report                                  __X___ Foreign filing
                                                  _____Limited Partnership
___Fictitious Name                                _____ Reinstatement

__ APOSTIL ()_
_____                       ____Other
              **Country**

**EXAMINER'S INITIALS:_____**

App026

# COVER LETTER

**TO:**   Registration Section
        Division of Corporations

**SUBJECT:** <u>Defending the Republic, Inc.</u>
Name of Corporation – must include suffix

Dear Sir or Madam:

The enclosed "Application by Foreign Not for Profit Corporation for Authorization to Conduct its Affairs in Florida", "Certificate of Existence", or "Certificate of Status" and check are submitted to register the above referenced not for profit corporation to conduct its affairs in Florida.

Please return all correspondence concerning this matter to the following:

     Mary Pat Coughlin
_____
Name of Person

_____
Firm/Company

     1790 Main Street
_____
Address

     Sarasota, FL 34236
_____
City/State and Zip Code

     mpcoughlin@protonmail.com
_____
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

Mary Pat Coughlin          at ( 941 ) 400-3925
_____
Name of Person           Area Code    Daytime Telephone Number

| **Mailing Address:** | **Street Address:** |
|---|---|
| Registration Section | Registration Section |
| Division of Corporations | Division of Corporations |
| P.O. Box 6327 | The Centre of Tallahassee |
| Tallahassee, FL 32314 | 2415 N. Monroe Street, Suite 810 |
| | Tallahassee, FL 32303 |

Enclosed is a check for the following amount:
Please make check payable to: **FLORIDA DEPARTMENT OF STATE**

☑ $70.00 Filing Fee    ☐ $78.75 Filing Fee &    ☐ $78.75 Filing Fee &    ☐ $87.50 Filing Fee,
                   Certificate of Status      Certified Copy       Certificate of Status &
                                                                       Certified Copy

# APPLICATION BY FOREIGN NOT FOR PROFIT CORPORATION FOR AUTHORIZATION TO CONDUCT ITS AFFAIRS IN FLORIDA

*IN COMPLIANCE WITH SECTION 617.1503, FLORIDA STATUTES, THE FOLLOWING IS SUBMITTED TO REGISTER A FOREIGN NOT FOR PROFIT CORPORATION FOR AUTHORIZATION TO CONDUCT ITS AFFAIRS IN THE STATE OF FLORIDA:*

1. Defending the Republic, Inc.

(Name of corporation: must include the word "INCORPORATED" or "CORPORATION" or words or abbreviations of like import in language as will clearly indicate that it is a corporation instead of a natural person or partnership if not so contained in the name at present. "Company" or "Co." may not be used as a corporate suffix by a nonprofit corporation.)

(If name unavailable in Florida, enter alternate corporate name adopted for the purpose of transacting business in Florida)

2. Texas

(State or country under the law of which it is incorporated)

3. 85-3930804

(FEI number, if applicable)

4. 12/01/2020

(Date of Incorporation)

5. perpetual

(Date of duration, if other than perpetual)

6. 02/16/2021

(Date first conducted affairs in Florida if prior to registration. *See sections 617.1501 & 617.1502, F.S. to determine penalty liability.*)

7. 1790 Main Street, Sarasota, FL 34236

(Principal office **street** address)

same

(Current mailing address, if different)

8. See Attachment

(Purpose(s) of corporation authorized in home state or country to be carried out in the state of Florida)

9. Name and **street address** of Florida registered agent: (P.O. Box **NOT** acceptable)

Name: Mary Pat Coughlin

Office Address: 1790 Main Street

Sarasota , Florida 34236

(City)                    (Zip Code)

*[stamp: 2021 DEC 21 PM 4: 04 — SECRETARY OF STATE — APPROVED AND FILED]*

10. **Registered agent's acceptance:**
*Having been named as registered agent and to accept service of process for the above stated corporation at the place designated in this application, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.*

*Mary Pat Coughlin*

(Registered agent's signature)

11. Attached is a certificate of existence duly authenticated, not more than 90 days prior to delivery of this application to the Department of State, by the Secretary of State or other official having custody of corporate records in the jurisdiction under the law of which it is incorporated.

12. For initial indexing purposes, list names, titles and addresses of the primary officers and/or directors [up to six (6) total]:

## A. DIRECTORS

☐Chairman  Name: Sidney Powell

☐Vice Chairman  Address: 2911 Turtle Creek Blvd. #300

■Director  Dallas, Texas 75219

■President  _____

☐Vice President  _____

☐Secretary  ■Treasurer

☐Other: _____  ☐ Other: _____

☐Chairman  Name: Neal Coker

☐Vice Chairman  Address: 2911 Turtle Creek Blvd. #300

■Director  Dallas, Texas 75219

☐President  _____

☐Vice President  _____

☐Secretary  ☐Treasurer

☐Other: _____  ☐Other: _____

☐Chairman  Name: Michael Abidin

☐Vice Chairman  Address: 2911 Turtle Creek Blvd. #300

■Director  Dallas, Texas 75219

☐President  _____

☐Vice President  _____

☐Secretary  ☐Treasurer

☐Other: _____  ☐ Other: _____

☐Chairman  Name: Mary Pat Coughlin

☐Vice Chairman  Address: 1790 Main Street

☐Director  Sarasota, FL 34236

☐President  _____

☐Vice President  _____

☐Secretary  ☐Treasurer

■Other: CFO  ☐Other: _____

☐Chairman  Name: _____

☐Vice Chairman  Address: _____

☐Director  _____

☐President  _____

☐Vice President  _____

☐Secretary  ☐Treasurer

☐Other: _____  ☐ Other: _____

☐Chairman  Name: _____

☐Vice Chairman  Address: _____

☐Director  _____

☐President  _____

☐Vice President  _____

☐Secretary  ☐Treasurer

☐Other: _____  ☐Other: _____

**NOTE:** Important Notice: Use an attachment to report more than six (6). The attachment will be imaged for reporting purposes only. Non-indexed individuals may be added to the index when filing your Florida Department of State Annual Report form.

13. _____
(Signature of Chairman, Vice Chairman, or any officer listed in number 12 of the application)

14. Mary Pat Coughlin, CFO
(Typed or printed name and capacity of person signing application)

App029

Attachment to
Application by Foreign Not for Profit Corporation for
Authorization to Conduct It's Affairs in Florida
Defending the Republic, Inc.

Item 8. (Purpose(s) of corporation authorized in home state or country to be carried out in the state of Florida).

The corporation is organized for the following purpose or purposes: for social welfare, grassroots advocacy and citizen involvement organization established for the purpose of ensuring fair and honest elections in America within the meaning of Section 501(c)(4) of the Internal Revenue Code of 1986, as amended, or any additional amendments to the Internal Revenue Code of 1986.



# Office of the Secretary of State

## Certificate of Fact

The undersigned, as Secretary of State of Texas, does hereby certify that the document, Certificate of Formation for DEFENDING THE REPUBLIC, INC. (file number 803845499), a Domestic Nonprofit Corporation, was filed in this office on December 01, 2020.

It is further certified that the entity status in Texas is in existence.

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on December 02, 2021.



John B. Scott
Secretary of State

*Come visit us on the internet at https://www.sos.texas.gov/*

Phone: (512) 463-5555          Fax: (512) 463-5709          Dial: 7-1-1 for Relay Services
Prepared by: SOS-WEB          TID: 10264          Document: 1098612280004

App031

# Exhibit 9

DocuSign Envelope ID: C5585522-4F8A-4F47-BB71-D62C124BF787

**CHAR410**
**Online**

Form

For new registrations,
Amendments, and
Re-registrations

Registration Statement for Charitable Organizations
New York State Office of the Attorney General
Charities Bureau - Registration Section
28 Liberty Street
New York, NY 10005
www.charitiesnys.com

**Open to Public
Inspection**

## Filing Information

Type of Filing: ● Registration  ○ Amendment  ○ Re-Registration

## Contact Information

**1.** Name of Charity
Defending the Republic, Inc.

**5.** EIN
853930804

**2.** c/o Name (if applicable)

**6.** Website
www.defendingtherepublic.org

**3.** Mailing address (Number and street)
2911 Turtle Creek Blvd #300

Room/suite

**7.** Primary contact
Mary Pat Coughlin

City or town, state or country and ZIP+4
Dallas, Texas, 75219, United States

Title
CFO

**4.** Principal address (Number and street)

Room/suite

Phone
2147071775

Primary Contact Email
treasurer@defendingtherepublic.org

City or town, state or country and ZIP+4

Organization Email
treasurer@defendingtherepublic.org

## 3rd Party Preparer Information

**1.** Name
Mary Hite

**4.** Title
Paralegal

**2.** Name of Firm
Webster Chamberlain & Bean

**5.** Phone
2027859500

**3.** Mailing address (Number and street)
1747 Pennsylvania Avenue, N.W., Suite 1000

Room/suite

**6.** Email
mkhite@wc-b.com

| City Washington | State/Province District Of Columbia | Postal Code 20006 | Country United States | 7. Alternate Email |

## Statute Review

**1.** Does the organization conduct activity (other than soliciting) in New York State? ○ Yes ● No

**2.** When did the organization begin conducting activity?

**3.** Does the organization maintain assets in New York State? ○ Yes ● No

**4.** Does the organization solicit, or plan to solicit or receive more than $25,000 in total contributions from New York State residents, foundations, corporations or government agencies? ● Yes ○ No

**5.** If already soliciting, when did this activity begin?

**6.** Does the organization contract with or plan in the future to contract with a professional fundraiser or fundraising counsel? ○ Yes ● No

App033

**Exemption**

1. Does the organization receive substantially all of its contributions from a government agency to which it submits annual financial reports?  ○ Yes ● No

2. Does the organization receive an allocation from a federated fund, United Way or incorporated community appeal?  ○ Yes ● No

3. Is the organization a government agency, controlled by a government agency, the U.S. Congress or New York State Legislature?  ○ Yes ● No

4. Was the organization formed for religious purposes?  ○ Yes ● No

5. Is the organization incorporated under the New York State Education Law?  ○ Yes ○ No

6. If the organization is an educational institution, does it limit solicitation of contributions to the student body, alumni, faculty, trustees and their families?  ○ Yes ● No

7. Is the organization an educational institution or museum that files annual financial reports with the Board of Regents of the State University of New York or an agency with similar responsibilities in another state?  ○ Yes ● No

8. Is the organization a historical society chartered by the Board of Regents of the State University of New York?  ○ Yes ○ No

   8a.    Does the organization solicit contributions only from its membership?  ○ Yes ● No

9. Is the organization a library that files annual financial reports as required by the NYS Department of Education?  ○ Yes ● No

10. Is the organization a hospital, skilled nursing facility or diagnostic/treatment center?  ○ Yes ○ No

11. Is the organization a membership organization?  ○ Yes ● No

    11a.    Does the organization solicit contributions only from its membership?  ○ Yes ○ No

12. Is the organization a volunteer firefighters or volunteer ambulance service organization?  ○ Yes ○ No

13. Is the organization a veterans' organization, volunteer firefighters, volunteer ambulance corps, or an auxiliary of such organization and is its fundraising performed only by its members without direct or indirect compensation?  ○ Yes ● No

14. Is the organization a police department, sheriff's department or other government law enforcement agency?  ○ Yes ● No

15. Is the organization a law enforcement support organization that only solicits contributions from its members?  ○ Yes ● No

16. Is the organization a cemetery corporation subject to Article 15 of the NYS Not-for-Profit Corporation Law?  ○ Yes ○ No

17. Is the organization a PTA affiliated with an educational institution subject to the jurisdiction of the NYS Education Department?  ○ Yes ● No

18. Is the organization incorporated under Article 43 of NYS Insurance Law?  ○ Yes ○ No

Based on initial and exemption review, the organization is required to register under:   Executive Law 7-A

App034

DocuSign Envelope ID: C5585522-4F8A-4F47-BB71-D62C124BF787

**Registration**

| 1. | What type of organization is it? | Corporation |
|---|---|---|

| a. Does the organization have Federal tax exemption status? Yes | d. Was the organization ever denied tax exempt status? |
|---|---|
| Which status?  501(c)(4) | |
| b. Has the organization applied for tax exemption status? | e. Has the organization had its tax exempt status revoked? No |
| When did it apply? | When was it revoked? |
| c. Organization's fiscal year end<br>11/30 | f. When was the organization incorporated or formed?  12/01/2020 |
| | State in which incorporated or formed  Texas |

2. List all chapters, branches and affiliates of your organization (For additional rows, please use Appendix)

| Organization Name | Relationship | Mailing address (number and street, room/suite, City or town, state or country and zip+4) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

3. List all officers, directors, trustees, key persons/key employees (For additional rows, please use Appendix)

| Name | Title | Mailing address (number and street, room/suite, city or town, state or country and zip+4) | Email |
|---|---|---|---|
| Sidney  Powell | President | 2911 Turtle Creek Blvd #300, Dallas, Texas, 75219, United States | treasurer@defendingtherepublic.org |
| Mary Pat  Coughlin | CFO | 2911 Turtle Creek Blvd #300, Dallas, Texas, 75219, United States | treasurer@defendingtherepublic.org |
| Neal  Coker | Director | 2911 Turtle Creek Blvd #300, Dallas, Texas, 75219, United States | treasurer@defendingtherepublic.org |
| Michael  Abidin | Director | 2911 Turtle Creek Blvd #300, Dallas, Texas, 75219, United States | sp@defendingtherepublic.org |
| | | | |
| | | | |

4. Other Names, Previous Names, and Registration Numbers

| a. Names/DBA/Assumed Names | c. Previous organization names |
|---|---|
| | |

b. Prior New York State charities registration numbers

App035

5.  Describe the organization's charitable purposes

Defending the Republic, Inc.'s (DTR) seeks to educate the public on what it means to be a Republic and to take actions in courts across the country to protect election integrity and the individual freedoms enshrined in our Constitution.

6.  Has the organization been prohibited by a government agency or court from soliciting contributions?    ● Yes   ○ No

Defending the Republic has entered into compliance agreements with Florida and Mississippi.  In both cases, the agreements resolved allegations that Defending the Republic solicited contributions in those states without being registered.

7.  Have any of the organization's officers, directors, trustees, key persons/key employees been prohibited by a government agency or court from soliciting contributions?    ○ Yes   ● No

8.  Has the organization or its officers, directors, trustees, key persons/key employees been found in violation of any law in soliciting for a charity?    ● Yes   ○ No

Defending the Republic has entered into compliance agreements with Florida and Mississippi.  In both cases, the agreements resolved allegations that Defending the Republic solicited contributions in those states without being registered.

9.  Has the organization or its officers, directors, trustees, key persons/key employees ever entered into any agreement with any regulatory body regarding its conduct in connection with any fundraising activity or misappropriation or misuse of the organization's money or property?    ● Yes   ○ No

Defending the Republic has entered into compliance agreements with Florida and Mississippi.  In both cases, the agreements resolved allegations that Defending the Republic solicited contributions in those states without being registered.

10.  Has the organization's registration or license been suspended by a government agency?    ○ Yes   ● No

11.  Does the organization solicit or plan to solicit contributions in New York State?    ● Yes   ○ No

Defending the Republic, Inc.'s (DTR) seeks to educate the public on what it means to be a Republic and to take actions in courts across the country to protect election integrity and the individual freedoms enshrined in our Constitution.
Use of Funds

Predominantly on legal expenses paid to the staff attorneys, outside attorneys, and supporting technical, accounting, managerial staff.  The organization plans to spend funds on educating people as to their rights and matters that place their rights at risk.  The organization also spends money to raise funds.

12.  Has the organization engaged fundraising professionals for fundraising in New York State?    ○ Yes   ● No

| Name | Type of FRP (see instructions for definitions) | | Mailing address (number and street, room/suite, city or town, state or country and zip+4) | Dates of contract |
|---|---|---|---|---|
| | P F R   ☐ F R C   ☐ | | | Start date: End date: |
| | P F R   ☐ F R C   ☐ | | | Start date: End date: |
| | P F R   ☐ F R C   ☐ | | | Start date: End date: |

13.  Does the organization have a conflict of interest policy?    ● Yes   ○ No

14.  Does the organization have a whistleblower policy?    ● Yes   ○ No

15.  Attached organization's required documents:

☒  Certificate of incorporation, including amendments or other organizing document

☒  Bylaws or other organizing document

☒  Other organizing documents (if applicable)

DocuSign Envelope ID: C5585522-4F8A-4F47-BB71-D62C124BF787

## Signatures

I certify under penalty for perjury that I reviewed this Registration Statement, including all schedules and attachments, and to the best of my knowledge and belief, they are true, correct and complete in accordance with the laws of the State of New York applicable to this statement.

| Role | First Name | Last Name | Title | Email Address |
|---|---|---|---|---|
| President or Authorized Officer/Trustee | Sidney | Powell | President | sherlock1776@protonmail.com |
| Chief Financial Officer or Treasurer | Mary Pat | Coughlin | CFO | mpcoughlin@protonmail.com |

| | | | |
|---|---|---|---|
| Signature of President or Authorized Officer/Trustee | *DocuSigned by:* [signature] 99202F8C0281468... | | 10/5/2022 |
| Signature of Chief Financial Officer or Treasurer | *DocuSigned by:* Mary Pat Coughlin 64B7F93C6BEB476... | | 10/4/2022 |

App037

**Appendix A - List all chapters, branches and affiliates of your organization**

| Organization Name | Relationship | Mailing address |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Appendix B - List all officers, directors, trustees, key persons/key employees**

| Name | Title | Mailing address | Email |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Appendix C - Names/DBA/Assumed Names**

| Names/DBA/Assumed Names |
|---|
|  |
|  |
|  |

**Appendix D - Previous Organization Name**

| Previous organization Name |
|---|
|  |
|  |
|  |

# Exhibit 10

Form **990**

Return of Organization Exempt From Income Tax

OMB No. 1545-0047

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

▶ Do not enter social security numbers on this form as it may be made public.

▶ Go to www.irs.gov/Form990 for instructions and the latest information.

**2020**

Open to Public Inspection

Department of the Treasury
Internal Revenue Service

**A** For the 2020 calendar year, or tax year beginning 12/01/20 , and ending 11/30/21

| B Check if applicable: | C Name of organization | | D Employer identification number |
|---|---|---|---|
| ☐ Address change | DEFENDING THE REPUBLIC, INC | | **-***0804 |
| ☐ Name change | Doing business as | | |
| ☒ Initial return | Number and street (or P.O. box if mail is not delivered to street address) | Room/suite | E Telephone number |
| | 2911 TURTLE CREEK BLVD, STE 300 | | 770-449-9144 |
| ☐ Final return/terminated | City or town, state or province, country, and ZIP or foreign postal code | | |
| ☐ Amended return | DALLAS            TX 75219 | | G Gross receipts $ 16,401,374 |
| ☒ Application pending | F Name and address of principal officer: | | |
| | SIDNEY POWELL | | H(a) Is this a group return for subordinates? ☐ Yes ☒ No |
| | 2911 TURTLE CREEK BLVD. SUITE 300 | | H(b) Are all subordinates included? ☐ Yes ☐ No |
| | DALLAS            TX 75219 | | If "No," attach a list. See instructions |

**I** Tax-exempt status: ☐ 501(c)(3)  ☒ 501(c) ( 4 ) ◀ (insert no.) ☐ 4947(a)(1) or ☐ 527

**J** Website: ▶ DEFENDINGTHEREPUBLIC.ORG

H(c) Group exemption number ▶

**K** Form of organization: ☒ Corporation ☐ Trust ☐ Association ☐ Other ▶ | **L** Year of formation: 2020 | **M** State of legal domicile: TX

## Part I  Summary

| | | | |
|---|---|---|---|
| Activities & Governance | 1 Briefly describe the organization's mission or most significant activities: SEE SCHEDULE O | | |
| | 2 Check this box ▶ ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets. | | |
| | 3 Number of voting members of the governing body (Part VI, line 1a) | 3 | 3 |
| | 4 Number of independent voting members of the governing body (Part VI, line 1b) | 4 | 3 |
| | 5 Total number of individuals employed in calendar year 2020 (Part V, line 2a) | 5 | 0 |
| | 6 Total number of volunteers (estimate if necessary) | 6 | 0 |
| | 7a Total unrelated business revenue from Part VIII, column (C), line 12 | 7a | 0 |
| | b Net unrelated business taxable income from Form 990-T, Part I, line 11 | 7b | 0 |

| | | Prior Year | Current Year |
|---|---|---|---|
| Revenue | 8 Contributions and grants (Part VIII, line 1h) | | 16,390,340 |
| | 9 Program service revenue (Part VIII, line 2g) | | 0 |
| | 10 Investment income (Part VIII, column (A), lines 3, 4, and 7d) | | 879 |
| | 11 Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | | 5,973 |
| | 12 Total revenue – add lines 8 through 11 (must equal Part VIII, column (A), line 12) | | 16,397,192 |
| Expenses | 13 Grants and similar amounts paid (Part IX, column (A), lines 1–3) | | 755,128 |
| | 14 Benefits paid to or for members (Part IX, column (A), line 4) | | 0 |
| | 15 Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | | 355,290 |
| | 16a Professional fundraising fees (Part IX, column (A), line 11e) | | 0 |
| | b Total fundraising expenses (Part IX, column (D), line 25) ▶ 99,073 | | |
| | 17 Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) | | 6,874,922 |
| | 18 Total expenses. Add lines 13–17 (must equal Part IX, column (A), line 25) | | 7,985,340 |
| | 19 Revenue less expenses. Subtract line 18 from line 12 | | 8,411,852 |

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| Net Assets or Fund Balances | 20 Total assets (Part X, line 16) | 0 | 9,177,885 |
| | 21 Total liabilities (Part X, line 26) | 0 | 766,033 |
| | 22 Net assets or fund balances. Subtract line 21 from line 20 | 0 | 8,411,852 |

## Part II  Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| Sign Here | ▶ [signature] Mary Pat Coughlin | Date 8/16/2022 |
|---|---|---|
| | Signature of officer | |
| | ▶ MARY PAT COUGHLIN                    CFO | |
| | Type or print name and title | |

| Paid Preparer Use Only | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | DANIEL T. MCCLURE, CPA | | 08/16/22 | self-employed | ********* |
| | Firm's name ▶ REED, QUINN & MCCLURE, LLC | | | Firm's EIN ▶ **-***3827 | |
| | Firm's address ▶ 2055 N BROWN RD STE 150 LAWRENCEVILLE, GA 30043-4920 | | | Phone no. 770-449-9144 | |

May the IRS discuss this return with the preparer shown above? See instructions ........ ☒ Yes ☐ No

For Paperwork Reduction Act Notice, see the separate instructions.

DAA

Form **990** (2020)

# Forms 990 / 990-EZ Return Summary

For calendar year 2020, or tax year beginning **12/01/20**, and ending **11/30/21**

**85-3930804**

## DEFENDING THE REPUBLIC, INC

**Net Asset / Fund Balance at Beginning of Year** _____

**Revenue**

| | | |
|---|---|---|
| Contributions | 16,390,340 | |
| Program service revenue | | |
| Investment income | 879 | |
| Capital gain / loss | | |
| Fundraising / Gaming: | | |
| Gross revenue | 10,155 | |
| Direct expenses | 4,182 | |
| Net income | 5,973 | |
| Other income | 0 | |
| **Total revenue** | | 16,397,192 |

**Expenses**

| | | |
|---|---|---|
| Program services | 5,827,842 | |
| Management and general | 2,058,425 | |
| Fundraising | 99,073 | |
| **Total expenses** | | 7,985,340 |
| **Excess / (deficit)** | | 8,411,852 |
| Changes | | |
| **Net Asset / Fund Balance at End of Year** | | 8,411,852 |

| Reconciliation of Revenue | | Reconciliation of Expenses | |
|---|---|---|---|
| Total revenue per financial statements | 16,397,192 | Total expenses per financial statements | 7,985,340 |
| Less: | | Less: | |
| Unrealized gains | | Donated services | |
| Donated services | | Prior year adjustments | |
| Recoveries | | Losses | |
| Other | | Other | |
| Plus: | | Plus: | |
| Investment expenses | | Investment expenses | |
| Other | | Other | |
| **Total revenue per return** | 16,397,192 | **Total expenses per return** | 7,985,340 |

### Balance Sheet

| | Beginning | Ending | Differences |
|---|---|---|---|
| Assets | | 9,177,885 | |
| Liabilities | | 766,033 | |
| Net assets | | 8,411,852 | 8,411,852 |

### Miscellaneous Information

| | |
|---|---|
| Amended return | |
| Return / extended due date | 08/15/22 |
| Failure to file penalty | |

App041

49902 08/16/2022 4:24 PM

Form **8879-EO**

**IRS e-file Signature Authorization
for an Exempt Organization**

OMB No. 1545-0047

For calendar year 2020, or fiscal year beginning **12/01**, 2020, and ending **11/30** 20 **21**

u **Do not send to the IRS. Keep for your records.**
u **Go to** *www.irs.gov/Form8879EO* **for the latest information.**

**2020**

Department of the Treasury
Internal Revenue Service

Name of exempt organization or person subject to tax

**DEFENDING THE REPUBLIC, INC**

Taxpayer identification number

**85-3930804**

Name and title of officer or person subject to tax

**MARY PAT COUGHLIN
CFO**

| Part I | Type of Return and Return Information (Whole Dollars Only) |
| --- | --- |

Check the box for the return for which you are using this Form 8879-EO and enter the applicable amount, if any, from the return. If you
check the box on line **1a, 2a, 3a, 4a, 5a, 6a,** or **7a** below, and the amount on that line for the return being filed with this form was
blank, then leave line **1b, 2b, 3b, 4b, 5b, 6b,** or **7b,** whichever is applicable, blank (do not enter -0-). But, if you entered -0- on the
return, then enter -0- on the applicable line below. **Do not** complete more than one line in Part I.

| | | | |
| --- | --- | --- | --- |
| 1a Form 990 check here ▶ ☒ | b | Total revenue, if any (Form 990, Part VIII, column (A), line 12) | 1b  16,397,192 |
| 2a Form 990-EZ check here ▶ | b | Total revenue, if any (Form 990-EZ, line 9) | 2b |
| 3a Form 1120-POL check here ▶ | b | Total tax (Form 1120-POL, line 22) | 3b |
| 4a Form 990-PF check here ▶ | b | Tax based on investment income (Form 990-PF, Part VI, line 5) | 4b |
| 5a Form 8868 check here ▶ | b | Balance due (Form 8868, line 3c) | 5b |
| 6a Form 990-T check here ▶ | b | Total tax (Form 990-T, Part III, line 4) | 6b |
| 7a Form 4720 check here ▶ | b | Total tax (Form 4720, Part III, line 1) | 7b |

| Part II | Declaration and Signature Authorization of Officer or Person Subject to Tax |
| --- | --- |

Under penalties of perjury, I declare that ☒ I am an officer of the above organization or ☐ I am a person subject to tax with respect to
(name of organization) _____, (EIN) _____ and that I have examined a copy
of the 2020 electronic return and accompanying schedules and statements, and, to the best of my knowledge and belief, they are
true, correct, and complete. I further declare that the amount in Part I above is the amount shown on the copy of the electronic return.
I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send the return to the IRS and
to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in
processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial
Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation
software for payment of the federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke
a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment
(settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive
confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal
identification number (PIN) as my signature for the electronic return and, if applicable, the consent to electronic funds withdrawal.

**PIN: check one box only**

☒ I authorize **REED, QUINN & MCCLURE, LLC** to enter my PIN [ ] as my signature
ERO firm name

Enter five numbers, but
do not enter all zeros

on the tax year 2020 electronically filed return. If I have indicated within this return that a copy of the return is being filed with a
state agency(ies) regulating charities as part of the IRS Fed/State program, I also authorize the aforementioned ERO to enter my
PIN on the return's disclosure consent screen.

☐ As an officer or person subject to tax with respect to the organization, I will enter my PIN as my signature on the tax year 2020
electronically filed return. If I have indicated within this return that a copy of the return is being filed with a state agency(ies)
regulating charities as part of the IRS Fed/State program, I will enter my PIN on the return's disclosure consent screen.

Signature of officer or person subject to tax }

Date } **10/15/21**

| Part III | Certification and Authentication |
| --- | --- |

**ERO's EFIN/PIN.** Enter your six-digit electronic filing identification
number (EFIN) followed by your five-digit self-selected PIN.

[ ]
Do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2020 electronically filed return indicated above. I confirm
that I am submitting this return in accordance with the requirements of **Pub. 4163,** Modernized e-File (MeF) Information for Authorized
IRS *e-file* Providers for Business Returns.

ERO's signature }

Date } **10/15/21**

**ERO Must Retain This Form — See Instructions
Do Not Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see back of form.

Form **8879-EO** (2020)

DAA

App042

| Form **990** | **Return of Organization Exempt From Income Tax** | OMB No. 1545-0047 |
|---|---|---|
| | Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations) | **2020** |
| Department of the Treasury Internal Revenue Service | ▶ Do not enter social security numbers on this form as it may be made public. ▶ Go to *www.irs.gov/Form990* for instructions and the latest information. | **Open to Public Inspection** |

**A** For the 2020 calendar year, or tax year beginning 12/01/20, and ending 11/30/21

| **B** Check if applicable: | **C** Name of organization | **D** Employer identification number |
|---|---|---|
| ☐ Address change | DEFENDING THE REPUBLIC, INC | |
| ☐ Name change | Doing business as | 85-3930804 |
| ☒ Initial return | Number and street (or P.O. box if mail is not delivered to street address)    Room/suite | **E** Telephone number |
| ☐ Final return/terminated | 2911 TURTLE CREEK BLVD, STE 300 | 770-449-9144 |
| ☐ Amended return | City or town, state or province, country, and ZIP or foreign postal code | |
| ☒ Application pending | DALLAS                        TX 75219 | **G** Gross receipts $ 16,401,374 |

| **F** Name and address of principal officer: | | |
|---|---|---|
| SIDNEY POWELL | **H(a)** Is this a group return for subordinates? | ☐ Yes  ☒ No |
| 2911 TURTLE CREEK BLVD. SUITE 300 | **H(b)** Are all subordinates included? | ☐ Yes  ☐ No |
| DALLAS                    TX 75219 | If "No," attach a list. See instructions | |

**I** Tax-exempt status:  ☐ 501(c)(3)  ☒ 501(c) ( 4 ) ◀ (insert no.)  ☐ 4947(a)(1) or  ☐ 527

**J** Website ▶ DEFENDINGTHEREPUBLIC.ORG     **H(c)** Group exemption number ▶

**K** Form of organization: ☒ Corporation ☐ Trust ☐ Association ☐ Other ▶     **L** Year of formation: 2020     **M** State of legal domicile: TX

## Part I    Summary

| | | | |
|---|---|---|---|
| Activities & Governance | **1** Briefly describe the organization's mission or most significant activities: | | |
| | SEE SCHEDULE O | | |
| | **2** Check this box ▶ ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets. | | |
| | **3** Number of voting members of the governing body (Part VI, line 1a) | **3** | 3 |
| | **4** Number of independent voting members of the governing body (Part VI, line 1b) | **4** | 3 |
| | **5** Total number of individuals employed in calendar year 2020 (Part V, line 2a) | **5** | 0 |
| | **6** Total number of volunteers (estimate if necessary) | **6** | 0 |
| | **7a** Total unrelated business revenue from Part VIII, column (C), line 12 | **7a** | 0 |
| | **b** Net unrelated business taxable income from Form 990-T, Part I, line 11 | **7b** | 0 |

| | | Prior Year | Current Year |
|---|---|---|---|
| Revenue | **8** Contributions and grants (Part VIII, line 1h) | | 16,390,340 |
| | **9** Program service revenue (Part VIII, line 2g) | | 0 |
| | **10** Investment income (Part VIII, column (A), lines 3, 4, and 7d) | | 879 |
| | **11** Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | | 5,973 |
| | **12** Total revenue – add lines 8 through 11 (must equal Part VIII, column (A), line 12) | | 16,397,192 |
| Expenses | **13** Grants and similar amounts paid (Part IX, column (A), lines 1–3) | | 755,128 |
| | **14** Benefits paid to or for members (Part IX, column (A), line 4) | | 0 |
| | **15** Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | | 355,290 |
| | **16a** Professional fundraising fees (Part IX, column (A), line 11e) | | 0 |
| | **b** Total fundraising expenses (Part IX, column (D), line 25) ▶ 99,073 | | |
| | **17** Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) | | 6,874,922 |
| | **18** Total expenses. Add lines 13–17 (must equal Part IX, column (A), line 25) | | 7,985,340 |
| | **19** Revenue less expenses. Subtract line 18 from line 12 | | 8,411,852 |

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| Net Assets or Fund Balances | **20** Total assets (Part X, line 16) | 0 | 9,177,885 |
| | **21** Total liabilities (Part X, line 26) | 0 | 766,033 |
| | **22** Net assets or fund balances. Subtract line 21 from line 20 | 0 | 8,411,852 |

## Part II    Signature Block

Under penalties of perjury, I declare hat I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| | | | |
|---|---|---|---|
| **Sign Here** | Signature of officer | | Date |
| | MARY PAT COUGHLIN                              CFO | | |
| | Type or print name and title | | |

| | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| **Paid Preparer Use Only** | DANIEL T. MCCLURE, CPA | | 08/16/22 | | |
| | Firm's name ▶ REED, QUINN & MCCLURE, LLC | | | Firm's EIN ▶ | 58-2053827 |
| | Firm's address ▶ 2055 N BROWN RD STE 150 | | | | |
| | LAWRENCEVILLE, GA  30043-4920 | | | Phone no. | 770-449-9144 |

May the IRS discuss this return with the preparer shown above? See instructions     ☒ Yes  ☐ No

**For Paperwork Reduction Act Notice, see the separate instructions.**     Form **990** (2020)

DAA

Form 990 (2020) DEFENDING THE REPUBLIC, INC        85-3930804        Page **2**

| Part III | Statement of Program Service Accomplishments |
|---|---|

Check if Schedule O contains a response or note to any line in this Part III ........................... ☒

**1**  Briefly descr be the organization's mission:

**SEE SCHEDULE O**

..............................................................................................................

..............................................................................................................

..............................................................................................................

**2**  Did the organization undertake any significant program services during the year which were not listed on the
prior Form 990 or 990-EZ? ...........................................................................  ☐ Yes ☒ No
If "Yes," describe these new services on Schedule O.

**3**  Did the organization cease conducting, or make significant changes in how it conducts, any program
services? .................................................................................................  ☐ Yes ☒ No
If "Yes," describe these changes on Schedule O.

**4**  Describe the organization's program service accomplishments for each of its three largest program services, as measured by
expenses. Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others,
the total expenses, and revenue, if any, for each program service reported.

**4a**  (Code: ................ ) (Expenses $   5,636,079   including grants of $   755,128   ) (Revenue $ ................ )

DEFEND AND PROTECT THE REPUBLIC- LITIGATION. THE ORGANIZATION TAKES A
PROACTIVE POSITION BY CHALLENGING ISSUES AND INSTANCES OF GOVERNMENT
OVERREACH
AND ABUSE OF INDIVIDUAL RIGHTS ON A FEDERAL, STATE , AND LOCAL LEVEL
THROUGH ITS ATTORNEYS WHO USE THE COURT SYSTEM TO BRING ACTIONS AND
LITIGATE CASES OF
CONSTITUTIONAL  INFRINGEMENT.

..............................................................................................................

..............................................................................................................

..............................................................................................................

**4b**  (Code: ................ ) (Expenses $   170,914   including grants of $ ................ ) (Revenue $ ................ )

THE ORGANIZATION PROVIDES EDUCATIONAL OPPORTUNITIES THROUGH ITS WEBSITES ,
NEWSLETTERS, SPEAKERS , SEMINARS , WEBINARS , AND ALL OTHER FORMS OF
COMMUNICATION TO EDUCATE AND INFORM THE PUBLIC OF THEIR INDIVIDUAL RIGHTS
ENSHRINED
IN THE CONSTITUTION. THE ORGANIZATION PROVIDES UPDATES ON CURRENT
LITIGATION AND NEWS REGARDING ELECTION INTEGRITY, GOVERNMENT OVERREACH AND
OTHER
SOCIAL  MEASURES.

..............................................................................................................

..............................................................................................................

..............................................................................................................

**4c**  (Code: ................ ) (Expenses $   20,849   including grants of $ ................ ) (Revenue $ ................ )

DEFEND AND PROTECT THE REPUBLIC- ADVOCACY:

..............................................................................................................

THE ORGANIZATION PROMOTES THE PASSAGE OF LAWS AND SUPPORT OF LIKE-MINDED
ELECTED OFFICIALS IN ALL AREAS OF CONCERN REGARDING AN INDIVIDUALS RIGHTS
UNDER THE CONSTITUTION THROUGH OUTREACH PROGRAMS SUCH AS CIVIL AND
CORPORATE GRANTS TO HELP FUND RELATED EFFORTS IN SUPPORT OF OUR MISSION.

..............................................................................................................

..............................................................................................................

..............................................................................................................

**4d**  Other program services (Descr be on Schedule O.)
(Expenses  $ ................ including grants of $ ................ ) (Revenue  $ ................ )

**4e**  Total program service expenses ▶    5,827,842

DAA

App044                                                                        Form **990** (2020)

Form 990 (2020) DEFENDING THE REPUBLIC, INC          85-3930804                          Page **3**

| Part IV | Checklist of Required Schedules |
|---------|--------------------------------|

|  |  | Yes | No |
|--|--|-----|----|
| **1** | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If "Yes,"* complete Schedule A ........ **1** | | X |
| **2** | Is the organization required to complete *Schedule B, Schedule of Contributors* (see instructions)? ........ **2** | | X |
| **3** | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If "Yes," complete Schedule C, Part I* ........ **3** | | X |
| **4** | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If "Yes," complete Schedule C, Part II* ........ **4** | | |
| **5** | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Revenue Procedure 98-19? *If "Yes," complete Schedule C, Part III* ........ **5** | | X |
| **6** | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If "Yes," complete Schedule D, Part I* ........ **6** | | X |
| **7** | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If "Yes," complete Schedule D, Part II* ........ **7** | | X |
| **8** | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete Schedule D, Part III* ........ **8** | | X |
| **9** | Did the organization report an amount in Part X, line 21, for escrow or custodial account liability, serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services? *If "Yes," complete Schedule D, Part IV* ........ **9** | | X |
| **10** | Did the organization, directly or through a related organization, hold assets in donor-restricted endowments or in quasi endowments? *If "Yes," complete Schedule D, Part V* ........ **10** | | X |
| **11** | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X as applicable. | | |
| **a** | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D, Part VI* ........ **11a** | X | |
| **b** | Did the organization report an amount for investments—other securities in Part X, line 12, that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* ........ **11b** | | X |
| **c** | Did the organization report an amount for investments—program related in Part X, line 13, that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* ........ **11c** | | X |
| **d** | Did the organization report an amount for other assets in Part X, line 15, that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part IX* ........ **11d** | | X |
| **e** | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* ........ **11e** | X | |
| **f** | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* ........ **11f** | | X |
| **12a** | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete Schedule D, Parts XI and XII* ........ **12a** | X | |
| **b** | Was the organization included in consolidated, independent audited financial statements for the tax year? *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional* ........ **12b** | X | |
| **13** | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* ........ **13** | | X |
| **14a** | Did the organization maintain an office, employees, or agents outside of the United States? ........ **14a** | | X |
| **b** | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If "Yes," complete Schedule F, Parts I and IV* ........ **14b** | | X |
| **15** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If "Yes," complete Schedule F, Parts II and IV* ........ **15** | | X |
| **16** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If "Yes," complete Schedule F, Parts III and IV* ........ **16** | | X |
| **17** | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If "Yes," complete Schedule G, Part I* See instructions ........ **17** | | X |
| **18** | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If "Yes," complete Schedule G, Part II* ........ **18** | | X |
| **19** | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If "Yes," complete Schedule G, Part III* ........ **19** | | X |
| **20a** | Did the organization operate one or more hospital facilities? *If "Yes," complete Schedule H* ........ **20a** | | X |
| **b** | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? ........ **20b** | | |
| **21** | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II* ........ **21** | X | |

Form 990 (2020) **DEFENDING THE REPUBLIC, INC**                85-3930804                    Page **4**

| Part IV | Checklist of Required Schedules *(continued)* |

|  |  |  | Yes | No |
|---|---|---|---|---|
| 22 | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* | **22** | | X |
| 23 | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5 about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* | **23** | | X |
| 24a | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K. If "No," go to line 25a* | **24a** | | X |
| b | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? | **24b** | | |
| c | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? | **24c** | | |
| d | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? | **24d** | | |
| 25a | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L, Part I* | **25a** | | X |
| b | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L, Part I* | **25b** | | X |
| 26 | Did the organization report any amount on Part X, line 5 or 22, for receivables from or payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part II* | **26** | | X |
| 27 | Did the organization provide a grant or other assistance to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor or employee thereof, a grant selection committee member, or to a 35% controlled entity (including an employee thereof) or family member of any of these persons? *If "Yes," complete Schedule L, Part III* | **27** | | X |
| 28 | Was the organization a party to a business transaction with one of the following parties (see Schedule L, Part IV instructions, for applicable filing thresholds, conditions, and exceptions): | | | |
| a | A current or former officer, director, trustee, key employee, creator or founder, or substantial contributor? *If "Yes," complete Schedule L, Part IV* | **28a** | | X |
| b | A family member of any individual described in line 28a? *If "Yes," complete Schedule L, Part IV* | **28b** | | X |
| c | A 35% controlled entity of one or more individuals and/or organizations described in lines 28a or 28b? *If "Yes," complete Schedule L, Part IV* | **28c** | | X |
| 29 | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* | **29** | | X |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* | **30** | | X |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* | **31** | | X |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* | **32** | | X |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If "Yes," complete Schedule R, Part I* | **33** | | X |
| 34 | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1* | **34** | X | |
| 35a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? | **35a** | | X |
| b | If "Yes" to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* | **35b** | | |
| 36 | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* | **36** | | |
| 37 | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* | **37** | | X |
| 38 | Did the organization complete Schedule O and provide explanations in Schedule O for Part VI, lines 11b and 19? **Note:** All Form 990 filers are required to complete Schedule O. | **38** | X | |

| Part V | Statements Regarding Other IRS Filings and Tax Compliance |

Check if Schedule O contains a response or note to any line in this Part V ........................................ ☐

|  |  |  |  | Yes | No |
|---|---|---|---|---|---|
| 1a | Enter the number reported in Box 3 of Form 1096. Enter -0- if not applicable | **1a** | 0 | | |
| b | Enter the number of Forms W-2G included in line 1a. Enter -0- if not applicable | **1b** | 0 | | |
| c | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? | | **1c** | | |

DAA                                                                                        Form **990** (2020)

Form 990 (2020) DEFENDING THE REPUBLIC, INC                         85-3930804                         Page **5**

| Part V | Statements Regarding Other IRS Filings and Tax Compliance *(continued)* | | | | |
|---|---|---|---|---|---|
| | | | | **Yes** | **No** |
| 2a | Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return | **2a** **0** | | | |
| **b** | If at least one is reported on line 2a, did the organization file all required federal employment tax returns? | | **2b** | | |
| | **Note:** If the sum of lines 1a and 2a is greater than 250, you may be required to *e-file* (see instructions) | | | | |
| **3a** | Did the organization have unrelated business gross income of $1,000 or more during the year? | | **3a** | | X |
| **b** | If "Yes," has it filed a Form 990-T for this year? *If "No" to line 3b, provide an explanation on Schedule O* | | **3b** | | |
| **4a** | At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? | | **4a** | | X |
| **b** | If "Yes," enter the name of the foreign country ⵊ | | | | |
| | See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | | | | |
| **5a** | Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? | | **5a** | | X |
| **b** | Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | | **5b** | | X |
| **c** | If "Yes" to line 5a or 5b, did the organization file Form 8886-T? | | **5c** | | |
| **6a** | Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? | | **6a** | X | |
| **b** | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? | | **6b** | X | |
| **7** | **Organizations that may receive deductible contributions under section 170(c).** | | | | |
| **a** | Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? | | **7a** | | |
| **b** | If "Yes," did the organization notify the donor of the value of the goods or services provided? | | **7b** | | |
| **c** | Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? | | **7c** | | |
| **d** | If "Yes," indicate the number of Forms 8282 filed during the year | **7d** | | | |
| **e** | Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? | | **7e** | | |
| **f** | Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? | | **7f** | | |
| **g** | If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? | | **7g** | | |
| **h** | If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? | | **7h** | | |
| **8** | **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year? | | **8** | | |
| **9** | **Sponsoring organizations maintaining donor advised funds.** | | | | |
| **a** | Did the sponsoring organization make any taxable distributions under section 4966? | | **9a** | | |
| **b** | Did the sponsoring organization make a distribution to a donor, donor advisor, or related person? | | **9b** | | |
| **10** | **Section 501(c)(7) organizations.** Enter: | | | | |
| **a** | Initiation fees and capital contributions included on Part VIII, line 12 | **10a** | | | |
| **b** | Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities | **10b** | | | |
| **11** | **Section 501(c)(12) organizations.** Enter: | | | | |
| **a** | Gross income from members or shareholders | **11a** | | | |
| **b** | Gross income from other sources (Do not net amounts due or paid to other sources against amounts due or received from them.) | **11b** | | | |
| **12a** | **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | | **12a** | | |
| **b** | If "Yes," enter the amount of tax-exempt interest received or accrued during the year | **12b** | | | |
| **13** | **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | | |
| **a** | Is the organization licensed to issue qualified health plans in more than one state? | | **13a** | | |
| | **Note:** See the instructions for additional information the organization must report on Schedule O. | | | | |
| **b** | Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans | **13b** | | | |
| **c** | Enter the amount of reserves on hand | **13c** | | | |
| **14a** | Did the organization receive any payments for indoor tanning services during the tax year? | | **14a** | | X |
| **b** | If "Yes," has it filed a Form 720 to report these payments? *If "No," provide an explanation on Schedule O* | | **14b** | | |
| **15** | Is the organization subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year? | | **15** | | X |
| | If "Yes," see instructions and file Form 4720, Schedule N. | | | | |
| **16** | Is the organization an educational institution subject to the section 4968 excise tax on net investment income? | | **16** | | X |
| | If "Yes," complete Form 4720, Schedule O. | | | | |

Form **990** (2020)

49902 08/16/2022 4:24 PM

Form 990 (2020)  DEFENDING THE REPUBLIC, INC        85-3930804                    Page **6**

| Part VI | Governance, Management, and Disclosure *For each "Yes" response to lines 2 through 7b below, and for a "No"* |
|---|---|

*response to line 8a, 8b, or 10b below, describe the circumstances, processes, or changes on Schedule O. See instructions.*

Check if Schedule O contains a response or note to any line in this Part VI ........................................................................ ☒

### Section A. Governing Body and Management

|  |  |  |  | Yes | No |
|---|---|---|---|---|---|
| 1a | Enter the number of voting members of the governing body at the end of the tax year ............ **1a** | **3** | | | |
|  | If there are material differences in voting rights among members of the governing body, or | | | | |
|  | if the governing body delegated broad authority to an executive committee or similar | | | | |
|  | committee, explain on Schedule O. | | | | |
| b | Enter the number of voting members included on line 1a, above, who are independent ...... **1b** | **3** | | | |
| 2 | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with | | | | |
|  | any other officer, director, trustee, or key employee? ......................................................................... | **2** | | X |
| 3 | Did the organization delegate control over management duties customarily performed by or under the direct | | | | |
|  | supervision of officers, directors, trustees, or key employees to a management company or other person? ...... | **3** | | X |
| 4 | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? ... | **4** | | X |
| 5 | Did the organization become aware during the year of a significant diversion of the organization's assets? ...... | **5** | X | |
| 6 | Did the organization have members or stockholders? ........................................................................... | **6** | | X |
| 7a | Did the organization have members, stockholders, or other persons who had the power to elect or appoint | | | | |
|  | one or more members of the governing body? ................................................................................... | **7a** | | X |
| b | Are any governance decisions of the organization reserved to (or subject to approval by) members, | | | | |
|  | stockholders, or persons other than the governing body? ...................................................................... | **7b** | | X |
| 8 | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: | | | | |
| a | The governing body? ................................................................................................................ | **8a** | X | |
| b | Each committee with authority to act on behalf of the governing body? ...................................................... | **8b** | X | |
| 9 | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at | | | | |
|  | the organization's mailing address? *If "Yes," provide the names and addresses on Schedule O* .......................... | **9** | | X |

### Section B. Policies *(This Section B requests information about policies not required by the Internal Revenue Code.)*

|  |  |  | Yes | No |
|---|---|---|---|---|
| 10a | Did the organization have local chapters, branches, or affiliates? ...................................................... | **10a** | | X |
| b | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, | | | |
|  | affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? ......... | **10b** | | |
| 11a | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? | **11a** | X | |
| b | Describe in Schedule O the process, if any, used by the organization to review this Form 990. | | | |
| 12a | Did the organization have a written conflict of interest policy? *If "No," go to line 13* ................................ | **12a** | | X |
| b | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? | **12b** | | |
| c | Did the organization regularly and consistently monitor and enforce compliance with the policy? *If "Yes,"* | | | |
|  | *describe in Schedule O how this was done* ...................................................................................... | **12c** | | |
| 13 | Did the organization have a written whistleblower policy? ................................................................... | **13** | X | |
| 14 | Did the organization have a written document retention and destruction policy? ......................................... | **14** | X | |
| 15 | Did the process for determining compensation of the following persons include a review and approval by | | | |
|  | independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | |
| a | The organization's CEO, Executive Director, or top management official ................................................... | **15a** | X | |
| b | Other officers or key employees of the organization ........................................................................... | **15b** | X | |
|  | If "Yes" to line 15a or 15b, describe the process in Schedule O (see instructions). | | | |
| 16a | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement | | | |
|  | with a taxable entity during the year? ........................................................................................... | **16a** | | X |
| b | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its | | | |
|  | participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the | | | |
|  | organization's exempt status with respect to such arrangements? ........................................................... | **16b** | | |

### Section C. Disclosure

17  List the states with which a copy of this Form 990 is required to be filed u  **NONE**

18  Section 6104 requires an organization to make its Forms 1023 (1024 or 1024-A, if applicable), 990, and 990-T (Section 501(c)

(3)s only) available for public inspection. Indicate how you made these available. Check all that apply.

☐ Own website  ☐ Another's website  ☒ Upon request  ☐ Other *(explain on Schedule O)*

19  Describe on Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and

financial statements available to the public during the tax year.

20  State the name, address, and telephone number of the person who possesses the organization's books and records u

REED QUINN & MCCLURE LLC              2055 NORTH BROWN RD

LAWRENCEVILLE                                    GA  30043          770-449-9144

Form 990 (2020) **DEFENDING THE REPUBLIC, INC**              85-3930804                                    Page **7**

| Part VII | Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors |
|---|---|

Check if Schedule O contains a response or note to any line in this Part VII ............................................. ☐

**Section A.    Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**

**1a** Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.

● List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.

● List all of the organization's **current** key employees, if any. See instructions for definition of "key employee."

● List the organization's five **current** highest compensated employees (other than an officer, director, trustee, or key employee) who received reportable compensation (Box 5 of Form W-2 and/or Box 7 of Form 1099-MISC) of more than $100,000 from the organization and any related organizations.

● List all of the organization's **former** officers, key employees, and highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.

● List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

See instructions for the order in which to list the persons above.

☒ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A)<br>Name and title | (B)<br>Average<br>hours<br>per week<br>(list any<br>hours for<br>related<br>organizations<br>below<br>dotted line) | (C)<br>Position<br>(do not check more than one<br>box, unless person is both an<br>officer and a director/trustee) | | | | | | (D)<br>Reportable<br>compensation<br>from the<br>organization<br>(W-2/1099-MISC) | (E)<br>Reportable<br>compensation<br>from related<br>organizations<br>(W-2/1099-MISC) | (F)<br>Estimated amount<br>of other<br>compensation<br>from the<br>organization and<br>related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| **(1)** MICHAEL ABIDIN<br>.............................<br>DIRECTOR | 6.00<br>0.00 | X | | | | | | 0 | 0 | 0 |
| **(2)** NEAL COKER<br>.............................<br>DIRECTOR | 6.00<br>0.00 | X | | | | | | 0 | 0 | 0 |
| **(3)** SIDNEY POWELL<br>.............................<br>PRESIDENT/TREASURER | 40.00<br>0.00 | X | | X | | | | 0 | 0 | 0 |
| **(4)** MARY PAT COUGHLIN<br>.............................<br>CFO | 40.00<br>0.00 | | | X | | | | 0 | 0 | 0 |
| **(5)**<br>............................. | | | | | | | | | | |
| **(6)**<br>............................. | | | | | | | | | | |
| **(7)**<br>............................. | | | | | | | | | | |
| **(8)**<br>............................. | | | | | | | | | | |
| **(9)**<br>............................. | | | | | | | | | | |
| **(10)**<br>............................. | | | | | | | | | | |
| **(11)**<br>............................. | | | | | | | | | | |

Form **990** (2020)

App049

Case 3:23-cv-00276-L    Document 8    Filed 03/15/23    Page 53 of 177    PageID 89

| **Part VII** | Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)* |

| (A)<br>Name and title | (B)<br>Average hours per week (list any hours for related organizations below dotted line) | (C)<br>Position<br>(do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization<br>(W-2/1099-MISC) | (E)<br>Reportable compensation from related organizations<br>(W-2/1099-MISC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**1b** Subtotal ............................................................ u

**c** Total from continuation sheets to Part VII, Section A ......... u

**d** Total (add lines 1b and 1c) ..................................... u

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization u **0**

| | | Yes | No |
|---|---|---|---|
| **3** | Did the organization list any **former** officer, director, trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual* .................................. **3** | | **X** |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* ......................................................... **4** | | **X** |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? *If "Yes," complete Schedule J for such person* .................... **5** | | **X** |

**Section B. Independent Contractors**

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A)<br>Name and business address | (B)<br>Description of services | (C)<br>Compensation |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization u                    0

App050

Form 990 (2020) **DEFENDING THE REPUBLIC, INC**                          85-3930804                     Page **9**

| Part VIII | Statement of Revenue |
|---|---|

Check if Schedule O contains a response or note to any line in this Part VIII .................................... ☐

| | | | | **(A)** Total revenue | **(B)** Related or exempt function revenue | **(C)** Unrelated business revenue | **(D)** Revenue excluded from tax under sections 512-514 |
|---|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | **1a** Federated campaigns ............... | **1a** | | | | | |
| | **b** Membership dues ................ | **1b** | | | | | |
| | **c** Fundraising events ............... | **1c** | | | | | |
| | **d** Related organizations ........... | **1d** | | | | | |
| | **e** Government grants (contributions) .. | **1e** | | | | | |
| | **f** All other contributions, gifts, grants, and similar amounts not included above ...... | **1f** | 16,390,340 | | | | |
| | **g** Noncash contributions included in lines 1a-1f .... | **1g** | $ | | | | |
| | **h** **Total.** Add lines 1a–1f ........ u | | | 16,390,340 | | | |
| **Program Service Revenue** | **2a** ...................................... | | Business Code | | | | |
| | **b** ...................................... | | | | | | |
| | **c** ...................................... | | | | | | |
| | **d** ...................................... | | | | | | |
| | **e** ...................................... | | | | | | |
| | **f** All other program service revenue ......... | | | | | | |
| | **g** **Total.** Add lines 2a–2f .......... u | | | | | | |
| **Other Revenue** | **3** Investment income (including dividends, interest, and other similar amounts) ....... u | | | 879 | | | 879 |
| | **4** Income from investment of tax-exempt bond proceeds ...... u | | | | | | |
| | **5** Royalties ...................... u | | | | | | |
| | | | (i) Real | (ii) Personal | | | | |
| | **6a** Gross rents | **6a** | | | | | | |
| | **b** Less: rental expenses | **6b** | | | | | | |
| | **c** Rental inc. or (loss) | **6c** | | | | | | |
| | **d** Net rental income or (loss) ........... u | | | | | | |
| | **7a** Gross amount from sales of assets other than inventory | **7a** | (i) Securities | (ii) Other | | | | |
| | **b** Less: cost or other basis and sales exps. | **7b** | | | | | | |
| | **c** Gain or (loss) | **7c** | | | | | | |
| | **d** Net gain or (loss) ................. u | | | | | | |
| | **8a** Gross income from fundraising events (not including $ of contributions reported on line 1c). See Part IV, line 18 ............... | **8a** | | 10,155 | | | | |
| | **b** Less: direct expenses ........... | **8b** | | 4,182 | | | | |
| | **c** Net income or (loss) from fundraising events ............ u | | | 5,973 | | | 5,973 |
| | **9a** Gross income from gaming activities. See Part IV, line 19 ............... | **9a** | | | | | | |
| | **b** Less: direct expenses ........... | **9b** | | | | | | |
| | **c** Net income or (loss) from gaming activities ......... u | | | | | | |
| | **10a** Gross sales of inventory, less returns and allowances | **10a** | | | | | | |
| | **b** Less: cost of goods sold ....... | **10b** | | | | | | |
| | **c** Net income or (loss) from sales of inventory ......... u | | | | | | |
| **Miscellaneous Revenue** | **11a** ...................................... | | Business Code | | | | |
| | **b** ...................................... | | | | | | |
| | **c** ...................................... | | | | | | |
| | **d** All other revenue ........... | | | | | | |
| | **e** **Total.** Add lines 11a–11d ....... u | | | | | | |
| | **12** **Total revenue.** See instructions ......... u | | | 16,397,192 | 0 | 0 | 6,852 |

Form **990** (2020)

DAA                                                                                     App051

Form 990 (2020)  DEFENDING THE REPUBLIC, INC          85-3930804                        Page **10**

| **Part IX** | **Statement of Functional Expenses** |
|---|---|

*Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).*

Check if Schedule O contains a response or note to any line in this Part IX ........................................ ☒

| *Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII.* | **(A)** Total expenses | **(B)** Program service expenses | **(C)** Management and general expenses | **(D)** Fundraising expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21 | 755,128 | 755,128 | | |
| **2** Grants and other assistance to domestic individuals. See Part IV, line 22 | | | | |
| **3** Grants and other assistance to foreign organizations, foreign governments, and foreign individuals. See Part IV, lines 15 and 16 | | | | |
| **4** Benefits paid to or for members | | | | |
| **5** Compensation of current officers, directors, trustees, and key employees | | | | |
| **6** Compensation not included above to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) | | | | |
| **7** Other salaries and wages | 329,461 | 9,615 | 319,846 | |
| **8** Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions) | | | | |
| **9** Other employee benefits | | | | |
| **10** Payroll taxes | 25,829 | 736 | 25,093 | |
| **11** Fees for services (nonemployees): | | | | |
| **a** Management | | | | |
| **b** Legal | 3,848,873 | 3,848,724 | 149 | |
| **c** Accounting | 94,321 | | 94,321 | |
| **d** Lobbying | | | | |
| **e** Professional fundraising services. See Part IV, line 17 | | | | |
| **f** Investment management fees | | | | |
| **g** Other. (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Schedule O.) | 2,040,824 | 946,305 | 1,007,359 | 87,160 |
| **12** Advertising and promotion | 107,298 | | 107,298 | |
| **13** Office expenses | 77,478 | | 77,478 | |
| **14** Information technology | 34,430 | 20,269 | 12,712 | 1,449 |
| **15** Royalties | | | | |
| **16** Occupancy | 342,570 | 85,134 | 251,827 | 5,609 |
| **17** Travel | 112,497 | 60,997 | 47,138 | 4,362 |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials | | | | |
| **19** Conferences, conventions, and meetings | | | | |
| **20** Interest | | | | |
| **21** Payments to affiliates | | | | |
| **22** Depreciation, depletion, and amortization | 11,703 | 6,889 | 4,321 | 493 |
| **23** Insurance | 10,888 | 332 | 10,556 | |
| **24** Other expenses. Itemize expenses not covered above (List miscellaneous expenses on line 24e. If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O.) | | | | |
| **a** CASE RELATED EXPENSE | 93,713 | 93,713 | | |
| **b** BANK & MERCHANT FEES | 41,101 | | 41,101 | |
| **c** BOOKS, REFERENCE & SUBS. | 28,394 | | 28,394 | |
| **d** MISCELLANEOUS | 16,893 | | 16,893 | |
| **e** All other expenses | 13,939 | | 13,939 | |
| **25** Total functional expenses. Add lines 1 through 24e | 7,985,340 | 5,827,842 | 2,058,425 | 99,073 |
| **26** Joint costs. Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation. Check here ▶ ☐ if following SOP 98-2 (ASC 958-720) | | | | |

Form 990 (2020)   DEFENDING THE REPUBLIC, INC          85-3930804                      Page **11**

| **Part X** | **Balance Sheet** | | |
|---|---|---|---|

Check if Schedule O contains a response or note to any line in this Part X .................................................. ☐

| | | | | **(A)** Beginning of year | | **(B)** End of year |
|---|---|---|---|---|---|---|
| **Assets** | **1** | Cash—non-interest-bearing ...................................................... | | **1** | | 3,626,704 |
| | **2** | Savings and temporary cash investments ...................................................... | | **2** | | |
| | **3** | Pledges and grants receivable, net ...................................................... | | **3** | | |
| | **4** | Accounts receivable, net ...................................................... | | **4** | | 1,080,665 |
| | **5** | Loans and other receivables from any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons | | **5** | | |
| | **6** | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), and persons described in section 4958(c)(3)(B) ..... | | **6** | | |
| | **7** | Notes and loans receivable, net ...................................................... | | **7** | | |
| | **8** | Inventories for sale or use ...................................................... | | **8** | | 1,165 |
| | **9** | Prepaid expenses and deferred charges ...................................................... | | **9** | | 7,377 |
| | **10a** | Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D ... **10a** 192,644 | | | | |
| | **b** | Less: accumulated depreciation ... **10b** 11,703 | | **10c** | | 180,941 |
| | **11** | Investments—publicly traded securities ...................................................... | | **11** | | 4,000,379 |
| | **12** | Investments—other securities. See Part IV, line 11 ...................................................... | | **12** | | |
| | **13** | Investments—program-related. See Part IV, line 11 ...................................................... | | **13** | | |
| | **14** | Intangible assets ...................................................... | | **14** | | |
| | **15** | Other assets. See Part IV, line 11 ...................................................... | | **15** | | 280,654 |
| | **16** | **Total assets.** Add lines 1 through 15 (must equal line 33) ..................... | 0 | **16** | | 9,177,885 |
| **Liabilities** | **17** | Accounts payable and accrued expenses ...................................................... | | **17** | | 479,236 |
| | **18** | Grants payable ...................................................... | | **18** | | |
| | **19** | Deferred revenue ...................................................... | | **19** | | |
| | **20** | Tax-exempt bond liabilities ...................................................... | | **20** | | |
| | **21** | Escrow or custodial account liability. Complete Part IV of Schedule D ... | | **21** | | |
| | **22** | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons | | **22** | | |
| | **23** | Secured mortgages and notes payable to unrelated third parties ... | | **23** | | |
| | **24** | Unsecured notes and loans payable to unrelated third parties ... | | **24** | | |
| | **25** | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17-24). Complete Part X of Schedule D ...................................................... | | **25** | | 286,797 |
| | **26** | **Total liabilities.** Add lines 17 through 25 ..................... | 0 | **26** | | 766,033 |
| **Net Assets or Fund Balances** | | Organizations that follow FASB ASC 958, check here ▶ ☒ and complete lines 27, 28, 32, and 33. | | | | |
| | **27** | Net assets without donor restrictions ...................................................... | | **27** | | 8,411,852 |
| | **28** | Net assets with donor restrictions ...................................................... | | **28** | | |
| | | Organizations that do not follow FASB ASC 958, check here ▶ ☐ and complete lines 29 through 33. | | | | |
| | **29** | Capital stock or trust principal, or current funds ...................................................... | | **29** | | |
| | **30** | Paid-in or capital surplus, or land, building, or equipment fund ... | | **30** | | |
| | **31** | Retained earnings, endowment, accumulated income, or other funds ... | | **31** | | |
| | **32** | Total net assets or fund balances ...................................................... | 0 | **32** | | 8,411,852 |
| | **33** | Total liabilities and net assets/fund balances ..................... | 0 | **33** | | 9,177,885 |

Form **990** (2020)

DAA

App053

Form 990 (2020) DEFENDING THE REPUBLIC, INC          85-3930804                    Page **12**

## Part XI    Reconciliation of Net Assets

Check if Schedule O contains a response or note to any line in this Part XI ........................................ ☐

| | | | |
|---|---|---|---|
| 1 | Total revenue (must equal Part VIII, column (A), line 12) ........................................ | 1 | 16,397,192 |
| 2 | Total expenses (must equal Part IX, column (A), line 25) ........................................ | 2 | 7,985,340 |
| 3 | Revenue less expenses. Subtract line 2 from line 1 ........................................ | 3 | 8,411,852 |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 32, column (A)) ............ | 4 | |
| 5 | Net unrealized gains (losses) on investments ........................................ | 5 | |
| 6 | Donated services and use of facilities ........................................ | 6 | |
| 7 | Investment expenses ........................................ | 7 | |
| 8 | Prior period adjustments ........................................ | 8 | |
| 9 | Other changes in net assets or fund balances (explain on Schedule O) ........................ | 9 | |
| 10 | Net assets or fund balances at end of year. Combine lines 3 through 9 (must equal Part X, line 32, column (B)) ........................................ | 10 | 8,411,852 |

## Part XII    Financial Statements and Reporting

Check if Schedule O contains a response or note to any line in this Part XII ........................................ ☐

| | | Yes | No |
|---|---|---|---|
| 1 | Accounting method used to prepare the Form 990: ☐ Cash ☒ Accrual ☐ Other _____ | | | |
| | If the organization changed its method of accounting from a prior year or checked "Other," explain in Schedule O. | | | |
| 2a | Were the organization's financial statements compiled or reviewed by an independent accountant? ............ | 2a | | X |
| | If "Yes," check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both: | | | |
| | ☐ Separate basis    ☐ Consolidated basis    ☐ Both consolidated and separate basis | | | |
| b | Were the organization's financial statements audited by an independent accountant? ........................ | 2b | X | |
| | If "Yes," check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both: | | | |
| | ☐ Separate basis    ☐ Consolidated basis    ☒ Both consolidated and separate basis | | | |
| c | If "Yes" to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? ............ | 2c | X | |
| | If the organization changed either its oversight process or selection process during the tax year, explain on Schedule O. | | | |
| 3a | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133? ........................................ | 3a | | X |
| b | If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why on Schedule O and describe any steps taken to undergo such audits ............ | 3b | | |

Form **990** (2020)

DAA

App054

| SCHEDULE D<br>(Form 990) | **Supplemental Financial Statements**<br>u Complete if the organization answered "Yes" on Form 990,<br>Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b.<br>u Attach to Form 990. | OMB No. 1545-0047<br>**2020** |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | u Go to *www.irs.gov/Form990* for instructions and the latest information. | **Open to Public<br>Inspection** |

| Name of the organization | Employer identification number |
|---|---|
| DEFENDING THE REPUBLIC, INC | 85-3930804 |

### Part I — Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts.
Complete if the organization answered "Yes" on Form 990, Part IV, line 6.

|  |  | (a) Donor advised funds | (b) Funds and other accounts |
|---|---|---|---|
| 1 | Total number at end of year | | |
| 2 | Aggregate value of contributions to (during year) | | |
| 3 | Aggregate value of grants from (during year) | | |
| 4 | Aggregate value at end of year | | |

5 Did the organization inform all donors and donor advisors in writing that the assets held in donor advised

funds are the organization's property, subject to the organization's exclusive legal control? ☐ Yes ☐ No

6 Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used

only for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose

conferring impermissible private benefit? ☐ Yes ☐ No

### Part II — Conservation Easements.
Complete if the organization answered "Yes" on Form 990, Part IV, line 7.

1 Purpose(s) of conservation easements held by the organization (check all that apply).

☐ Preservation of land for public use (for example, recreation or education)    ☐ Preservation of a historically important land area

☐ Protection of natural habitat    ☐ Preservation of a certified historic structure

☐ Preservation of open space

2 Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation

easement on the last day of the tax year.

|  |  | Held at the End of the Tax Year |
|---|---|---|
| a | Total number of conservation easements | 2a |
| b | Total acreage restricted by conservation easements | 2b |
| c | Number of conservation easements on a certified historic structure included in (a) | 2c |
| d | Number of conservation easements included in (c) acquired after 7/25/06, and not on a<br>historic structure listed in the National Register | 2d |

3 Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the

tax year u

4 Number of states where property subject to conservation easement is located u

5 Does the organization have a written policy regarding the periodic monitoring, inspection, handling of

violations, and enforcement of the conservation easements it holds? ☐ Yes ☐ No

6 Staff and volunteer hours devoted to monitoring, inspecting, handling of violations, and enforcing conservation easements during the year

u

7 Amount of expenses incurred in monitoring, inspecting, handling of violations, and enforcing conservation easements during the year

u $

8 Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i)

and section 170(h)(4)(B)(ii)? ☐ Yes ☐ No

9 In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement and

balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that descr bes the

organization's accounting for conservation easements.

### Part III — Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets.
Complete if the organization answered "Yes" on Form 990, Part IV, line 8.

1a If the organization elected, as permitted under FASB ASC 958, not to report in its revenue statement and balance sheet works

of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public

service, provide in Part XIII the text of the footnote to its financial statements that describes these items.

b If the organization elected, as permitted under FASB ASC 958, to report in its revenue statement and balance sheet works of

art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service,

provide the following amounts relating to these items:

(i) Revenue included on Form 990, Part VIII, line 1 ........ u $ ................

(ii) Assets included in Form 990, Part X ........ u $ ................

2 If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide

the following amounts required to be reported under FASB ASC 958 relating to these items:

a Revenue included on Form 990, Part VIII, line 1 ........ u $ ................

b Assets included in Form 990, Part X ........ u $ ................

**For Paperwork Reduction Act Notice, see the Instructions for Form 990.**    Schedule D (Form 990) 2020

DAA

App055

49902 08/16/2022 4:24 PM

Schedule D (Form 990) 2020   **DEFENDING THE REPUBLIC, INC**   85-3930804   Page **2**

| **Part III** | **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets** *(continued)* |
|---|---|

**3** Using the organization's acquisition, accession, and other records, check any of the following that make significant use of its collection items (check all that apply):

**a** ☐ Public exhibition   **d** ☐ Loan or exchange program

**b** ☐ Scholarly research   **e** ☐ Other .........................................................................

**c** ☐ Preservation for future generations

**4** Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII.

**5** During the year, did the organization solicit or receive donations of art, historical treasures, or other similar assets to be sold to raise funds rather than to be maintained as part of the organization's collection? .......................... ☐ Yes ☐ No

| **Part IV** | **Escrow and Custodial Arrangements.** |
|---|---|

Complete if the organization answered "Yes" on Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21.

**1a** Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not included on Form 990, Part X? .................................................................................................... ☐ Yes ☐ No

**b** If "Yes," explain the arrangement in Part XIII and complete the following table:

|  |  | Amount |
|---|---|---|
| **c** Beginning balance ............................................................. | **1c** | |
| **d** Additions during the year ................................................... | **1d** | |
| **e** Distributions during the year ............................................. | **1e** | |
| **f** Ending balance ................................................................. | **1f** | |

**2a** Did the organization include an amount on Form 990, Part X, line 21, for escrow or custodial account liability? ......................... ☐ Yes ☐ No

**b** If "Yes," explain the arrangement in Part XIII. Check here if the explanation has been provided on Part XIII ......................... ☐

| **Part V** | **Endowment Funds.** |
|---|---|

Complete if the organization answered "Yes" on Form 990, Part IV, line 10.

|  | **(a)** Current year | **(b)** Prior year | **(c)** Two years back | **(d)** Three years back | **(e)** Four years back |
|---|---|---|---|---|---|
| **1a** Beginning of year balance ............... | | | | | |
| **b** Contributions .............................. | | | | | |
| **c** Net investment earnings, gains, and losses | | | | | |
| **d** Grants or scholarships ................... | | | | | |
| **e** Other expenditures for facilities and programs | | | | | |
| **f** Administrative expenses ................. | | | | | |
| **g** End of year balance ...................... | | | | | |

**2** Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as:

**a** Board designated or quasi-endowment u .................. %

**b** Permanent endowment u .................. %

**c** Term endowment u .................. %

The percentages on lines 2a, 2b, and 2c should equal 100%.

**3a** Are there endowment funds not in the possession of the organization that are held and administered for the organization by:

|  |  | Yes | No |
|---|---|---|---|
| **(i)** Unrelated organizations ................................................................................................. | **3a(i)** | | |
| **(ii)** Related organizations .................................................................................................. | **3a(ii)** | | |
| **b** If "Yes" on line 3a(ii), are the related organizations listed as required on Schedule R? ......................... | **3b** | | |

**4** Describe in Part XIII the intended uses of the organization's endowment funds.

| **Part VI** | **Land, Buildings, and Equipment.** |
|---|---|

Complete if the organization answered "Yes" on Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | **(a)** Cost or other basis (investment) | **(b)** Cost or other basis (other) | **(c)** Accumulated depreciation | **(d)** Book value |
|---|---|---|---|---|
| **1a** Land .......................................... | | | | |
| **b** Buildings ..................................... | | | | |
| **c** Leasehold improvements .................. | | | | |
| **d** Equipment ................................... | | | | |
| **e** Other .......................................... | | | | |

**Total.** Add lines 1a through 1e. *(Column (d) must equal Form 990, Part X, column (B), line 10c.)* ..................... u

Schedule D (Form 990) 2020

DAA

Schedule D (Form 990) 2020  DEFENDING THE REPUBLIC, INC                85-3930804                                Page **3**

| **Part VII** | **Investments – Other Securities.** |
|---|---|

Complete if the organization answered "Yes" on Form 990, Part IV, line 11b. See Form 990, Part X, line 12.

| (a) Description of security or category (including name of security) | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| **(1)** Financial derivatives | | |
| **(2)** Closely held equity interests | | |
| **(3)** Other | | |
| (A) | | |
| (B) | | |
| (C) | | |
| (D) | | |
| (E) | | |
| (F) | | |
| (G) | | |
| (H) | | |
| **Total.** (Column (b) must equal Form 990, Part X, col. (B) line 12.)   u | | |

| **Part VIII** | **Investments – Program Related.** |
|---|---|

Complete if the organization answered "Yes" on Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

| (a) Description of investment | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |
| (6) | | |
| (7) | | |
| (8) | | |
| (9) | | |
| **Total.** (Column (b) must equal Form 990, Part X, col. (B) line 13.) ...... u | | |

| **Part IX** | **Other Assets.** |
|---|---|

Complete if the organization answered "Yes" on Form 990, Part IV, line 11d. See Form 990, Part X, line 15.

| (a) Description | (b) Book value |
|---|---|
| (1) | |
| (2) | |
| (3) | |
| (4) | |
| (5) | |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| **Total.** (Column (b) must equal Form 990, Part X, col. (B) line 15.) ................................................. u | |

| **Part X** | **Other Liabilities.** |
|---|---|

Complete if the organization answered "Yes" on Form 990, Part IV, line 11e or 11f. See Form 990, Part X, line 25.

| **1.** | (a) Description of liability | (b) Book value |
|---|---|---|
| (1) | Federal income taxes | |
| (2) | **LEASE OBLIGATION** | **286,797** |
| (3) | | |
| (4) | | |
| (5) | | |
| (6) | | |
| (7) | | |
| (8) | | |
| (9) | | |
| | **Total.** (Column (b) must equal Form 990, Part X, col. (B) line 25.) .......................................... u | **286,797** |

**2.** Liability for uncertain tax positions. In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FASB ASC 740. Check here if the text of the footnote has been provided in Part XIII .............. ☐

App. 057

Schedule D (Form 990) 2020   **DEFENDING THE REPUBLIC, INC**        85-3930804                    Page **4**

| Part XI | **Reconciliation of Revenue per Audited Financial Statements With Revenue per Return.** | | | | |
|---|---|---|---|---|---|
| | Complete if the organization answered "Yes" on Form 990, Part IV, line 12a. | | | | |
| **1** | Total revenue, gains, and other support per audited financial statements | | | **1** | 16,397,192 |
| **2** | Amounts included on line 1 but not on Form 990, Part VIII, line 12: | | | | |
| **a** | Net unrealized gains (losses) on investments | **2a** | | | |
| **b** | Donated services and use of facilities | **2b** | | | |
| **c** | Recoveries of prior year grants | **2c** | | | |
| **d** | Other (Describe in Part XIII.) | **2d** | | | |
| **e** | Add lines **2a** through **2d** | | | **2e** | |
| **3** | Subtract line **2e** from line **1** | | | **3** | 16,397,192 |
| **4** | Amounts included on Form 990, Part VIII, line 12, but not on line 1: | | | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b | **4a** | | | |
| **b** | Other (Describe in Part XIII.) | **4b** | | | |
| **c** | Add lines **4a** and **4b** | | | **4c** | |
| **5** | Total revenue. Add lines **3** and **4c.** *(This must equal Form 990, Part I, line 12.)* | | | **5** | 16,397,192 |

| Part XII | **Reconciliation of Expenses per Audited Financial Statements With Expenses per Return.** | | | | |
|---|---|---|---|---|---|
| | Complete if the organization answered "Yes" on Form 990, Part IV, line 12a. | | | | |
| **1** | Total expenses and losses per audited financial statements | | | **1** | 7,985,340 |
| **2** | Amounts included on line 1 but not on Form 990, Part IX, line 25: | | | | |
| **a** | Donated services and use of facilities | **2a** | | | |
| **b** | Prior year adjustments | **2b** | | | |
| **c** | Other losses | **2c** | | | |
| **d** | Other (Describe in Part XIII.) | **2d** | | | |
| **e** | Add lines **2a** through **2d** | | | **2e** | |
| **3** | Subtract line **2e** from line **1** | | | **3** | 7,985,340 |
| **4** | Amounts included on Form 990, Part IX, line 25, but not on line 1: | | | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b | **4a** | | | |
| **b** | Other (Describe in Part XIII.) | **4b** | | | |
| **c** | Add lines **4a** and **4b** | | | **4c** | |
| **5** | Total expenses. Add lines **3** and **4c.** *(This must equal Form 990, Part I, line 18.)* | | | **5** | 7,985,340 |

| Part XIII | **Supplemental  Information.** |
|---|---|

Provide the descriptions required for Part II, lines 3, 5, and 9; Part III, lines 1a and 4; Part IV, lines 1b and 2b; Part V, line 4; Part X, line 2; Part XI, lines 2d and 4b; and Part XII, lines 2d and 4b. Also complete this part to provide any additional information.

Schedule D (Form 990) 2020   DEFENDING THE REPUBLIC, INC          85-3930804                    Page **5**

| **Part XIII** | **Supplemental Information** *(continued)* |

**SCHEDULE I**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

# Grants and Other Assistance to Organizations, Governments, and Individuals in the United States

**Complete if the organization answered "Yes" on Form 990, Part IV, line 21 or 22.**
u **Attach to Form 990.**
u **Go to** *www.irs.gov/Form990* **for the latest information.**

OMB No. 1545-0047

**2020**

**Open to Public Inspection**

| Name of the organization | Employer identification number |
|---|---|
| DEFENDING THE REPUBLIC, INC | 85-3930804 |

| Part I | General Information on Grants and Assistance |
|---|---|

**1** Does the organization maintain records to substantiate the amount of the grants or assistance, the grantees' eligibility for the grants or assistance, and the selection criteria used to award the grants or assistance? .................................................. ☐ Yes  ☒ No

**2** Describe in Part IV the organization's procedures for monitoring the use of grant funds in the United States.

| Part II | Grants and Other Assistance to Domestic Organizations and Domestic Governments. Complete if the organization answered "Yes" on Form 990, Part IV, line 21, for any recipient that received more than $5,000. Part II can be duplicated if additional space is needed. |
|---|---|

**1**

| (a) Name and address of organization or government | (b) EIN | (c) RC section (if applicable) | (d) Amount of cash grant | (e) Amount of non-cash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of noncash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| **(1)** CYBER NINJA 5077 FRUITVILLE RD., #109-421 SARASOTA        FL 34232 | 47-2656570 | | 700,128 | | | | EQUIPMENT |
| **(2)** DEFENDING THE REPUBLIC- PAC 3333 LEE PKWY #600 DALLAS          TX 75219 | 86-2094538 | | 25,000 | | | | LITIGATION SUPPORT |
| **(3)** | | | | | | | |
| **(4)** | | | | | | | |
| **(5)** | | | | | | | |
| **(6)** | | | | | | | |
| **(7)** | | | | | | | |
| **(8)** | | | | | | | |
| **(9)** | | | | | | | |

**2** Enter total number of section 501(c)(3) and government organizations listed in the line 1 table .................................................. u ...................

**3** Enter total number of other organizations listed in the line 1 table .................................................. u ...................

**For Paperwork Reduction Act Notice, see the Instructions for Form 990.**

**Schedule I (Form 990) (2020)**

DAA

Schedule I (Form 990) (2020)  **DEFENDING THE REPUBLIC, INC**          85-3930804                                    Page **2**

**Part III**  **Grants and Other Assistance to Domestic Individuals.** Complete if the organization answered "Yes" on Form 990, Part IV, line 22.
Part III can be duplicated if additional space is needed.

| (a) Type of grant or assistance | (b) Number of recipients | (c) Amount of cash grant | (d) Amount of noncash assistance | (e) Method of valuation (book, FMV, appraisal, other) | (f) Description of noncash assistance |
|---|---|---|---|---|---|
| **1** | | | | | |
| **2** | | | | | |
| **3** | | | | | |
| **4** | | | | | |
| **5** | | | | | |
| **6** | | | | | |
| **7** | | | | | |

**Part IV**  **Supplemental Information.** Provide the information required in Part I, line 2; Part III, column (b); and any other additional information.

............................................................................................................................................................................................................

............................................................................................................................................................................................................

............................................................................................................................................................................................................

............................................................................................................................................................................................................

............................................................................................................................................................................................................

............................................................................................................................................................................................................

............................................................................................................................................................................................................

............................................................................................................................................................................................................

............................................................................................................................................................................................................

............................................................................................................................................................................................................

............................................................................................................................................................................................................

Schedule I (Form 990) (2020)

| SCHEDULE O | Supplemental Information to Form 990 or 990-EZ | OMB No. 1545-0047 |
|---|---|---|
| (Form 990 or 990-EZ) | Complete to provide information for responses to specific questions on Form 990 or 990-EZ or to provide any additional information. | 2020 |
| Department of the Treasury Internal Revenue Service | u Attach to Form 990 or 990-EZ. u Go to www.irs.gov/Form990 for the latest information. | Open to Public Inspection |

| Name of the organization | Employer identification number |
|---|---|
| DEFENDING THE REPUBLIC, INC | 85-3930804 |

**FORM 990 - ORGANIZATION'S MISSION**

DEFENDING THE REPUBLIC, INC. (DTR) SEEKS TO EDUCATE THE PUBLIC ON WHAT IT MEANS TO BE A REPUBLIC AND TO TAKE ACTIONS IN COURTS ACROSS THE COUNTRY TO PROTECT ELECTION INTEGRITY AND THE INDIVIDUAL FREEDOMS ENSHRINED IN OUR CONSTITUTION.

**FORM 990, PART VI, LINE 5 - MATERIAL DIVERSION OF ASSETS**

DURING THE ORGANIZATIONS FIRST FISCAL YEAR, IT WAS DISCOVERED THAT AN INDEPENDENT CONTRACTOR HAD CONVERTED FUNDS FROM CONTRIBUTIONS DESIGNATED FOR THE ORGANIZATION. UPON DISCOVERY, THE INDEPENDENT CONTRACTOR WAS IMMEDIATELY TERMINATED AND AN INVESTIGATION ENSUED TO DETERMINE THE AMOUNT OF THE SHORTAGE WHICH CAME TO $522,546. THE GOVERNING BOARD NOT ONLY ISSUED A 1099 TO THE INDEPENDENT CONTRACTOR, BUT ALSO AUTHORIZED LEGAL ACTION TO PRESS CHARGES AND RECOVER ALL CONVERTED FUNDS. THE BOARD IS CONFIDENT THIS ACTION WILL RESULT IN THE REPAYMENT OF ALL THE CONVERTED FUNDS.

**FORM 990, PART VI, LINE 11B - ORGANIZATION'S PROCESS TO REVIEW FORM 990**

THE ORGANIZATION'S POLICY IS FOR THE CFO TO INITIALLY REVIEW FORM 990 AND UPON APPROVAL FORM 990 IS  CIRCULATED TO THE DIRECTORS FOR APPROVAL.

**FORM 990, PART VI, LINE 15A - COMPENSATION PROCESS FOR TOP OFFICIAL**

THE BOARD HAS NOT ADOPTED  A COMPENSATION POLICY AS ALL BOARD MEMEBER CONTRIBUTE TIME AND SERVCIES WITHOUT REMUNERATION.

**FORM 990, PART VI, LINE 15B - COMPENSATION PROCESS FOR OFFICERS**

| Name of the organization | Employer identification number |
|---|---|
| DEFENDING THE REPUBLIC, INC | 85-3930804 |

KEY EMPLOYEES ARE REVIEWED ANNUALLY AND COMPENSATED AT FAIR MARKET RATES

FOR THE POSITION COVERED. THE BOARD APPROVES ALL COMPENSATION AND SIGNS A

NOTICE OF EMPLOYMENT WITH THE EMPLOYEE THAT DESCRIBES ALL DUTIES,

OBLIGATIONS, AUTHORITY AND OTHER DESCRIPTORS FOR THE RELATED POSITION.


FORM 990, PART VI, LINE 19 - GOVERNING DOCUMENTS DISCLOSURE EXPLANATION

GOVERNING DOCUMENTS ARE MADE AVAILABLE FOR PUBLIC INSPECTION UPON REQUEST

FREE OF CHARGE.

A COPY OF THE ORIGINAL ARTICLES AND BYLAWS IS ON FILE WITH THE TEXAS

SECRETARY OF STATE.


FORM 990, PART IX, LINE 11G - OTHER FEES FOR SERVICES

DESCRIPTION

| | TOT/PROG SERVICE | MGT & GENERAL | FUNDRAISING |
|---|---|---|---|
| LITIGATION SUPPORT -CONTR.SVC | | | |
| | $    792,412 | $   1,007,359 | $      87,160 |
| EDUCATION-CONTRACT SVCS | | | |
| | $    133,044 | $            0 | $           0 |
| ADVOCACY -CONTRACT SVCS | | | |
| | $     20,849 | $            0 | $           0 |
| TOTAL | | | |
| | $    946,305 | $   1,007,359 | $      87,160 |

**SCHEDULE R**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

# Related Organizations and Unrelated Partnerships

ᴜ **Complete if the organization answered "Yes" on Form 990, Part IV, line 33, 34, 35b, 36, or 37.**
ᴜ **Attach to Form 990.**
ᴜ **Go to** *www.irs.gov/Form990* **for instructions and the latest information.**

OMB No. 1545-0047

## 2020

**Open to Public Inspection**

Name of the organization

**DEFENDING THE REPUBLIC, INC**

Employer identification number

**85-3930804**

| Part I | **Identification of Disregarded Entities.** Complete if the organization answered "Yes" on Form 990, Part IV, line 33. |
|---|---|

| (a)<br>Name, address, and EIN (if applicable) of disregarded entity | (b)<br>Primary activity | (c)<br>Legal domicile (state or foreign country) | (d)<br>Total income | (e)<br>End-of-year assets | (f)<br>Direct controlling entity |
|---|---|---|---|---|---|
| (1) | | | | | |
| (2) | | | | | |
| (3) | | | | | |
| (4) | | | | | |
| (5) | | | | | |

| Part II | **Identification of Related Tax-Exempt Organizations.** Complete if the organization answered "Yes" on Form 990, Part IV, line 34, because it had one or more related tax-exempt organizations during the tax year. |
|---|---|

| (a)<br>Name, address, and E N of related organization | (b)<br>Primary activity | (c)<br>Legal domicile (state or foreign country) | (d)<br>Exempt Code section | (e)<br>Public charity status (if section 501(c)(3)) | (f)<br>Direct controlling entity | (g)<br>Section 512(b)(13) controlled entity? | |
|---|---|---|---|---|---|---|---|
| | | | | | | Yes | No |
| (1) | | | | | | | |
| (2) | | | | | | | |
| (3) | | | | | | | |
| (4) | | | | | | | |
| (5) | | | | | | | |

**Part III** **Identification of Related Organizations Taxable as a Partnership.** Complete if the organization answered "Yes" on Form 990, Part IV, line 34, because it had one or more related organizations treated as a partnership during the tax year.

| (a)<br>Name, address, and E N of related organization | (b)<br>Primary activity | (c)<br>Legal domicile (state or foreign country) | (d)<br>Direct controlling entity | (e)<br>Predominant income (related, unrelated, excluded from tax under sections 512-514) | (f)<br>Share of total income | (g)<br>Share of end-of-year assets | (h)<br>Dispro-portionate alloc.? | | (i)<br>Code V—UBI amount in box 20 of Schedule K-1 (Form 1065) | (j)<br>General or managing partner? | | (k)<br>Percentage ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Yes | No | | Yes | No | |
| (1) | | | | | | | | | | | | |
| (2) | | | | | | | | | | | | |
| (3) | | | | | | | | | | | | |
| (4) | | | | | | | | | | | | |

**Part IV** **Identification of Related Organizations Taxable as a Corporation or Trust.** Complete if the organization answered "Yes" on Form 990, Part IV, line 34, because it had one or more related organizations treated as a corporation or trust during the tax year.

| (a)<br>Name, address, and E N of related organization | (b)<br>Primary activity | (c)<br>Legal domicile (state or foreign country) | (d)<br>Direct controlling entity | (e)<br>Type of entity (C corp, S corp, or trust) | (f)<br>Share of total income | (g)<br>Share of end-of-year assets | (h)<br>Percentage ownership | (i)<br>Section 512(b)(13) controlled entity? | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Yes | No |
| (1) DEFENDING THE REPUBLIC, INC.<br>10130 NORTHLAKE BLVD 214-342<br>WEST PALM BEACH     FL 33412<br>86-2270134 | PAC | FL | N/A | C | N/A | N/A | N/A | | X |
| (2) 524 OLD TOWNE  LLC<br>2911 TURTLE CREEK  BLVD, STE 300<br>DALLAS             TX 75219 | LANDLORD | TX | N/A | C | N/A | N/A | N/A | | X |
| (3) | | | | | | | | | |
| (4) | | | | | | | | | |

Schedule R (Form 990) 2020    DEFENDING THE REPUBLIC, INC    85-3930804    Page **3**

| **Part V** | **Transactions With Related Organizations.** Complete if the organization answered "Yes" on Form 990, Part IV, line 34, 35b, or 36. |
|---|---|

| | | Yes | No |
|---|---|:---:|:---:|
| **Note:** Complete line 1 if any entity is listed in Parts II, III, or IV of this schedule. | | | |
| **1** During the tax year, did the organization engage in any of the following transactions with one or more related organizations listed in Parts II–IV? | | | |
| **a** Receipt of **(i)** interest, **(ii)** annuities, **(iii)** royalties, or **(iv)** rent from a controlled entity | **1a** | | X |
| **b** Gift, grant, or capital contribution to related organization(s) | **1b** | X | |
| **c** Gift, grant, or capital contribution from related organization(s) | **1c** | | X |
| **d** Loans or loan guarantees to or for related organization(s) | **1d** | | X |
| **e** Loans or loan guarantees by related organization(s) | **1e** | | X |
| | | | |
| **f** Dividends from related organization(s) | **1f** | | X |
| **g** Sale of assets to related organization(s) | **1g** | | X |
| **h** Purchase of assets from related organization(s) | **1h** | | X |
| **i** Exchange of assets with related organization(s) | **1i** | | X |
| **j** Lease of facilities, equipment, or other assets to related organization(s) | **1j** | | X |
| | | | |
| **k** Lease of facilities, equipment, or other assets from related organization(s) | **1k** | X | |
| **l** Performance of services or membership or fundraising solicitations for related organization(s) | **1l** | | X |
| **m** Performance of services or membership or fundraising solicitations by related organization(s) | **1m** | | X |
| **n** Sharing of facilities, equipment, mailing lists, or other assets with related organization(s) | **1n** | | X |
| **o** Sharing of paid employees with related organization(s) | **1o** | | X |
| | | | |
| **p** Reimbursement paid to related organization(s) for expenses | **1p** | | X |
| **q** Reimbursement paid by related organization(s) for expenses | **1q** | | X |
| | | | |
| **r** Other transfer of cash or property to related organization(s) | **1r** | | X |
| **s** Other transfer of cash or property from related organization(s) | **1s** | | X |

**2**   If the answer to any of the above is "Yes," see the instructions for information on who must complete this line, including covered relationships and transaction thresholds.

| | **(a)**<br>Name of related organization | **(b)**<br>Transaction type (a–s) | **(c)**<br>Amount involved | **(d)**<br>Method of determining amount involved |
|---|---|:---:|---:|---|
| **(1)** | 524 OLDE TOWNE LLC | K | 80,000 | LEASE  CONTRACT-FMV |
| **(2)** | DEFENDING THE REPUBLIC PAC | B | 25,000 | GRANT- CASH |
| **(3)** | | | | |
| **(4)** | | | | |
| **(5)** | | | | |
| **(6)** | | | | |

Schedule R (Form 990) 2020

Schedule R (Form 990) 2020   **DEFENDING THE REPUBLIC, INC**     85-3930804                                                                 Page **4**

**Part VI**   **Unrelated Organizations Taxable as a Partnership.** Complete if the organization answered "Yes" on Form 990, Part IV, line 37.

Provide the following information for each entity taxed as a partnership through which the organization conducted more than five percent of its activities (measured by total assets or gross revenue) that was not a related organization. See instructions regarding exclusion for certain investment partnerships.

| (a)<br>Name, address, and E N of entity | (b)<br>Primary activity | (c)<br>Legal domicile (state or foreign country) | (d)<br>Predominant income (related, unrelated, excluded from tax under sections 512-514) | (e)<br>Are all partners section 501(c)(3) organizations? | | (f)<br>Share of total income | (g)<br>Share of end-of-year assets | (h)<br>Disproportionate allocations? | | (i)<br>Code V—UBI amount in box 20 of Schedule K-1 (Form 1065) | (j)<br>General or managing partner? | | (k)<br>Percentage ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Yes | No | | | Yes | No | | Yes | No | |
| **(1)** | | | | | | | | | | | | | |
| **(2)** | | | | | | | | | | | | | |
| **(3)** | | | | | | | | | | | | | |
| **(4)** | | | | | | | | | | | | | |
| **(5)** | | | | | | | | | | | | | |
| **(6)** | | | | | | | | | | | | | |
| **(7)** | | | | | | | | | | | | | |
| **(8)** | | | | | | | | | | | | | |
| **(9)** | | | | | | | | | | | | | |
| **(10)** | | | | | | | | | | | | | |
| **(11)** | | | | | | | | | | | | | |

**Schedule R (Form 990) 2020**

DAA

49902 08/16/2022 4:24 PM

Schedule R (Form 990) 2020  **DEFENDING THE REPUBLIC, INC**                **85-3930804**                                Page **5**

| Part VII | **Supplemental Information.** |
|----------|-------------------------------|

Provide additional information for responses to questions on Schedule R. See instructions.

Form **4562**

Department of the Treasury
Internal Revenue Service    (99)

**Depreciation and Amortization**
(Including Information on Listed Property)
➔ Attach to your tax return.
➔ Go to *www.irs.gov/Form4562* for instructions and the latest information.

OMB No. 1545-0172

**2020**

Attachment
Sequence No.    **179**

Name(s) shown on return
**DEFENDING THE REPUBLIC, INC**

Identifying number
**85-3930804**

Business or activity to which this form relates
**INDIRECT DEPRECIATION**

| | | | |
|---|---|---|---|
| **Part I** | **Election To Expense Certain Property Under Section 179** | | |

**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | **1,040,000** |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** | **2,590,000** |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | **(a)** Description of property | **(b)** Cost (business use only) | **(c)** Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2019 Form 4562 | | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | | **12** | |
| 13 | Carryover of disallowed deduction to 2021. Add lines 9 and 10, less line 12 ▶ | **13** | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

| | | |
|---|---|---|
| **Part II** | **Special Depreciation Allowance and Other Depreciation (Don't** include listed property. See instructions.**)** | |

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | **14** | |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | **11,703** |

| | | |
|---|---|---|
| **Part III** | **MACRS Depreciation (Don't** include listed property. See instructions.**)** | |

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2020 | **17** | **0** |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ... ➔ ☐ | | |

**Section B—Assets Placed in Service During 2020 Tax Year Using the General Depreciation System**

| | **(a)** Classification of property | **(b)** Month and year placed in service | **(c)** Basis for depreciation (business/investment use only—see instructions) | **(d)** Recovery period | **(e)** Convention | **(f)** Method | **(g)** Depreciation deduction |
|---|---|---|---|---|---|---|---|
| 19a | 3-year property | | | | | | |
| b | 5-year property | | | | | | |
| c | 7-year property | | | | | | |
| d | 10-year property | | | | | | |
| e | 15-year property | | | | | | |
| f | 20-year property | | | | | | |
| g | 25-year property | | | 25 yrs. | | S/L | |
| h | Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | | 27.5 yrs. | MM | S/L | |
| i | Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2020 Tax Year Using the Alternative Depreciation System**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 20a | Class life | | | | | S/L | |
| b | 12-year | | | 12 yrs. | | S/L | |
| c | 30-year | | | 30 yrs. | MM | S/L | |
| d | 40-year | | | 40 yrs. | MM | S/L | |

| | | |
|---|---|---|
| **Part IV** | **Summary** (See instructions.) | |

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | **22** | **11,703** |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

For Paperwork Reduction Act Notice, see separate instructions.

DAA

Form **4562** (2020)

THERE ARE NO AMOUNTS FOR PAGE 2

Case 3:23-cv-00276-E   Document 8   Filed 03/15/23   Page 73 of 177   PageID 109

# Federal Asset Report
## Form 990, Page 1

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Other Depreciation:** | | | | | | | | | | | | |
| 1 | COPIER | 12/31/20 | 4,750 | | | | 4,750 | 5 | MO | S/L | 713 | 870 |
| 2 | 4 Windsor Trad Vaneer Desks | 4/28/21 | 6,610 | | | | 6,610 | 7 | MO | S/L | 0 | 551 |
| 3 | 4 Hi Back Executive Chairs | 4/28/21 | 2,349 | | | | 2,349 | 7 | MO | S/L | 0 | 196 |
| 4 | Trad Vaneer Conference Table | 4/28/21 | 2,013 | | | | 2,013 | 7 | MO | S/L | 0 | 168 |
| 5 | 8 Leather conf chairs | 4/08/21 | 6,606 | | | | 6,606 | 7 | MO | S/L | 0 | 629 |
| 6 | 2 Trad Veneer Lat files | 4/28/21 | 2,224 | | | | 2,224 | 7 | MO | S/L | 0 | 185 |
| 7 | 2 Mesh back leather seats | 4/28/21 | 2,203 | | | | 2,203 | 7 | MO | S/L | 0 | 184 |
| 8 | Cabinets | 7/09/21 | 7,655 | | | | 7,655 | 3 | MO | S/L | 0 | 1,063 |
| 9 | 2 drawer lateral file (Abby) | 5/13/21 | 1,224 | | | | 1,224 | 7 | MO | S/L | 0 | 102 |
| 10 | Desk Chair (Abby) | 5/13/21 | 1,202 | | | | 1,202 | 7 | MO | S/L | 0 | 100 |
| 11 | Desk (Abby) | 5/13/21 | 1,754 | | | | 1,754 | 7 | MO | S/L | 0 | 146 |
| 12 | GE Regrigerator | 8/04/21 | 2,937 | | | | 2,937 | 5 | MO | S/L | 0 | 196 |
| 13 | Microwave | 7/30/21 | 634 | | | | 634 | 3 | MO | S/L | 0 | 70 |
| 14 | Dishwasher | 7/30/21 | 846 | | | | 846 | 3 | MO | S/L | 0 | 94 |
| 15 | Range | 7/30/21 | 1,951 | | | | 1,951 | 3 | MO | S/L | 0 | 217 |
| 16 | 3 5 drawer lateral files cab | 9/07/21 | 985 | | | | 985 | 7 | MO | S/L | 0 | 35 |
| 17 | SAMSUNG GALAXY Z FOLD PHONE | 6/23/21 | 1,782 | | | | 1,782 | 3 | MO | S/L | 0 | 248 |
| 18 | I PHONE 12 PRO | 6/17/21 | 1,456 | | | | 1,456 | 3 | MO | S/L | 0 | 202 |
| 19 | CERTIFIED MAC (mb) | 6/16/21 | 1,749 | | | | 1,749 | 3 | MO | S/L | 0 | 243 |
| 20 | TELEPHONE SYSTEM | 6/01/21 | 8,065 | | | | 8,065 | 5 | MO | S/L | 0 | 807 |
| 21 | 5 HP color laser jet printers | 5/13/21 | 3,333 | | | | 3,333 | 7 | MO | S/L | 0 | 648 |
| 22 | Conference table | 5/27/21 | 1,100 | | | | 1,100 | 7 | MO | S/L | 0 | 79 |
| 23 | 65" TV VIZIO 4K | 5/12/21 | 793 | | | | 793 | 3 | MO | S/L | 0 | 154 |
| 24 | Lenova Mini 5 desktop | 6/28/21 | 614 | | | | 614 | 3 | MO | S/L | 0 | 85 |
| 25 | 8 glass table tops installed | 6/29/21 | 2,000 | | | | 2,000 | 7 | MO | S/L | 0 | 119 |
| 26 | PAVEMENT WASHINGTON ST | 5/06/21 | 4,900 | | | | 4,900 | 3 | MO | S/L | 0 | 953 |
| 27 | Refurbishing rental property | 11/11/21 | 120,909 | | | | 120,909 | 3 | MO | S/L | 0 | 3,359 |
| | **Total Other Depreciation** | | 192,644 | | | | 192,644 | | | | 713 | 11,703 |
| | **Total ACRS and Other Depreciation** | | 192,644 | | | | 192,644 | | | | 713 | 11,703 |
| | **Grand Totals** | | 192,644 | | | | 192,644 | | | | 713 | 11,703 |
| | **Less: Dispositions and Transfers** | | 0 | | | | 0 | | | | 0 | 0 |
| | **Less: Start-up/Org Expense** | | 0 | | | | 0 | | | | 0 | 0 |
| | **Net Grand Totals** | | 192,644 | | | | 192,644 | | | | 713 | 11,703 |

49902  DEFENDING THE REPUBLIC, INC.                                                08/16/2022  4:24 PM
85-3930804

# Depreciation  Adjustment  Report
## All Business Activities

FYE: 11/30/2021

| Form | Unit | Asset | Description | Tax | AMT | AMT Adjustments/ Preferences |
|------|------|-------|-------------|-----|-----|------------------------------|

**There are no assets that meet the criteria of this report**

Case 3:23-cv-00276-L   Document 8   Filed 03/15/23   Page 75 of 177   PageID 111

08/16/2022  4:24 PM

# Future Depreciation Report   FYE: 11/30/22
## Form 990, Page 1

| Asset | Description | Date In Service | Cost | Tax | AMT |
|---|---|---|---|---|---|
| **Other Depreciation:** | | | | | |
| 1 | COPIER | 12/31/20 | 4,750 | 950 | 0 |
| 2 | 4 Windsor Trad Vaneer Desks | 4/28/21 | 6,610 | 944 | 0 |
| 3 | 4 Hi Back Executive Chairs | 4/28/21 | 2,349 | 335 | 0 |
| 4 | Trad Vaneer Conference Table | 4/28/21 | 2,013 | 287 | 0 |
| 5 | 8 Leather conf chairs | 4/08/21 | 6,606 | 944 | 0 |
| 6 | 2 Trad Veneer Lat files | 4/28/21 | 2,224 | 318 | 0 |
| 7 | 2 Mesh back leather seats | 4/28/21 | 2,203 | 314 | 0 |
| 8 | Cabinets | 7/09/21 | 7,655 | 2,552 | 0 |
| 9 | 2 drawer lateral file (Abby) | 5/13/21 | 1,224 | 175 | 0 |
| 10 | Desk Chair (Abby) | 5/13/21 | 1,202 | 172 | 0 |
| 11 | Desk (Abby) | 5/13/21 | 1,754 | 251 | 0 |
| 12 | GE Regrigerator | 8/04/21 | 2,937 | 587 | 0 |
| 13 | Microwave | 7/30/21 | 634 | 212 | 0 |
| 14 | Dishwasher | 7/30/21 | 846 | 282 | 0 |
| 15 | Range | 7/30/21 | 1,951 | 650 | 0 |
| 16 | 3 5 drawer lateral files cab | 9/07/21 | 985 | 141 | 0 |
| 17 | SAMSUNG GALAXY Z FOLD PHONE | 6/23/21 | 1,782 | 594 | 0 |
| 18 | I PHONE 12 PRO | 6/17/21 | 1,456 | 486 | 0 |
| 19 | CERTIFIED MAC (mb) | 6/16/21 | 1,749 | 583 | 0 |
| 20 | TELEPHONE SYSTEM | 6/01/21 | 8,065 | 1,613 | 0 |
| 21 | 5 HP color laser jet printers | 5/13/21 | 3,333 | 1,111 | 0 |
| 22 | Conference table | 5/27/21 | 1,100 | 157 | 0 |
| 23 | 65" TV VIZIO 4K | 5/12/21 | 793 | 264 | 0 |
| 24 | Lenova Mini 5 desktop | 6/28/21 | 614 | 205 | 0 |
| 25 | 8 glass table tops installed | 6/29/21 | 2,000 | 286 | 0 |
| 26 | PAVEMENT WASHINGTON ST | 5/06/21 | 4,900 | 1,633 | 0 |
| 27 | Refurbishing rental property | 11/11/21 | 120,909 | 40,302 | 0 |
| | **Total Other Depreciation** | | 192,644 | 56,348 | 0 |
| | **Total ACRS and Other Depreciation** | | 192,644 | 56,348 | 0 |
| | **Grand Totals** | | 192,644 | 56,348 | 0 |

Case 3:23-cv-00276-L   Document 8   Filed 03/15/23   Page 76 of 177   PageID 112

8/16/2022  4:24 PM

# Federal Statements

### Taxable Interest on Investments

| Description | Amount | Unrelated Business | Exclusion Code | Postal Code | Acquired after 6/30/75 | US Obs ($ or %) |
|---|---|---|---|---|---|---|
| INTEREST INCOME | $ 879 | | 14 | | | |
| TOTAL | $ 879 | | | | | |

# Federal  Statements

### Form 990, Part IX, Line 11g - Other Fees for Service (Non-employee)

| Description | Total Expenses | Program Service | Management & General | Fund Raising |
|---|---|---|---|---|
| LITIGATION SUPPORT -CONTR.SVC | $ 1,886,931 | $ 792,412 | $ 1,007,359 | $ 87,160 |
| EDUCATION-CONTRACT SVCS | 133,044 | 133,044 | | |
| ADVOCACY -CONTRACT SVCS | 20,849 | 20,849 | | |
| TOTAL | $ 2,040,824 | $ 946,305 | $ 1,007,359 | $ 87,160 |

### Form 990, Part IX, Line 24e - All Other Expenses

| Description | Total Expenses | Program Service | Management & General | Fund Raising |
|---|---|---|---|---|
| SMALL EQUIPMENT | $ 13,044 | $ | $ 13,044 | $ |
| MERBERSHIP AND DUES | 895 | | 895 | |
| TOTAL | $ 13,939 | $ 0 | $ 13,939 | $ 0 |

# Exhibit 11



**document 1 of 1**
**Full Text** | Blog, Podcast, or Website

## Sidney Powell's nonprofit raised $16 million as she spread election falsehoods

Swaine, Jon; Brown, Emma. *The Washington Post (Online)*, Washington, D.C.: WP Company LLC d/b/a The
Washington Post. Oct 14, 2022.

# The Washington Post

---

## ⊟ Abstract

None available.

## Full Text

A nonprofit group run by pro-Trump lawyer Sidney Powell raised $16.4 million in the year following the 2020
election and spent less than half that money, according to the group's tax filings.

Defending the Republic, whose mission is to use the courts to "protect election integrity" and individual freedoms,
reported that it spent about $8 million in the 12-month period ending Nov. 30, 2021. That sum included more than
$3.8 million for legal services and another $2 million for "other" services, including litigation support. It said those
services were provided by "nonemployees" it did not name.

The tax filings identify Powell as the president and treasurer of Defending the Republic and say she and the only
other individuals named — two other directors and the chief financial officer — worked for no pay. However, the
organization was only required to report on individuals' compensation from Dec. 1, 2020 — the date it was founded
— through Dec. 31, 2020. The filings were obtained by The Washington Post.

The new documents show that spreading election falsehoods is "incredibly lucrative," said Brendan Fischer, deputy
executive director of the watchdog organization Documented, which scrutinizes the activities of nonprofits and
corporations and also obtained the tax filings. But the filings, the organization's Form 990 and related attachments
submitted to the Internal Revenue Service, reveal "almost nothing about where the nonprofit's millions in reported
legal expenses are flowing," he said.

In an email responding to detailed questions from The Post, Powell wrote: "Defending The Republic Inc. has
independent accountants, legal counsel, and auditors. If there are errors or omissions in the 990, it will be
corrected as soon as possible."

Some of the money is going to a company that listed Powell as its manager and organizer when it was incorporated
last year.

The company, 524 Old Towne, paid $1.2 million in April of last year for a property in the historic Old Town
neighborhood of Alexandria, Va. The sellers of the former antique shop have said they understood that Powell was
the buyer and that she intended to establish a law office there. The tax filings show that Defending the Republic
paid 524 Old Towne $80,000 in rent.

App076

Case 3:23-cv-00276-L    Document 8    Filed 03/15/23    Page 80 of 177    PageID 116

Previously, Defending The Republic had reported to Florida regulators that it raised $14.9 million during the first eight months after its founding, though that disclosure was far less detailed. The organization has focused much of its spending on "challenging issues and instances of government overreach and abuse of individual rights" and litigating "cases of constitutional infringement," according to the new filings.

Powell first gained celebrity among Trump fans for defending former national security adviser Michael T. Flynn against charges that he lied to the FBI. Later, beginning in December 2020, Flynn and his brother Joseph were listed as directors of Defending the Republic, Texas business filings show.

Patrick Byrne, the former chief executive of Overstock and a prominent election denier, joined Defending the Republic as chief executive in 2021. Questions about how much money the organization had taken in, and where the money was going, helped sow division in the organization. In early April, Byrne, the Flynn brothers and several other people quit, The Post previously reported.

In a text message Thursday, Byrne said he was only involved with the nonprofit for 12 business days and emphasized that concern about the organization's financial management was a reason for his and others' departures. Joseph Flynn declined to comment, and Michael Flynn did not respond.

Powell was one of the most visible of a number of attorneys who went to court to challenge Joe Biden's victory. After the legal challenges failed, Powell herself became the subject of legal action on multiple fronts.

Last year, the Justice Department subpoenaed documents related to Defending the Republic and a related political action committee, The Post has previously reported.

A federal judge in Michigan sanctioned Powell, calling one of her election-related lawsuits "a historic and profound abuse of the judicial process." The state bar of Texas has filed a lawsuit against her alleging professional misconduct. She has been subpoenaed to testify before a grand jury in Atlanta investigating efforts by Trump and his allies to overturn the election. And she and Defending the Republic are named as defendants in a defamation lawsuit from Dominion Voting Systems, the company she targeted with conspiracy theories.

Dominion has accused Powell of using Defending the Republic dollars to "fund her own personal legal defense," citing an interview she gave on Dec. 29, 2020, in which she described the organization as a "nonprofit that is working to help me defend all these cases and to defend me now that I'm under massive attack." In an August 2021 deposition for a separate defamation case, one filed by a former Dominion executive, a representative of Defending the Republic was asked whether the organization was paying to defend Powell against either lawsuit. His lawyer instructed him not to answer.

Powell did not respond Thursday to a question from The Post about whether the nonprofit had paid for her personal legal defense.

In the deposition, the representative of the nonprofit said its work was not limited to election-related issues but instead included potential challenges to vaccine and mask mandates. The group filed several lawsuits challenging coronavirus vaccine mandates, including for U.S. military service members and federal contractors, court records show. It has also paid for the defense of some people facing charges related to the Jan. 6, 2021, riot at the U.S. Capitol, according to media reports.

The filings say that some of the money was allegedly misappropriated in what was reported as a "significant diversion." An independent contractor working for the nonprofit "converted funds from contributions," and the nonprofit has "authorized legal action to press charges" to recover the money, more than $520,000, the filings state. No other information was disclosed.

The filings show that Defending the Republic gave a $700,128 cash grant for equipment to Cyber Ninjas, a Florida-based company that Republican senators in Arizona hired to examine voting machines and ballots in Maricopa County. Cyber Ninjas said last year that Defending the Republic had donated $550,000 for the ballot review.

App077

Case 3:23-cv-00276-L    Document 8    Filed 03/15/23    Page 81 of 177    PageID 117

Though election deniers claimed for months that the review would finally reveal evidence of election fraud, it instead reaffirmed Biden's victory in the state.

Copyright WP Company LLC d/b/a The Washington Post Oct 14, 2022

---

| | |
|---|---|
| **Subject** | Vaccines;<br>Presidential elections;<br>Defamation;<br>Professional misconduct;<br>Nonprofit organizations;<br>Government mandates |
| **Business indexing term** | **Subject:**                     Professional misconduct |
| **Location** | Texas; Florida; United States--US |
| **People** | Powell, Sidney |
| **Title** | Sidney Powell's nonprofit raised $16 million as she spread election falsehoods |
| **Author** | Swaine, Jon; Brown, Emma |
| **Publication title** | The Washington Post (Online); Washington, D.C. |
| **Publication year** | 2022 |
| **Publication date** | Oct 14, 2022 |
| **Section** | National |
| **Publisher** | WP Company LLC d/b/a The Washington Post |
| **Place of publication** | Washington, D.C. |
| **Country of publication** | United States, Washington, D.C. |
| **Publication subject** | General Interest Periodicals--United States |
| **ISSN** | 26419599 |
| **Source type** | Blog, Podcast, or Website |
| **Language of publication** | English |
| **Document type** | News |
| **ProQuest document ID** | 2724734279 |
| **Document URL** | https://www.proquest.com/blogs-podcasts-websites/sidney-powell-s-nonprofit-raised-16-million-as/docview/2724734279/se-2?accountid=189667 |
| **Copyright** | Copyright WP Company LLC d/b/a The Washington Post Oct 14, 2022 |
| **Last updated** | 2022-10-16 |
| **Database** | The Washington Post |

Database copyright © 2023 ProQuest LLC. All rights reserved. Terms and Conditions

App078

# Exhibit 12







**POLITICS**

## Trump 'Kraken' lawyer Sidney Powell lands in Washington

The embattled attorney has purchased office space just outside the district.



Attorney Sidney Powell has bought a century-old building in Alexandria's historic Old Town neighborhood, a purchase acquired three months after Powell was hit with a defamation suit by the American division of Dominion Voting Systems. | AP Photo/Ben Margot

By **JOSH GERSTEIN**
08/31/2021 04:30 AM EDT

   

Sidney Powell, the embattled lawyer who launched a flurry of unsuccessful lawsuits last fall advancing President Donald Trump's election fraud claims, has established a beachhead in the Washington area by purchasing a century-old building in Alexandria's historic Old Town neighborhood — in a cash deal.

In April, a Texas-based limited-liability corporation paid $1.2 million to purchase a former antique shop on North Washington Street, land records show. The sellers said their real estate broker told them that Powell was the buyer and that she planned to use the building, on a commercial block, as a law office occupied by 6 or 7 staff.

Advertisement



10,000 REASONS WHY WE'RE PROUD OF OUR PARTNERS

Learn More

© 2023 Starbucks Corporation

"It's sort of been a source of amusement for us more than anything," said Lois Boyles, who ran Studio Antiques and Fine Arts out of the location with husband Richard Totoiu for 28 years, before closing the store in 2019.

"Our lovely Realtor initially told us there is a law firm that's really interested in your building and wants to pay cash and wants to close in two weeks. ... A day

or two later, they said, 'Oh, by the way, it's Sidney Powell,'" Boyles said.



Embattled pro-Trump attorney Sidney Powell acquired this former antique store in the Old Town neighborhood of Alexandria, Va. in April and indicated she planned to use it as a law office, according to the property's former owners. | Josh Gerstein/POLITICO

The purchase came about three months after Powell was hit with a defamation suit by the American division of Dominion Voting Systems, which has accused her of promoting baseless conspiracy theories about the company, including that it helped throw last year's election to President Joe Biden.

And it comes as Powell faces a slew of complaints seeking her disbarment or other professional discipline for the series of suits she filed last fall challenging the election results in battleground states.

Just last week, a federal judge in Detroit ordered Powell and other pro-Trump lawyers to pay the attorneys' fees the State of Michigan and the City of Detroit incurred in an election-related suit and to take a course on election law. Powell and her allies were also referred to state bar authorities for possible further action.

Advertisement

Case 3:23-cv-00276-L    Document 9    Filed 03/15/23    Page 86 of 177    PageID 122



Boyles said the real estate transaction seemed routine to them, but she and Totoiu were a bit apprehensive that Powell's legal woes might scuttle the sale.

"There is nothing scurrilous about it. We just had our fingers crossed that the money would be in our account before the suit from Dominion came through," she said. "From our end, it seems above board."

Lawyers for Powell moved to dismiss the suit against her, but earlier this month a federal judge in Washington refused to toss out the case and parallel suits against Trump lawyer Rudy Giuliani and My Pillow founder Mike Lindell. Powell's attorneys have said she did not defame the company and that many of her claims were supported by sworn affidavits she had no reason to doubt.

Case 3:23-cv-00276-L    Document 8    Filed 03/15/23    Page 87 of 177    PageID 123



In this Nov. 20, 2016 file photo, former New York Mayor Rudy Giuliani arrives at the Trump National Golf Club Bedminster clubhouse in Bedminster, N.J. | Carolyn Kaster/AP Photo

In the aftermath of the 2020 election, Powell became one of the most outspoken leaders of a troupe of lawyers that filed dozens of suits seeking to contest Biden's win, force recounts or get state legislators to declare Trump the winner. Powell, who memorably vowed to "release the Kraken" as she mounted a campaign to expose massive wrongdoing in the election, was briefly identified as an official member of Trump's legal team and attended a Nov. 19, 2020, press conference at Republican National Committee headquarters along with Trump lawyer Rudy Giuliani.

At that marathon event, Powell repeatedly claimed that an "algorithm" had been used to underweight Trump votes and overweight those for Biden, but that an overwhelming number of Trump votes "broke" the formula and required another round of tampering by Trump opponents.

"We are not going to back down. We are going to clean this mess up now," Powell said. "President Trump won by a landslide. We are going to prove it,

App084

and we are going to reclaim the United States of America for the people who vote for freedom."

Advertisement



Boyles said she and her husband "don't stand on the same side of the political fence" as Powell, which has led to some ribbing from people in their circles.

"Our friends and family, when we told them who we sold the building to, there was a short pause and 'Oh …' and then they said they were just kidding," Boyles said.

Powell did not respond to email and phone messages seeking comment for this story.

One close associate of Powell, attorney Jesse Binnall, already works from an Alexandria office, located on King Street five blocks south of Powell's new digs.

Binnall was co-counsel with Powell on the criminal defense of former Trump National Security Adviser Michael Flynn and handled some election-related litigation for the Trump campaign. Binnall now represents Powell's political group Defending the Republic in the defamation suit from Dominion, and former President Donald Trump and his son Donald Trump Jr. in suits stemming from the Capitol riot.

Case 3:23-cv-00276-L     Document 8     Filed 03/15/23     Page 89 of 177     PageID 125



Donald Trump Jr., son of President Donald Trump, speaks on stage during the Conservative Political Action Conference 2020 (CPAC) hosted by the American Conservative Union on Feb. 28, 2020, in National Harbor, Md. | Samuel Corum/Getty Images

On Monday, the brick building Powell purchased appeared to be undergoing some renovation work, with a painter's ladder visible through one of the doors. There's no sign posted indicating any tie to Powell or her organizations. Three rocking chairs positioned behind the beige-painted columns on the front porch convey more of a homey feel than that of a law office.

"Historic charm is evident in the details of crown and chair rail moldings, original fireplace, beautiful woodwork, and newly refinished original hardwood floors," according to the listing for the property, built in 1910 as a single-family home and later converted to offices.

One evident addition since the property was transferred in April: security cameras that were not visible in photos of the building posted on real estate sites when the location was on the market.

Powell's new D.C.-area outpost is nestled between a hair salon and another small-scale office building. She is now the next-door neighbor of sorts to

Advertisement



"It's news to me," Corallo said when a POLITICO reporter informed him of the development.

Alexandria land records show that in April, a firm called 524 Old Towne LLC paid $1.2 million to purchase the former antique shop. City records tie the firm to a UPS Store in West Palm Beach, Fla., that has also been used by Powell's Defending the Republic group. Virginia corporate records show the firm registered to the same Dallas address Powell uses on her court filings — an address that corresponds to a coworking space.

Texas corporate records show 524 Old Towne LLC was set up about a week before the sale closed in April.

Totoiu said he and Boyles did get some of Powell's financial information to make sure the offer was legitimate, but never encountered Powell face-to-face during the negotiations. "Everything was on paper. We never actually met her," he said.

Powell was working from the building within a few weeks after the sale closed, Boyles said.

"She did have her office set up," the former owner said.

**FILED UNDER:** RUDY GIULIANI, DONALD TRUMP, DONALD TRUMP 2020, MICHAEL FLYNN, DONALD TRUMP JR., 2020 PRESIDENTIAL CANDIDATES, 2020 ELECTIONS, MARK CORALLO, MIKE LINDELL,

# Huddle

A play-by-play preview of the day's congressional news



**EMAIL**

Your Email

**INDUSTRY**

Select Industry ▾

**SIGN UP**

By signing up you agree to allow POLITICO to collect your user information and use it to better recommend content to you, send you email newsletters or updates from POLITICO, and share insights based on aggregated user information. You further agree to our **privacy policy** and **terms of service.** You can unsubscribe at any time and can **contact us here.** This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

SPONSORED CONTENT                                              Recommended by ᐅutbrain ▷



**[Gallery] The Most Inappropriate Dress on The Met**

HeraldWeekly



**Which home security system do experts**

Vivint Home Security



**20 Times Kid Drawings Revealed Too**

YourBump



**Brain Surgeon - Do This to Relieve Tinnitus and**

journalofmedicalnews.com



**Volvo Offers Major Incentives For Leftover 2022**

Volvo Deals | Search Ads

About Us

Advertising

Breaking News Alerts

Careers

Credit Card Payments

Digital Edition

FAQ

Feedback

Headlines

App088

Photos

POWERJobs

Press

Print Subscriptions

Request A Correction

Write For Us

RSS

Site Map

Terms of Service

Privacy Policy

Do not sell my info

Notice to California Residents

_____

© 2023 POLITICO LLC

# Exhibit 13



City of Alexandria, VA
Office of Real Estate Assessments
301 King Street, Room 2600, Alexandria, VA
Phone: 703.746.4646

 **Translate**

# Detailed Property Description

## 524 N WASHINGTON ST, ALEXANDRIA, VA



**Account Number:**  11688500          **Map-Block-Lot Number:**  064.02-03-10
**Primary Property Class:**  GENERAL COMMERCIAL (400)          **Study Group:**  0293

# General Information & Description

**Owner Name:**
524 OLD TOWNE LLC

**Census Tract:**                                          **Mailing Address:**
2018.02                                                    10130 NORTHLAKE BLVD APT 214-333
                                                           WEST PALM BEACH FL 33412-1101

**Legal Description:**                                     **Census Block:**
LOTS 5 AND 6 SQUARE WASHINGTON PENDLETON COLUMBUS
AND ORONOCO



# Assessment Information

## Property owners may **request an assessment review** no later than March 15, 2023.

**Tax Status:**    TAXABLE

| Assessment Date | Land Value | Building Value | Total Value |
|---|---|---|---|
| 01/2023 | $883,414 | $299,610 | $1,183,024 |
| 01/2022 | $841,347 | $285,343 | $1,126,690 |
| 01/2021 | $841,347 | $271,755 | $1,113,102 |
| 01/2020 | $841,347 | $357,000 | $1,198,347 |
| 01/2019 | $824,850 | $350,000 | $1,174,850 |
| 01/2018 | $824,850 | $350,000 | $1,174,850 |

| | | | |
|---|---|---|---|
| 01/2017 | $824,850 | $350,000 | $1,174,850 |
| 01/2016 | $819,481 | $411,242 | $1,230,723 |
| 01/2015 | $744,983 | $456,935 | $1,201,918 |
| 01/2014 | $647,811 | $480,984 | $1,128,795 |
| 01/2013 | $518,249 | $534,427 | $1,052,676 |
| 01/2012 | $518,249 | $534,427 | $1,052,676 |
| 01/2011 | $518,249 | $534,427 | $1,052,676 |
| 01/2010 | $518,249 | $508,752 | $1,027,001 |
| 01/2009 | $518,249 | $610,324 | $1,128,573 |
| 01/2008 | $518,249 | $627,510 | $1,145,759 |
| 01/2007 | $471,135 | $580,020 | $1,051,155 |
| 01/2006 | $448,700 | $552,400 | $1,001,100 |
| 01/2005 | $373,900 | $437,500 | $811,400 |
| 01/2004 | $311,600 | $394,000 | $705,600 |
| 01/2003 | $241,700 | $229,200 | $470,900 |
| 01/2002 | $219,700 | $189,800 | $409,500 |
| 01/2001 | $219,700 | $189,800 | $409,500 |
| 01/2000 | $219,700 | $170,300 | $390,000 |

# Sales Information

| Sale Date | Sale Price | Grantor | Grantee | Sale Code | Sale Ref. ID |
|---|---|---|---|---|---|
| 04/15/2021 | $1,200,000 | TOTOIU RICHARD M OR, BOYLES LOIS A | 524 OLD TOWNE LLC | A | 210010196 |
| 07/29/1993 | $421,000 | 524 LIMITED PARTNERSHIP | TOTOIU, RICHARD M OR LOIS A BOYLES | A | 1435-411 |
| 10/20/1983 | $225,000 | | 524 LIMITED PARTNERSHIP | A | 11101251 |
| 01/01/1942 | $0 | | | A | 649-274 |

# Land Description

**Lot Size (Sq. Ft.):** 3,666

**Zoning:** OC

## Building Description

**Year Built:** 1910
**Construction Quality:** GOOD
**Building Condition:** AVERAGE

App092

**HVAC:** PACKAGE UNIT

**Building Type:** MIXED RETAIL W/ RES UNITS

**Gross Building Area (Sq. Ft.):** 2,415

**Net Leaseable Area (Sq. Ft.):** 0


There may be additional data for this property; contact Office of Real Estate Assessments for more information.

**NOTE: Building area is above grade and does not include basement area.**


*Date of Query: 1:53 PM on February 28, 2023*

© 1995–2022 City of Alexandria, VA and others

App093

# Exhibit 14

Case 3:23-cv-00276-L    Document 8    Filed 03/15/23    Page 98 of 177    PageID 134

Unrivalled workspace. Great discounts. 25% off. *T&Cs apply ›



# Virtual Offices**.**

Build your presence fast, anywhere in the world. Our virtual offices are available in every major town and city worldwide, so you can represent your business professionally and maximize every opportunity. Choose your new virtual address now and build your own plan with mail forwarding and call answering services available.

📞 **Call us**    (888) 204-4038

**BUY NOW**

# Virtual office options**.**

App095

Our virtual office packages give you the flexibility to choose the services you need. Compare them here, then get in touch with our team to start building your business' presence.

## Business Address

Establish a professional business address for your company in a prime location.

Features:

- ✓ Give your business the professional address it needs in a premier location
- ✓ Use the address on your documents and have mail forwarded there
- ✓ Available at thousands of locations worldwide

**Buy now**

## Virtual Offices

Build an instant presence wherever you need to be, at prime business locations.

Features:

- ✓ Thousands of locations
- ✓ Use of global business lounges
- ✓ Phone answering available

**Buy now**

## Virtual Office Plus

App096

Case 3:23-cv-00276-L    Document 8    Filed 03/15/23    Page 100 of 177    PageID 136

Our most comprehensive package: all our virtual office services plus workspace access.

Features:

✓ A winning combination of virtual office services and workspace access

✓ Includes meeting room use and 5 days office or desk space per month

✓ Plus access to our global business lounge network

**Buy now**

What's included

# Everything you need to get started.

As well as an instant business address, our experienced on-site team can handle your mail too and welcome guests who arrive at the reception. You can also use our app to book workspace or a meeting room, quickly and easily.

Instant professional business address

DragonPass and PPG partnerships for airport lounge access

Community networking and personal growth events

Professional receptionist to greet guests

Exclusive business service discounts from global suppliers

24/7 customer support

Virtual office services

# The services your business needs.

If you want more than a professional business address, our packages mean you can choose the services you need to get to work. Work wherever you want to with complimentary access to our business lounges around the world, or access office, coworking, or meeting room space when you need it. And let us forward your mail and answer your business calls too.

- Daily, weekly, monthly, or ad hoc mail forwarding
- Pay-as-you-use or unlimited calls from your business line
- Choice of regional or national business phone number
- Administrative support
- Professional call answering services
- Office or coworking space when you need it

Global locations

# Choose your address, anywhere in the world.

Find the right location for your business. We have workspaces in every major town and city in the world, enabling you to position your company wherever you need to be. You can also relocate your business address at any time, at no additional cost. Or choose multiple business addresses

 What we do      Get started      Discover Regus      BUY NOW      

Virtual Office regulations vary depending on the country or region. Product might not be available in some territories, limitations and restrictions apply. In some regions, registering a company under a virtual office address is not allowed. Always ask your sales representative about local laws and regulations before purchasing.

# Answers to your virtual office questions.

Our team is ready to answer your questions.

📞  (888) 204-4038

**INQUIRE NOW**

### Is a virtual office a physical space?  ⌃

A virtual office isn't a full-time workspace for your business. With our virtual office packages, you register your business at one of our workspaces and your company benefits from having a prestigious address in a leading location. All our business addresses belong to real workplaces.
If you need a physical space to work, you can choose a virtual office package to access our global network of business lounges and work there whenever you want. With our Virtual Office Plus package, you can work from an office or coworking desk for five days each month.
Alternatively, our office or coworking membership give you access to a private office or coworking desk as often as you need.

### How often will my mail be forwarded?  ⌃

With our mail forwarding service, you can choose to receive your mail daily, weekly, or monthly,

rather than collecting your mail in person.

## Will receptionists answer the phone in my company name? ∧

With our phone answering service, our professional receptionists will answer your calls in your company name. They'll transfer calls to you or take messages on your behalf. If someone drops in to see you unexpectedly, they'll let the visitor know you're elsewhere that day.

## What do I get with office or coworking membership? ∧

If you choose to take either an office or coworking membership, along with your virtual office package, you'll be able to work from any workspace either five or ten days a month – or you can choose unlimited access. You simply book your coworking desk or private office, where and when you need it via our app.

# Setup a virtual office wherever you need.

With our national and local networks, we can help you find the best virtual office for your business.

**BROWSE REGION**

" A virtual office can be used as a registered office address and boasts several advantages for company directors or business owners."



**Regus**
What is a virtual office?

App100

Case 3:23-cv-00276-L     Document 8     Filed 03/15/23     Page 104 of 177     PageID 140

READ THE FULL STORY 

## More stories

← →



**Regus** **Magazine**

Can you register a business to a virtual office?



**Regus** **Magazine**

What are the features of a virtual office?



**Regus** **Magazine**

Virtual Offices – t guide

# More ways to work**.**

## Office Space

Give your team a place to focus, thrive, and grow, while we take care of all the details.

Learn more

## Coworking

Be part of a vibrant coworking community with dedicated desk or hot desking options.

App101

Learn more

## Membership

Access our global network of workspaces and business lounges as often as you need.

Learn more

## Meeting Rooms

Professional rooms for your next training session, interview, or pitch, wherever you need it.

Learn more

\* All prices shown are valid at the time of inquiry, based on 24-month contracts. Prices are subject to change and will vary depending on the specifically selected products and services. Office Space and Coworking prices are per person per month and are dependent on inventory availability. Ts and Cs apply.



App102



> Virtual Offices

## About

About Regus

Careers

IWG Group

COVID-19 Response

## Contact

Email Us

Magazine

Agents

Franchise

Landlord

## Ways to work

Office Space

Coworking

Virtual Office

Membership

Meeting Rooms

## Download the Regus app.

GET IT ON Google Play

Download on the App Store

App103

Case 3:23-cv-00276-L    Document 8    Filed 03/15/23    Page 107 of 177    PageID 143



# Exhibit 15

# Virtual Office Checkout .

1. **ADDRESS**    2. PLAN TYPE    3. AGREEMENT LENGTH    4. YOUR DETAILS    5. PAYMENT DETAILS

## Search for your virtual office location

Enter a city
**Dallas, TX, USA**

SEARCH    CONTINUE

## Select an address in Dallas, TX, USA

30 locations    Pricing information* ⓘ     Map view 🗺



### TX, Dallas - Downtown Republic Center
From **$49 per month**
325 N. St. Paul Street, Suite 3100, Dallas, TX 75201

View location    ◯



### TX, Dallas - Spaces Deep Ellum
From **$109 per month**
2550 Pacific Avenue, Suite 700, Dallas, TX 75226

 SPACES.
Associated partner
View location    ◯





### TX, Dallas - The Crescent
From **$125 per month**
100 Crescent Court, Suite 700, Dallas, TX 75201

View location    ◯



### TX, Dallas - Uptown
From **$125 per month**
3232 McKinney Ave, Dallas, TX 75204

 SPACES.
Associated partner
View location    ◯




App. 106




### TX, Dallas - Turtle Creek (HQ)

From **$109 per month**

2911 Turtle Creek Blvd., Suite 300, Dallas, TX 75219

View location 

### TX, Dallas Downtown - Highland Park ...

From **$109 per month**

4514 Cole Avenue, Suite 600, Dallas, TX 75205

View location 

BEST VALUE




### TX, Dallas - Mockingbird Towers

From **$49 per month**

1341 W. Mockingbird Lane, Suite 600W, Dallas, TX 75247

View location 

### TX, Dallas - Preston Commons Center

From **$99 per month**

8117 Preston Road, Suite 300, Dallas, TX 75225

View location 

1   2   3   4   →

1 – 8 of 30 location(s)

\* Depending upon which country your Virtual Office is located in, your plan may include an activation fee. Your first payment will also include a refundable retainer equal to one month's payment, and any pro-rata amount, should your plan begin partway through the month. For full details, view **how our pricing and billing works.**

CONTINUE

## Why a virtual office.



**Flexible terms**

Plans start from one month and you are free to change location, allowing you to adapt as your business need change.



**Business locations anywhere**

Our virtual office locations are in every major town and city worldwide, so you can represent your business professionally.



**Real business centers**

Our virtual offices are also professional business centers where you can work, meet with clients, and hold interviews.

App107

# Exhibit 16


 Virtual office › Virtual Office Checkout

# Virtual Office Checkout .



MONTHLY COST
## $109 per month

**CONTINUE**

1. ADDRESS    **2. PLAN TYPE**    3. AGREEMENT LENGTH    4. YOUR DETAILS    5. PAYMENT DETAILS

## Choose your virtual office plan



### Business Address

From **$109  per month**

Ideal for those looking to professionalize their business or expand their presence into other cities or countries.

Mail handling

Professional business address

**Learn more**



### Virtual office

From **$235  per month**

Our most popular plan and is ideal for those in need of a business address and professional phone service.

All of Business Address

Live Receptionist Services

Workspace Access

**Learn more**



### Virtual Office Plus

From **$319  per month**

Ideal for those who want regular use of a private office to work, meet clients, or have interviews but are not yet ready for a full-time office or coworking.

All of Virtual Office

Extended Workspace Access

**Learn more**

‹ **BACK TO ADDRESS**

# Why a virtual office.


**Flexible terms**


**Business locations anywhere**


**Real business centers**

App110

Plans start from one month and you are free to change locations, allowing you to adapt as your business need change.

Our virtual office locations are in every major town and city worldwide, so you can represent your business professionally.

Our virtual offices are also professional business centers where you can work, meet with clients, and hold interviews.

© Regus Group Companies

Privacy Policy    Terms and Conditions    Cookie Policy

# Exhibit 17

⌄ Close

# Choose the right plan for your business.



| | Business address | Virtual office | Virtual Office Plus |
|---|---|---|---|
| **Business Address Services** | | | |
| **Professional business address** — A real, prestigious address for your business | ✓ | ✓ | ✓ |
| **Mail handling** — Collect your mail at the center or have it forwarded daily, weekly, or monthly | ✓ | ✓ | ✓ |
| **Live Receptionist Services** | | | |
| **Local telephone number** — Local telephone number to enhance your local presence | | ✓ | ✓ |
| **Live Receptionist** — Someone to answer calls professionally in your company name | | ✓ | ✓ |
| **Workspace Access** | | | |
| **Unlimited Business Lounge access** — Work where and when you need to with access to over 3,300 business lounges | | ✓ | ✓ |
| **Office Use** — 2-day office use at your selected center | | ✓ | |
| **Extended Workspace Access** | | | |
| **Office Use Plus** — 5 days' access to all locations | | | ✓ |




## Virtual Office Plus

**From $319 per month**

Ideal for those who want regular use of a private office to work, meet clients, or have interviews but are not yet ready for a full-time office or coworking.

All of Virtual Office

Extended Workspace Access

**Learn more**

❮ BACK TO ADDRESS

# Why a virtual office.



**Flexible terms**



**Business locations anywhere**



**Real business centers**

App113

# Exhibit 18



## Reserve your virtual office address at
# Turtle Creek

2911 Turtle Creek Boulevard
Suite 300
Dallas, TX 75219

Regus - Texas, Dallas - Turtle Creek
Personal Mailbox # Assigned & Required
Minimum 6 month term applies



2911 Turtle Creek Boulevard

Promo: **$111**/mo

$199 One-time Setup Fee

**Select this Location**

Or call a product expert at 1-877-419-1228

View more offices in Dallas

**Virtual Office Features** | Available Add-ons

○ Local professional business address

⊕ Use of address for business cards, website, etc.

▤ Includes 1 complimentary online notary to complete required US Postal Form 1583

▭ Mail Receipt

✉ Mail forwarding (additional fee)

▤ Lobby greeter to welcome your walk-in clients

▤ Lobby Directory Listing (where available, additional fee)

⋔ Access to network of over 5000 meeting spaces worldwide (pricing may vary by location)

▥ Business support center (additional fee)

⋔ Private day offices – rates vary by location

⋔ Conference rooms – rates vary by location

Promo: **$111**/mo

$199 One-time Setup Fee

| 1-877-419-1228 | Select this Location |

App115

434 Reviews

**Chariti P.**

Great customer service! I really have enjoyed working with Davinci's team and I feel confident I've made the right choice in virtual office spaces.

 

←      1/5      →

 

**A+** Rating

**Chariti P.**

Great customer service! I really have enjoyed working with Davinci's team and I feel confident I've made the right choice in virtual office spaces.



 

**A+** Rating

**Brittney**

My company has been looking to expand in other states and some states require a physical address in order to do business there. Davinci has made it extremely easy to set up a physical address to use!

 

**A+** Rating

**Mayra K.**

Amazing platform for small businesses in New York City. The fast response to every communication is the key for Davinci's success in my opinion. Thanks for a great service to the small business community.

 

**A+** Rating

**Bob**

I just got set up with virtual office services, and it was incredibly fast and easy. I didn't even need to leave my home office to get any of it done

Promo: **$111**/mo

$199 One-time Setup Fee

1-877-419-1228

App116



BBB | A+
Rating

**Ron B.**

They did exactly what I expected. Both the staff at the corporate office and the staff at the virtual office in CA were great to work with. I would use them again.

More reviews →

## Frequently Asked Questions

**Question:**

What is the cost to use the conference room(s) at your Dallas, TX virtual office site?

**Answer:**

We offer over 1500 virtual office locations. The prices vary by location. Please contact Davinci Virtual Customer Care or you can go online to DavinciMeetingRooms.com to check rates at specific meeting & conference facilities.

**Question:**

What are the main features included for Dallas, TX Location Services?

**Answer:**

- Professional business address
- Mail & package receipt, dedicated locking mail box on site in most locations
- Mail forwarding on request (daily, weekly, or monthly) cost of postage additional
- Use of address for business license, business cards, website, etc.
- Local presence & drop off & pick up point for clientele
- Lobby & directory listings available for $25 per month at most locations
- Access to private day offices & conference rooms at hourly rates ($25+)
- Complimentary access to cyber café's with wireless internet, coffee/tea bar, etc. where available

Ask a question →        See more frequently asked questions →

## About this Location

Immerse yourself in the refreshing green surroundings before being welcomed through the impressive lobby of 2911 Turtle Creek Boulevard. Globally connected with Love Field and DFW Airport nearby| benefit from the opportunity to network in an area packed with businesses and professionals.

If you need a change from the onsite coffee bar| visit the Mansion nearby| home to an array of hotels| shops and restaurants. And enjoy the scenic walk back to the office| before utilising our Meeting Rooms.

Schedule a tour →

## Top Virtual Offices in Texas



Promo: **$111**/mo

$199 One-time Setup Fee

1-877-419-1228

App117



Cities nearby:    Addison    Allen    Arlington    Austin    Bee Cave    Bellaire    Brownsville    Bryan    Carrollton    Cedar Hill    Show All (39)

See all of our listings in Texas →

## Start a new search

Find your virtual office        **Search**



2150 South 1300 East
Suite 200
Salt Lake City, UT 84106
United States

Live Chat

Google

Promo: **$111**/mo

$199 One-time Setup Fee

1-877-419-1228

App118

# Exhibit 19



2911 turtle creek blvd ste 300

All    Maps    Images    Shopping    Books    More        Tools

About 212,000 results (0.27 seconds)



## 2911 Turtle Creek Blvd Ste. 300a

Dallas, TX 75219

Most popular places at this address

**Texas Tax Protest**
4.2 ★★★★☆ (366)

**The Wilhite Law Firm**
5.0 ★★★★★ (218)

**Accurate Leak & Line - Turtle Creek, Dallas**
4.9 ★★★★★ (84)

---


Hodges Partners
https://hodgespartners.com › contact-us   ⋮

**Contact Us - Hodges Partners**

**2911 Turtle Creek Boulevard, Suite 300**, Dallas, Texas 75219 | 214.902.7900. Copyright
Hodges Partners - All Rights Reserved. Art by Megan Abdallah.


Crexi
https://www.crexi.com › ... › Office › Texas › Dallas   ⋮

**2911 Turtle Creek Blvd. Suite 300, Dallas, TX 75219 - Crexi**

Oct 9, 2019 — Office space for lease at **2911 Turtle Creek Blvd. Suite 300**, Dallas, TX 75219.
Visit Crexi.com to read property details & contact the ...


Davinci Virtual
https://www.davincivirtual.com › ... › Texas › Dallas   ⋮

**Get a Dallas Virtual Address at 2911 Turtle Creek Boulevard**

Reserve your virtual office address at. Turtle Creek. **2911 Turtle Creek Boulevard**. **Suite 300**.
Dallas, TX 75219. Regus - Texas, Dallas - Turtle Creek.

Flexioffices
https://www.flexioffices.co.uk › texas › dallas › turtle-...   ⋮

**Serviced Office 2911 Turtle Creek Blvd, Suite 300, Dallas, 75219**

Office location. Located in the prestigious **Turtle Creek** area near downtown Dallas, the Center
is surrounded by beautiful **creeks**, gardens and jogging paths.



Point2Homes
https://www.point2homes.com › Point2 › Dallas

**2911 Turtle Creek Blvd. Suite 300, Dallas, TX 75219 | Point2**

Impressive design, invigorating surroundings. Immerse yourself in the refreshing green surroundings before being welcomed through the impressive lobby of ...

MapQuest
https://www.mapquest.com › ... › Texas › Dallas          ⋮

**REM Counseling - 2911 Turtle Creek Blvd - MapQuest**

Get directions, reviews and information for REM Counseling in Dallas, TX. You can also find other Mental Health Services on MapQuest.

Richardson Chamber of Commerce
http://m.richardsonchamber.com › memberdetails › ca...          ⋮

**Carter Group | 2911 Turtle Creek Blvd, Suite 300 Dallas, TX ...**

contact information · Carter Group · Address: **2911 Turtle Creek Blvd**, **Suite 300**. Dallas, TX-Texas 75219 · Phone: 214-599-8389 (Call Now) ...

Park Place on Turtle Creek
http://www.2911turtlecreek.com          ⋮

**Park Place on Turtle Creek - Property**

**2911 Turtle Creek Blvd**. | Dallas, Texas 75219 The Premier Turtle Creek Business Address. Park Place on Turtle Creek is institutionally owned and managed by ...

Missing: ~~300~~ | Must include: **300**

NeighborsEnergy.org
https://www.neighborsenergy.org › contact-us          ⋮

**Contact Us - Neighbors Energy**

**2911 Turtle Creek Blvd**. **#300**. Dallas, TX 75219-6247. PH/FX: 888-511-3299. Email: Contact@NeighborsEnergy.org. Search Our Energy Suppliers.

🖼 Images for 2911 turtle creek blvd ste 300          ⋮

( downtown dallas )  ( dallas tx )  ( property )  ( park place )          ⌄





*Feedback*

View all →

**Related searches**          ⋮

🔍  **hodges partners**



NewOfficeAmerica.com
https://www.newofficeamerica.com › details › serviced...          ⋮

**Serviced offices to rent and lease at 2911 Turtle Creek ...**          

Serviced offices to rent at **2911 Turtle Creek Boulevard**, **Suite 300**, Turtle Creek Center, Dallas, Texas, USA - arrange a viewing today!



John Teakell
https://www.teakelllaw.com › contact-us          ⋮

**Contact Us | Teakell Law**

Location. **2911 Turtle Creek Blvd Suite 300** Dallas, Texas 75219 ; Email. jteakell@teakelllaw.com ; Phone. 214-523-9076 ; Fax. 214-523-9077.

 LoopNet
https://www.loopnet.com › ... › Texas › Dallas

**2911 Turtle Creek Blvd, Dallas, TX 75219 - Park Place on ...**

Feb 14, 2023 — **2911 Turtle Creek Blvd**, Dallas, TX 75219. This Office space is available for lease. This building has a prestigious Turtle Creek Boulevard ...

 Dun & Bradstreet
https://www.dnb.com › ... › TEXAS › DALLAS ⋮

**Hodges Partners LLC Company Profile | Dallas, TX**

Address: **2911 Turtle Creek Blvd Ste 300** Dallas, TX, 75219-6243 United States. Phone: Website: www.hodgespartners.com. Employees (all sites):.

 Doan Sports Management
https://doansportsmanagement.com › location › 2911-... ⋮

**2911 Turtle Creek Blvd., Suite 300, Dallas, Texas, 75219**

**2911 Turtle Creek Blvd.**, **Suite 300**, Dallas, Texas, 75219 ... DO YOU HAVE QUESTIONS? SEND US AN EMAIL Get Started Today. First Name ...

 regus.co.kr
https://www.regus.co.kr › tx-dallas-turtle-creek-hq ⋮

**Co-working in 2911 Turtle Creek Boulevard**

Co-working in 2911 Turtle Creek Boulevard. **2911 Turtle Creek Blvd.**, **Suite 300**, Dallas, Texas, 75219. A beautiful reception area, impressive lobby and green ...

 Regus
https://www.regus.com › united-states › texas › dallas › 2... ⋮

**Serviced Office Space at 2911 Turtle Creek Boulevard - Regus**

Find the ideal workplace at **2911 Turtle Creek Boulevard** . Regus provides fully-equipped workspaces for teams of all sizes. Rent for a day, month, or longer.

 Core CMCI
http://www.corecmci.com › contact ⋮

**CORE CONTACT - Core CMCI**

We will reach you in 3-5 business days. Main Office: **2911 Turtle Creek Blvd**, **Suite 300**. Dallas, Texas 75219. Phone 214-810-5532.

 JLL
https://property.jll.com › listings › park-place-on-turtle-c... ⋮

**Park Place on Turtle Creek - JLL Properties**

11 results — Now available for lease, office Park Place on Turtle Creek located at **2911 Turtle Creek Blvd** Dallas, Texas 75219. Available square footage 1,725 ...

Missing: ~~300~~ | Must include: **300**



 Easy Offices
https://www.easyoffices.com › office-space › turtle-cre... ⋮

**2911 Turtle Creek Blvd., Suite 300 - Dallas - Easy Offices**

**2911 Turtle Creek Blvd.**, **Suite 300**. A beautiful reception area, impressive lobby and green surroundings are key features of the Turtle Creek Center at Park ...

 Natalie Westbrook
https://www.nataliewestbrookart.com › contact ⋮

**Contact | Mysite - Natalie Westbrook**

Mailing Address: **2911 Turtle Creek Blvd Suite 300** Dallas Texas 75219. Submit. Thanks for submitting! CONTACT. Black Facebook Icon · Black Twitter Icon ...

Yelp
https://www.yelp.com › ... › Regus Texas Turtle Creek ⋮

**Regus Texas Turtle Creek - Yelp**

I am an entrepreneur, and needed a space to start my business but did… read more. Useful. Funny. Cool. Map. **2911 Turtle Creek Blvd**. **Ste 300**.

★★½☆☆ Rating: 2.5 · 3 reviews

App122

3/13/23, 8:21 PM
2911 turtle creek blvd ste 300 - Google Search
Case 3:23-cv-00276-L    Document 8    Filed 03/15/23    Page 126 of 177    PageID 162

 fare health dallas.com
https://farehealthdallas.com › contact-us ⋮

**Contact Us - Fare Health**

Location. Fare Health Nutrition Services **2911 Turtle Creek Blvd**. **Ste 300**. Dallas, TX 75219.

 Department of Transportation (.gov)
https://safer.fmcsa.dot.gov › query

**Company Snapshot CAL INTERNATIONAL LLC - SAFER Web**

Physical Address: **2911 TURTLE CREEK BLVD STE 300** #222. DALLAS, TX 75219. Phone: (323) 681-4040. Mailing Address: **2911 TURTLE CREEK BLVD STE 300** #222

 First Office Hub
https://www.firstofficehub.com › dallas › oak-lawn › t... ⋮

**Turtle Creek - First Office Hub**

The center is located opposite the Mansion at Turtle Creek and there are plenty ... Regus - Turtle Creek **2911 Turtle Creek Blvd**., **Suite 300**, Dallas, Texas.

 State Bar of Texas
https://www.texasbar.com › attorneys › member ⋮

**Find A Lawyer | John R. Teakell - State Bar of Texas**

**2911 Turtle Creek Blvd Ste 300**. Dallas, TX 75219-6243. Practice Areas: Criminal, Government/Administrative. Statutory Profile Last Certified On: 10/01/2021 ...

 commercialpropertyonline.co.uk
https://commercialpropertyonline.co.uk › property › 2... ⋮

**2911 Turtle Creek Blvd., Suite 300, Dallas**

**2911 Turtle Creek Blvd**., **Suite 300**, Dallas. Serviced Offices from. $ 355 per person, per month. Call ...

 My Support Pad
https://mysupportpad.com › contact ⋮

**CONTACT - My Support Pad**

**2911 Turtle Creek Blvd Suite 300**. Dallas, Texas 75219. 420 Throckmorton St. Suite 200. Fort Worth TX 76102. Phone: 214-254-4444. Email: help@mysupportpad.com.

 McKissack McKissack
https://www.mckinc.com › office › dallas-texas ⋮

**Mckissack - Dallas, Texas Office Location**

**2911 Turtle Creek Blvd**. **Suite 300**. Office Number: 30B. Dallas, TX 75219. T 202.347.1446 · Houston. 12 Greenway Plaza. Suite 1100. Houston, TX 77046.

 postcodebase.com
https://tx.postcodebase.com › ... › DALLAS › 75219 ⋮

**2911 TURTLE CREEK BLVD STE 302, DALLAS, TX, USA**

75219-6243 is a ZIP Code 5 Plus 4 number of 2911 TURTLE CREEK BLVD STE 302, DALLAS, ... **2911 TURTLE CREEK BLVD STE 300**, DALLAS, TX 75219-6243, USA, valid.

 Wastebits
https://wastebits.com › locator › location › turnham-gr... ⋮

**Turnham Green Oil | Dallas, TX - Wastebits**

Info about Turnham Green Oil: located at **2911 Turtle Creek Blvd**, **Suite 300**, Dallas, TX 75219.

Cvent
https://www.cvent.com › dallas › corporate-office-space ⋮

**HQ - Turtle Creek - Dallas, TX, US Meetings and Events | Cvent**

HQ - Turtle Creek. **2911 Turtle Creek Boulevard**. **Suite 300**. Dallas, TX. Parking. Paid parking. More. Contact Us. Sign up for access. Already have an account?

CommercialSearch
https://www.commercialsearch.com › dallas › turtle-cr... ⋮

**Coworking Space Available at 2911 Turtle Creek Blvd.**

Book your coworking & shared space at 2911 Turtle Creek Blvd, Suite 300, Dallas, TX 75219.
See property details, listing & contact information.

 **Safeco**
https://insurance-agent.safeco.com › agency   ⋮

**Ricart Insurance Agency, Inc.**

Our office location. Ricart Insurance Agency, Inc. **2911 Turtle Creek Blvd Ste 300**. Dallas, TX
75219-6243.

 **Propertymanagementinc.com**
https://www.propertymanagementinc.com › pmi-big-tex   ⋮

**PMI Big Tex | Contact Us - Property Management Inc.**

PMI Big Tex. **2911 Turtle Creek Blvd. Suite 300**. Dallas, TX 75219. Phone: 214.523.9011.
Email: info@pmibigtex.com. Contact Us. First* Last*. Email* Email.

 **Birdeye**
https://reviews.birdeye.com › pmi-big-tex-164622114...   ⋮

**PMI Big Tex Reviews, Ratings - Property Management - Birdeye**

10 customer reviews of PMI Big Tex. One of the best Property Management, Real Estate
business at **2911 Turtle Creek Blvd Suite 300**, Dallas TX, 75219 United ...

 **Texas Secretary of State**
https://direct.sos.state.tx.us › cso › CSOSearch   ⋮

**Credit Services Organization Search - Texas Secretary of State**

5900 Balcones Drive, Suite 4000, Austin, TX 78731 · 5900 Balcones Drive, Suite 400 Austin, TX
78731 · **2911 Turtle Creek Blvd.**, **Ste. 300**, Dallas, TX 75219 · 2911 ...

 **Better Business Bureau**
https://www.bbb.org › ... › Valet Service › Dallas MTV   ⋮

**Dallas MTV | Better Business Bureau® Profile**

**2911 Turtle Creek Blvd Suite 300**. Dallas, TX 75219. Get Directions. BBB Rating &
Accreditation. A+BBB rating · This business is not BBB Accredited.

 **Realtor.com**
https://www.realtor.com › realestateagents   ⋮

**Natalie Westbrook - DALLAS, TX Real Estate Agent**

Westbrook Real Estate Group. **2911 TURTLE CREEK BLVD STE 300**, DALLAS, TX, 75219.
Share profile. Email Natalie Westbrook. Send Email ...

 **Booksy**
https://booksy.com › en-us › 892157_regus_other_13...   ⋮

**Regus - Dallas - Book Online - Prices, Reviews, Photos - Booksy**

Regus. **2911 Turtle Creek Blvd, Suite 300**, Dallas, 75219 ...

 **Facebook**
https://www.facebook.com › biz › divorce-family-law...   ⋮

**25 Best Divorce & Family Lawyer Near Dallas, Texas | Facebook**

435 likes7920 Belt Line Road, Suite 700, Dallas, TXCloses in 15 minutes · 5. Paula Lock Smyth
Law Offices. 512 likes**2911 Turtle Creek Blvd. Ste. 300**, Dallas ...

 **OpenNPI**
https://opennpi.com › provider   ⋮

**Montage Surgical, PLLC · Physician Assistant - OpenNPI**

The practitioner's main practice location is at **2911 Turtle Creek Blvd Ste 300**, Dallas, TX
75219-6243; the contact telephone number is 2105984262.

 **OpenCorporates**
https://opencorporates.com › companies › us_tx   ⋮

**KTM DRYWALL, INC. :: Texas (US) - OpenCorporates**

Sep 11, 2022 — Free and open company data on Texas (US) company KTM DRYWALL, INC.
(company number 0137023100), **2911 TURTLE CREEK BLVD STE 300**, DALLAS, TX, ...

App124


health.usnews.com
https://health.usnews.com › Nurse Practitioners

**Bridgett M. Gant, NP | Dallas, TX | Psychiatric Nurse Practitioner**

Location & Contact Information. © OpenStreetMap contributors. +. −. ⛶. ℹ. Provider Address. **Ste 300**. **2911 Turtle Creek Blvd**, Dallas, TX, 75219.


apexresllc.com
https://www.apexresllc.com ⋮

**Apex Resources: Home**

... assets in order to generate possible returns and uphold an efficient cost structure. 214.523.9055. Apex Resources LLC. **2911 Turtle Creek Blvd**, **Suite 300**.


SP    Sidney Powell PC
https://www.federalappeals.com › contact ⋮

**Contact - Federal Appeals**

**2911 Turtle Creek Blvd Suite 300**. Dallas TX 75219. Practicing primarily in the United States Court of Appeals, Sidney Powell, P.C. represents clients in a ...


The Square Foot
https://www.squarefoot.com › Dallas › Turtle Creek ⋮

**2911 Turtle Creek Boulevard, Turtle Creek, Dallas, TX 75219**

There are 37 office space listings at **2911 Turtle Creek Boulevard**. ... $720/mo. ~**300** sf2 · **2911 Turtle Creek Boulevard** - 2nd Floor - **Suite 225**.


Datanyze
https://www.datanyze.com › Business Services ⋮

**Hodges Partners Company Profile - Datanyze**

**2911 Turtle Creek Blvd Ste 300**, Dallas, Texas, 75219, United States. (214) 902-7900. Hodges Partners Profile and History. "Hodges Partners is an outstanding ...


IOG Resources
https://www.iogresources.com › contact-us ⋮

**Contact Us - IOG Resources**

**2911 Turtle Creek Blvd**., **Suite** 900. Dallas, Texas 75219. Main Office. 214-272-2990. To navigate, press the arrow keys. BESbswy. Name: Email: Phone: Subject:.

Missing: ~~300~~ | Must include: **300**


KTM Drywall
https://ktmdrywall.com › contactus ⋮

**Dallas, TX 75219 | 214-599-8777 - KTM Drywall Inc**

We are located at **2911 Turtle Creek Blvd**., **Suite 300**, Dallas, Texas 75219.


Google
https://maps.google.com › maps › contrib ⋮

**The Southern Academy of Etiquette - Google Maps**

**2911 Turtle Creek Blvd Suite 300**, Dallas, TX 75219, United States. 0:04. 0:13. Collapse side panel. Collapse side panel. When you have eliminated the ...


CommercialCafe
https://www.commercialcafe.com › Dallas ⋮

**Turtle Creek , Dallas TX - CommercialCafe**

Book your coworking space within Turtle Creek at **2911 Turtle Creek Blvd**. **Suite 300**, Dallas, TX 75219. Find the right flexible workspace with CommercialCafe.

sunbiz.org
http://search.sunbiz.org › Inquiry › SearchResultDetail ⋮

**Detail by Entity Name - Sunbiz.org - Division of Corporations**

**2911 TURTLE CREEK BLVD SUITE 300**. DALLAS, TX 77002 UN. Mailing Address. 2050 CORAL WAY 2nd floor 206. CORAL GABLES, FL 33135. Changed: 04/27/2022.



Ad · AdMyCity
https://admcity.com › usa › dallas › details › kinter-... ⋮

**Kinter Media Dallas | 90 Photos & 9 Ratings - AdMyCity**

listed under in Dallas with address, contact number, ratings, photo gallery, product & services, direction map for best in **2911 Turtle Creek Blvd Ste 300**, ...



OpenGovUS
https://opengovus.com › texas-taxpayer ⋮

**Dallas Mtv, LLC · 2911 Turtle Creek Blvd Ste ... - OpenGovUS**

The registered business location is at **2911 Turtle Creek Blvd Ste 300**, Dallas, TX 75219. The business name of outlet #1 is DALLAS MTV, LLC and the business ...



All Green Electronics Recycling
https://allgreenrecycling.com › › › Headquarters ⋮

**Electronics Disposal Dallas, TX | Data Destruction & ITAD | AGR**

All Green Electronics Recycling Dallas, TX. Secure Drop off. **2911 Turtle Creek Blvd.**, Suite **300**. Dallas, ...



NPI No.
https://npino.com › primary-clinic › 1689235889-vigi... ⋮

**Vigilant Healthcare Solutions in Dallas | Primary Care Clinics**

Sep 4, 2019 — Address, **2911 Turtle Creek Blvd Ste 300**, , Dallas Texas, 75219-6243. Phone Number, 888-316-5498. Fax Number, 888-316-5498.



rosenfirm.com
https://www.rosenfirm.com › Contact Us ⋮

**Dallas - Rosen Law Group**

**2911 Turtle Creek Blvd Suite 300**. Dallas, Tx 75219. Directions Via: Google Maps, Bing Maps, Mapquest. Free Attorney Consultation. Full Name*. First. Email*.



Triumph Over Alzheimer's
https://triumphoveralzheimers.org › contact ⋮

**Contact - Triumph Over Alzheimer's**

**2911 Turtle Creek Blvd. Suite 300**. Dallas, Texas 75219. 214-288-3151 leslie@triumphoveralzheimers.org.



Facebook
https://www.facebook.com › biz › aerospace-company ⋮

**25 Best Aerospace Company Near Dallas, Texas | Facebook**

592 likes**2911 Turtle Creek Blvd, Suite 300**, Dallas, TXOpens Tomorrow. 2. Acerts Inc. 41 likes325 N Staint Paul Street, Dallas, TXOpens at 8:00 AM. Get quote.



PropertyShark
https://www.propertyshark.com › › Northwest Dallas ⋮

**Gallery at Turtle Creek, Dallas, TX Commercial Real Estate**

Commercial real estate properties for lease and sale in Gallery at Turtle Creek, Dallas, TX. ... **2911 Turtle Creek Blvd. Suite 300**, Dallas, TX. Services.



Fidelity National Title Insurance Company
https://dallas.fntic.com › Contact ⋮

**Contact - FNT | Dallas**

1261 W Green Oaks Blvd, Suite 101. Arlington, TX, 76013 ... 221 W Southlake Blvd, Suite 150. Southlake, TX 76092 ... **2911 Turtle Creek Blvd. Suite 300**

Omnia Aerospace
https://www.omniaaerospace.com › contact ⋮

**Contact | Omnia Aerospace**

Oct 27, 2022 — Our Contact Info ; Address. Omnia Aerospace, LLC **2911 Turtle Creek Blvd**, **Suite 300**. Dallas, Texas 75219 ; Phone. Main: +1 (214) 523-9045. Support: ...


Koda Digital
https://kodadigital.com › contact    ⋮

**Contact - Koda Digital Medical Marketing in Dallas, TX**

Want to learn more about Koda Digital? Complete the form below and we will be in touch. Our
Office **2911 Turtle Creek Blvd Ste 300**. Dallas, TX 75219.


Paula Lock Smyth
https://dallasfamilylawattorney.com › media-page

**Media - Dallas Family Law & Divorce Attorney**

Paula Lock Smyth Law Offices. **2911 Turtle Creek Blvd. Ste. 300**. Dallas, Texas 75219. Phone:
214-420-1800. Fax: 214-420-1801 ...


Marlo Cadeddu
https://www.marlocadeddu.com › copy-of-las-vegas    ⋮

**TEXAS | marlocadeddu**

Dallas-Fort Worth Office. Park Place on Turtle Creek. **2911 Turtle Creek Boulevard**. **Suite 300-**
390. Dallas, Texas 75219. TEL/FAX: 214.220.9000.


ZoomInfo
https://www.zoominfo.com › hodges-partners    ⋮

**Hodges Partners - Overview, News & Competitors - ZoomInfo**

Who is Hodges Partners. undefined Headquarters. Headquarters. **2911 Turtle Creek Blvd Ste
300**, Dallas, Texas, 75219, United States.


ClearlyRated
https://www.clearlyrated.com › ... › Texas › Dallas    ⋮

**Arrow Strategies of Dallas, TX - ClearlyRated**

Arrow Strategies is located at **2911 Turtle Creek Blvd.**, **Suite 300** Dallas, TX and Arrow
Strategies operates in the Staffing industry.


America's Top 100 Criminal Defense Attorneys
https://www.top100criminaldefenseattorneys.com › jo...    ⋮

**John Teakell | - America's Top 100 Criminal Defense Attorneys**

Criminal Defense Litigation White-Collar Criminal Defense. **2911 Turtle Creek Blvd.**, **Suite 300**,
Dallas, TX 75219. Law Office of John R. Teakell ...


Super Lawyers
https://profiles.superlawyers.com › ... › Angelley, P.C.    ⋮

**Angelley, P.C. in Dallas, Texas**

Angelley, P.C.. **2911 Turtle Creek Blvd Suite 300**. Dallas, TX 75219 Phone: 214-523-9043
https://www.angelley.com. Attorney list. William Angelley.


Dallas Builders Association
https://web.dallasbuilders.com › directory › results › d...    ⋮

**Directions to Hutchinson Law PLLC**

**Suite 300**. Dallas, TX 75219 | View on Google Maps · Steve Hutchinson 214-270-1982. Get
directions to: Hutchinson Law PLLC, **2911 Turtle Creek Blvd**, Dallas TX

Progressive Agent
https://www.progressiveagent.com › ... › Texas › Dallas    ⋮

**Ricart Insurance Agency, Dallas: (469) 759-9802**

Boat/PWC. Contact methods. Address: **2911 Turtle Creek Blvd Ste 300**, Dallas, TX 75219.

Travelers Insurance
https://agent.travelers.com › TX › Dallas    ⋮

**Ricart Insurance Agency Inc - Dallas**

Visit your local Ricart Insurance Agency Inc at **2911 Turtle Creek Blvd** in ... Get DirectionsCall.
**2911 Turtle Creek Blvd**. **Ste 300**. Dallas , Texas 75219.


Haulin Movers
https://haulinmovers.com › locations › dallas-movers

### Dallas Movers

Dallas Movers Haulin' Movers Dallas **2911 Turtle Creek Blvd.** **Suite 300** Dallas, TX 75219 Call
Us 832-510-5042 Email Us info@haulinmovers.com Hours 8am – 8pm, ...


Dallas Psychological Association
https://www.dpadallas.org › index.php › resources › all

### Find a Psychologist: All Listings

Results 1 - 20 of 99 — **2911 Turtle Creek Blvd**, **Suite 300**, Dallas, Texas, 75219.
www.annevellis.com. Dr. Ellis is a licensed psychologist and marriage and ...


CityFeet
https://www.cityfeet.com › ... › Dallas County › Dallas

### 2911 Turtle Creek Blvd, Dallas, TX 75219 - Coworking - CityFeet

See all available Coworking Space for lease at **2911 Turtle Creek Blvd** in Dallas, ... 3rd Floor
**Ste 300**, Coworking, 100-5,000 SF, Rate Upon Request.


Patriarch Capital Ltd
http://www.patriarchltd.com › patriarch-capital-ltd-cap...

### Contact Us - Patriarch Capital Ltd

**2911 Turtle Creek Blvd**, **Suite 300**. Dallas. TX 75219 USA; UK Address; C7 Leonard
Street,London. EC2 4AQ England.


Judy's Book
https://www.judysbook.com › William-C-Clifton-Law-...

### William C Clifton - 2911 Turtle Creek Blvd Ste 300, Dallas, TX

**2911 Turtle Creek Blvd Ste 300**. Dallas, TX 75219. marker. (214) 891-7014. Incorrect info?
Correct your listing. SocialSearch® links: Website.


iconvaletparking.com
https://iconvaletparking.com › contact

### Contact - iconvaletparking.com

E-mail. iconvps@gmail.com ; Address. **2911 Turtle Creek Blvd. suite 300** Dallas, TX 75219 ...


42Floors
https://42floors.com › ... › Gallery at Turtle Creek

### Turtle Creek Listings | 42Floors

Turtle Creek. **2911 Turtle Creek Blvd. Suite 300**, Dallas, TX 75219. Contact Property.


Friends of Dallas Animal Services
https://www.friendsofdas.org › contact-us

### Contact Us | Friends of Dallas Animal Services

D90Logo-WhiteBackground-NoTag-01.png . Facebook · Instagram. © 2023 by Friends of DAS
(EIN 83-4099633). **2911 Turtle Creek Blvd.; Ste. 300.** Dallas, TX 75219.


allmancpas.com
http://www.allmancpas.com › contactus

### Contact Us - Allman & Associates, Inc., CPA's

**2911 Turtle Creek Blvd., Suite 300.** Dallas, TX 75219. TEL: 214.665.9441. FAX: 888.512.7990.
We want to be a resource to the nonprofit community, ...


datalog.co.uk
http://www.datalog.co.uk › detail.php › CompanyName

### DALLAS MTV, LLC - Parking Lots and Garages - Datalog

MATTHEW D SAWYER, **2911 TURTLE CREEK BLVD STE 300**, DALLAS, TX, 75219,.
Company Registration Number. USTX0802353255. TEXAS LIMITED LIABILITY COMPANY.

The Doan Law Firm
https://www.thedoanlawfirm.com › our-locations › dal...

### Dallas, TX | Personal Injury Lawyer - The Doan Law Firm

App128

3/13/23, 8:21 PM
2911 turtle creek blvd ste 300 - Google Search
Case 3:23-cv-00276-L   Document 8   Filed 03/15/23   Page 132 of 177   PageID 168

2911 Turtle Creek Blvd Suite 100 Dallas, Texas 75219. Local: (214) 907-0000. Open 24/7.
Call Our Friendly Lawyers for a Free Phone Consultation!

 SECDatabase
http://pdf.secdatabase.com › ...  [PDF]  ⋮

### Highland Park Capital Domestic Fund LP Form D Filed 2021 ...

Jul 21, 2021 — **2911 TURTLE CREEK BOULEVARD, SUITE 300**. City. State/Province/Country.
ZIP/Postal Code. Phone No. of Issuer.

 Bizapedia
https://www.bizapedia.com › U.S. › Texas › Dallas  ⋮

### TURTLE CREEK LIVING, LLC in Dallas, TX - Bizapedia

Jun 24, 2022 — The Registered Agent on file for this company is Marc A Gineris and is located
at **2911 Turtle Creek Blvd Suite 300**, Dallas, TX 75219.

 Office Freedom
https://www.officefreedom.com › texas › office-space  ⋮

### Office Space for Rent in Turtle Creek Center 2911 Turtle ...

Hi, I'm interested in Turtle Creek Center **2911 Turtle Creek Blvd Suite**, Lake Highlands, 75219
(ref - 2084) and would like to request further information.

 Healthgrades
https://www.healthgrades.com › ... › Texas (TX)  ⋮

### Forensic Pathologists Near Me in Dallas, TX - Healthgrades

**2911 Turtle Creek Blvd Ste 300**Dallas, TX 75219. 1.7 mi away. View Profile (opens in a new
tab). **2911 Turtle Creek Blvd Ste 300**Dallas, TX 75219. 1.7 mi away.

 DallasBuilders.org
https://web.dallasbuilders.org › Hutchinson-Law-PLL...  ⋮

### Hutchinson Law PLLC - Dallas Builders Association

**2911 Turtle Creek Blvd Suite 300**. Dallas, TX 75219 | View on Google Maps · Steve Hutchinson
214-270-1982. Member Since: 2017 ...

 ricartinsurance.com
http://www.ricartinsurance.com › about  ⋮

### About Us - Ricart Insurance Agency

Address: **2911 Turtle Creek Blvd**, **Suite 300**. Dallas, TX 75219; Phone: (469) 759-9802; Email:
info@ricartinsurance.com; Monday - Friday: 9:00 am - 5:00 pm

 Psychology Today
https://www.psychologytoday.com › ... › Texas › Dallas  ⋮

### Donald Lee, Licensed Professional Counselor, Dallas, TX ...

Jun 27, 2020 — **2911 Turtle Creek Blvd Suite 300**. Dallas, TX 75219. (469) 203-8927. Offers
online therapy. Email Me Show Map Nearby Areas

 NPI Profile
https://npiprofile.com › ... › Texas › Dallas › Counselor  ⋮

### SERENITY OF LIFE COUNSELING SERVICES, NPI ...

Serenity Of Life Counseling Services a provider in **2911 Turtle Creek Blvd Ste 300** Dallas, Tx
75219. Taxonomy code 101Y00000X.

 sellingyourcompany.com
https://www.sellingyourcompany.com › contacts  ⋮

### Contacts - SELLING YOUR COMPANY

Dallas. **2911 Turtle Creek Blvd**. - **Suite 300** - Dallas, TX - 75219. 214.986.1757 ·
DallasOffice@CapitalMarketsGroup.com ...

weblinkconnect.com
https://northdallastxcoc.weblinkconnect.com › Omnia-...  ⋮

### Omnia Aerospace

Omnia Aerospace | **2911 Turtle Creek Blvd**, **Suite 300**, Dallas, TX, 75219 | A premier Advisory
and Professional Services Company serving the Aerospace, ...




Baker Design Group
https://baker-designgroup.com › contact-us   ⋮

### Contact Us Today - Baker Design Group

**2911 Turtle Creek Blvd**., **Suite 300**. Dallas, TX 75219. Carrollton Office. 3033 Kellway Drive, Suite 116. Carrollton, TX 75006. View Current Job Opportunities ...


City-Data.com
https://www.city-data.com › profiles   ⋮

### Curate Studios in Dallas, Texas - City-Data.com

Jun 26, 2021 — Business name: Curate Studios; Address: **2911 Turtle Creek Blvd Ste 300** Dallas, TX Dallas, Texas 75219; Phone number: 214-202-4774 ...


Martindale-Hubbell
https://www.martindale.com › dallas-texas-300028803-f   ⋮

### Snell & Wilmer L.L.P. - Dallas, TX Office Information

May 3, 2013 — One Arizona Center, **2911 Turtle Creek Boulevard, Suite 300**, Dallas, TX 75201. Office Size: 9. Year Established: 1938. Languages:.

★★★★★ Rating: 4.8 · 700 reviews


Colorado Judicial Branch
https://www.courts.state.co.us › Court_Probation  [PDF]   ⋮

### EXHIBIT 100

Dec 17, 2021 — **2911 Turtle Creek Blvd**., **Suite 300** Dallas TX 75219. Consent of Registered Agent r A. A copy of the consent of registered agent is attached.


Texas.gov
https://www.tdlr.texas.gov › TABS › TABS2022015682   ⋮

### Project Details - TDLR TABS

Owner Name: Victory Shops at Heritage 2; Owner Address: **2911 Turtle Creek Blvd Suite 700**: Dallas, Texas 75219; Owner Phone: (972) 707-9555 ...


HAR.com
https://www.har.com › harry-reed-shawver   ⋮

### Harry Reed Shawver III, TX Real Estate Broker - HAR.com

Business Address. 2911 Turtle Creek Blvd.**2911 Turtle Creek Blvd**, **Suite 300**, Dallas, TX 75219. Sponsoring the Following Agent(s). Jerry Don Stiles.


Hotfrog
https://www.hotfrog.com › company   ⋮

### PMI Big Tex - Hotfrog

Jul 22, 2022 — PMI Big Tex **2911 Turtle Creek Blvd**, **Ste 300**, Dallas, TX, 75219-6243.


HUD (.gov)
https://apps.hud.gov › hsg › sfh › hcc › hcs_print   ⋮

### Agencies located in TEXAS - HUD

Address: **2911 Turtle Creek Blvd Ste 300**. Dallas, Texas 75219-6243. Counseling Services: - Financial Management/Budget Counseling


hutch-legal.com
https://www.hutch-legal.com   ⋮

### Hutchinson Law PLLC

**2911 Turtle Creek Blvd**, **Suite 300**, Dallas, Texas 75219 disclaimer | attorney advertising. Hutchinson Law PLLC is a Builder and Business Law Practice focused ...

Elite Lawyer
https://www.elitelawyer.com › profile › 11280-john-te...   ⋮

### Attorney John Teakell | Dallas, TX - Elite Lawyer

Law Office of John R. Teakell **2911 Turtle Creek Blvd**., **Suite 300**. Dallas, TX 75219. Phone: 214-523-9076. Fax: 214-523-9077. CALL NOWVISIT WEBSITE ...

 WebMD
https://doctor.webmd.com › practice

**Joseph Manuel Guileyardo Md in Dallas, TX - Webmd Doctor**

Joseph Manuel Guileyardo Md Office Locations. Showing 1-1 of 1 Location. PRIMARY
LOCATION. Joseph Manuel Guileyardo Md. **2911 Turtle Creek Blvd Ste 300**.

 The Transparency Company
https://askfortransparency.com › business › the-law-of...

**Fake Review Analysis for The Law Office of Brian Brunson ...**

**2911 Turtle Creek Blvd Suite 300** Offc 11B, Dallas, TX 75219, USA. T: (214) 730-8961. Expires
09.27.2022. RATING RECIEVED: Verified. EVALUATED BY:.

 medicarelist.com
https://www.medicarelist.com › primary-care › vigilan...

**Vigilant Healthcare Solutions in Dallas, TX - Medicare List**

Sep 4, 2019 — The current practice location for Vigilant Healthcare Solutions is **2911 Turtle
Creek Blvd Ste 300**, Dallas, Texas. For appointments, you can ...

 Victory Real Estate Group
https://www.victoryrealestategroup.com › contact-us

**Contact Us - Victory Real Estate Group**

**2911 Turtle Creek Blvd.**, **Suite** 700, Dallas, Texas 75219. 972-707-9555. Copyright 2019
Victory Real Estate Group | All Rights Reserved. Response. 343,000.

Missing: ~~300~~ | Must include: **300**

 Zaubee
https://zaubee.com › US › Dallas

**PMI Big Tex - 2911 Turtle Creek Blvd Suite 300, Dallas, Texas ...**

PMI Big Tex is a Property management company located in **2911 Turtle Creek Blvd Suite 300**,
Dallas, Texas, US . The business is listed under property ...

 lasernetworks.it
https://lasernetworks.it › 2756-turtle-bluff-dr-owner

**2756 turtle bluff dr owner**

79 Acres 2003 2756 TURTLE BLUFF DR, Bloomfield Hills, MI 48302 0769 is a Single Family, ...
NORMAN, OK 73072-7205 **2911 TURTLE CREEK BLVD STE 300**.

 Happier Living
https://happierliving.com

**Happier Living: Home**

A Vibrant New Approach to Mental Health - Happier Living is focused on your overall well-being,
with a passionate team to create a holistic treatment plan.

 Levelset
https://www.levelset.com › Projects › Texas › Dallas

**2911 Turtle Creek Blvd Ste 14, Dallas, Texas, 75219 - Levelset**

**2911 Turtle Creek Blvd Ste** 14 in Dallas, Texas is a Commercial property with construction
payment data since 11/16/2020. See the project details, ...

 LiquidSpace
https://liquidspace.com › dallas › dallas-regus-turtle-cr...

**Regus | Turtle Creek - LiquidSpace**

Regus | Turtle Creek. **2911 Turtle Creek Blvd**, Dallas, TX 75219 - Confirmed Open. A beautiful
reception area, impressive lobby and green surroundings are key ...

 d-trust.cfd
https://en.d-trust.cfd › houses-for-rent-in-tx

**houses for rent in tx**

5 ba 2,053 sqft - House for rent 20 days ago **300** E Scotland Dr, Irving, ... 3225 **Turtle Creek
Blvd** Apt 1211, Dallas, TX, 75219 2 Beds • 2 Bath Home For Rent ...


d-evoke.cfd
https://blog.d-evoke.cfd › houses-for-rent-in-tx

**houses for rent in tx - home.for.sale**

5 ba 2,053 sqft - House for rent 20 days ago **300** E Scotland Dr, Irving, ... 3225 **Turtle Creek**
**Blvd** Apt 1211, Dallas, TX, 75219 2 Beds • 2 Bath Home For Rent ...


d-first.cfd
https://blog.d-first.cfd › 1-bedroom-in-texas       ⋮

**1 bedroom in texas**

1516 Bay Area **Blvd** Unit R4, Houston, TX 77058 · $110,900 · MLS# 59693175 ... 1-3bd 1-2ba
Gables **Turtle Creek** Cityplace, Dallas, TX 75204 PET FRIENDLY.


d-worth.cfd
https://en.d-worth.cfd › 1-bedroom-in-texas       ⋮

**1 bedroom in texas**

86 acre lot 4638 Country **Creek** Dr Apt 1247, Dallas, TX 75236 Email agent Brokered ...
Crossing **Blvd**, **Suite** 100, Houston, TX 77067, United States of America.


Defending The Republic
https://defendingtherepublic.org       ⋮

**Defending The Republic: Home**

Our patriots are reporting from the DC Prison: To each and every single one of you who have
reached out in support, prayer and donation: thank you from the ...


tuplaza.com
https://tuplaza.com › lonestar-wealt...   Translate this page   ⋮

**LoneStar Wealth Management - 2911 Turtle Creek Blvd Ste ...**

LoneStar Wealth Management - **2911 Turtle Creek Blvd Ste 300**, Dallas, TX 75205, United
States | Servicios financieros.

google.com
https://books.google.com › books

**ABA Journal - Sep 1992 - Page 101 - Google Books Result**

Magazine

TOM EBRO— AQUATIC RISK MANAGEMENT, 7400 S.W. 50 Terrace, Suite 205, Miami, Fla. ...
principal), **2911 Turtle Creek Blvd**. **Suite 300**, Dallas, Texas 75219.


*In order to show you the most relevant results, we have omitted some entries very similar to
the 120 already displayed.*
*If you like, you can repeat the search with the omitted results included.*

20002, Washington, DC - Based on your past activity - Update location

Help     Send feedback     Privacy     Terms

# Exhibit 20

# Membership Information

## Mr. Charles Neal Coker - Attorney

**Bar #:**
12905
**Name:**
Mr. Charles Neal Coker
**Address:**
4521 Touchstone Forest Rd
**City:**
Raleigh
**State:**
NC
**Zip Code:**
27612
**Work Phone:**
**Email:**
ncoker@bellsouth.net

**Status:**
Inactive
The lawyer has voluntarily petitioned for this status, which renders the lawyer not currently eligible to practice law in North Carolina.
**Date Admitted:**
08/24/1985
**Status Date:**
01/23/2015
**Judicial District:**
10 - Wake

Back to Results                         Print                         Back to Home

# Exhibit 21



(703) 313-7700 | 💻 Telemedicine | 🎭 COVID-19 | 🏃 Fyzical Therapy

🖊 Medical Aesthetics          Contact Us          ☰

# Michael R. Abidin, MD



## Otolaryngologist in Alexandria, VA

Michael R. Abidin, MD is Board Certified in Otolaryngology, the medical specialty concerned with the ear, nose, and throat. Dr. Abidin received his education at the University of Virginia School of Medicine and completed his head and neck surgical training at Johns Hopkins.

Dr. Abidin has expertise in the treatment of Sinus Disease and in Facial Plastic Surgery.

- Michael Abidin, MD Curriculum Vitae (pdf)
- Michael Abidin Publication, MD – Outcomes of Hyoid Myotomy and Suspension Using a Mandibular Screw Suspension System AAO – HNSF, 2010 (pdf)

Book Online

# Request an Appointment Today!

Come be a part of the Metropolitan ENT family. Request an appointment with one of our board-certified providers today!

**Request Appointment**

### Where We're Located

6355 Walker Lane
Suite 308
Alexandria, VA 22310

(703) 313-7700

### Quick Links

Our Providers

About Us

Services

Employment

Contact Us

### Legal

Disclaimer

Statement of Non-Discrimination

Sitemap

Copyright © 2023 Metropolitan ENT and Facial Plastic Surgery    Managed by Practis


Book Online

# Exhibit 22

The Wayback Machine - https://web.archive.org/web/20201223233328/http://defendingtherepublic.org/

HOME          DONATE          SCOTUS ⌄          The BattleGround ⌄          MEDIA          CONTACT ⌄

# DEFENDING THE REPUBLIC

*"A Republic… if you can keep it." - Benjamin Franklin*



# Sidney Powell.



Since the 2020 election, Sidney Powell has put together a small and dedicated team of Patriots to uncover and begin litigating the massive election fraud the country just experienced especially but not exclusively through the Dominion voting machines.

Defending the Republic was created to help fund this enormously important litigation and to pursue any other litigation that might be needed to keep this extraordinary Republic and "secure the blessings of liberty for ourselves and our posterity."

To contact Sidney Powell directly, please visit her website:

https://www.sidneypowell.com

App141

Millions of dollars must be raised to defend the Republic as these lawsuits continue to be filed to ensure victory.

In Bush v. Gore the Supreme Court recognized that once vested in the people, the right to vote is fundamental, and one source of its fundamental nature lies in the equal weight of each vote.

This fundamental right to equal weight was not defended or actualized in this election. There is evidence of ballots being discarded, hundreds of thousands of ballots appearing out of thin air, ballot harvesting, and a lower standard of verification for some mail-in ballots. This is voter fraud and has infringed upon Americans sacred right to vote and for their votes to carry equal weight.

The case will seek to block the certification of the election results so that justice can be done. We need to stop the steal in its tracks.

The future of our Republic is at stake. The left, the media, and a complicit Republican Establishment are attempting to steal this election through a staggering voter fraud operation. The time to fight is now!

# THE KRAKEN IS RELEASED



**Cognito Forms**

Log into Cognito Forms

Please login using the other window.

*"The right to do what the law does not prohibit, without fear of harassment or punishment, is one of the hallmarks of a free society." – Sidney Powell*



Since Defending the Republic was established by Sidney Powell to defend and to protect the integrity of elections in the United States. Please contribute below, using our secure system. Your donation will support our mission and the welfare of the American Republic.

Please make any/all checks payable to: ***Defending the Republic LLC***

**Sidney Powell, P.C.**

10130 Northlake Blvd, #214342

West Palm Beach, Florida 33412

***Memo:*** *Defending The Republic Election Integrity*

App144

**Sidney Powell's Defending the Republic:**

The Legal Defense Fund is a 501c4.

Contributions are **not** tax deductible.

*Due to high traffic, the site may be temporarily unavailable. Please keep trying*

**Mailing Address:**

10130 Northlake Blvd.

#214342

West Palm Beach, Florida 33412

**Website:**

https://www.sidneypowell.com

**Stay in Touch**

**Name:**

**Email:**

SUBMIT



© Copyright 2019 - 2020  |   Defending the Republic  |   All Rights Reserved

# Exhibit 23

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| LOUIE GOHMERT, TYLER BOWYER, NANCY COTTLE, JAKE HOFFMAN, ANTHONY KERN, JAMES R. LAMON, SAM MOORHEAD, ROBERT MONTGOMERY, LORAINE PELLEGRINO, GREG SAFSTEN, KELLI WARD and MICHAEL WARD, | Case No. |
| Plaintiffs, | |
| v. | COMPLAINT FOR EXPEDITED DECLARATORY AND EMERGENCY INJUNCTIVE RELIEF |
| THE HONORABLE MICHAEL R. PENCE, VICE PRESIDENT OF THE UNITED STATES, in his official capacity. | (Election Matter) |
| Defendant. | |

**NATURE OF THE ACTION**

1.      This civil action seeks an expedited declaratory judgment finding that the elector dispute resolution provisions in Section 15 of the Electoral Count Act, 3 U.S.C. §§ 5 and 15, are unconstitutional because these provisions violate the Electors Clause and the Twelfth Amendment of the U.S. Constitution. U.S. CONST. art. II, § 1, cl. 1 & Amend. XII.  Plaintiffs also request emergency injunctive relief required to effectuate the requested declaratory judgment.

2.      These provisions of Section 15 of the Electoral Count Act are unconstitutional insofar as they establish procedures for determining which of two or more competing slates of Presidential Electors for a given State are to be counted in the Electoral College, or how objections to a proffered slate are adjudicated, that violate the Twelfth Amendment.  This violation occurs because the Electoral Count Act directs the Defendant, Vice President Michael R. Pence, in his capacity as President of the Senate and Presiding Officer over the January 6, 2021 Joint Session

of Congress: (1) to count the electoral votes for a State that have been appointed in violation of the Electors Clause; (2) limits or eliminates his exclusive authority and sole discretion under the Twelfth Amendment to determine which slates of electors for a State, or neither, may be counted; and (3) replaces the Twelfth Amendment's dispute resolution procedure – under which the House of Representatives has sole authority to choose the President.

3.      Section 15 of the Electoral Count Act unconstitutionally violates the Electors Clause by usurping the exclusive and plenary authority of State Legislatures to determine the manner of appointing Presidential Electors, and instead gives that authority to the State's Executive.  Similarly, 3 USC § 5 makes clear that the Presidential electors of a state and their appointment by the State Executive shall be conclusive.

4.      This is not an abstract or hypothetical question, but a live "case or controversy" under Article III that is ripe for a declaratory judgment arising from the events of December 14, 2020, where the State of Arizona (and several others) have appointed two competing slates of electors.

5.      Plaintiffs include the United States Representative for Texas' First Congressional District and the entire slate of Republican Presidential Electors for the State of Arizona.  The Arizona Electors have cast Arizona's electoral votes for President Donald J. Trump on December 14, 2020, at the Arizona State Capitol with the permission and endorsement of the Arizona Legislature, *i.e.*, at the time, place, and manner required under Arizona state law and the Electoral Count Act.  At the same time, Arizona's Governor and Secretary of State appointed a separate and competing slate of electors who cast Arizona's electoral votes for former Vice-President Joseph R. Biden, despite the evidence of massive multi-state electoral fraud committed on Biden's behalf that changed electoral results in Arizona and in other states such as Georgia, Michigan,

2

Pennsylvania and Wisconsin that have also put forward competing slates of electors (collectively, the "Contested States"). Collectively, these Contested States have enough electoral votes in controversy to determine the outcome of the 2020 General Election.

6. On January 6, 2021, when Congress convenes to count the electoral votes for President and Vice-President, Plaintiff Representative Gohmert will object to the counting of the Arizona slate of electors voting for Biden and to the Biden slates from the remaining Contested States. Rep. Gohmert is entitled to have his objection determined under the Twelve Amendment, and not through the unconstitutional impositions of a prior Congress by 3 U.S.C. §§ 5 and 15.

7. Senators have also stated that they may object to the Biden slate of electors from the Contested States.[1]

8. This Complaint addresses a matter of urgent national concern that involves only issues of law – namely, a determination that Sections 5 and 15 of the Electoral Count Act violate the Electors Clause and/or the Twelfth Amendment of the U.S. Constitution. The relevant facts are not in dispute concerning the existence of a live case or controversy between Plaintiffs and Defendant, ripeness, standing, and other matters related to the justiciability of Plaintiffs' claims.[2]

---

[1] *See* https://www.forbes.com/sites/jackbrewster/2020/12/17/here-are-the-gop-senators-who have-hinted-at-defying-mcconnell-by-challenging-election/?sh=506395c34ce3.

[2] The facts relevant to the justiciability of Plaintiffs' claims are laid out below and demonstrate the certainty or near certainty that the unconstitutional provisions in Section 15 of the Electoral Count Act will be invoked at the January 6, 2021 Joint Session of Congress to choose the next President, namely: (1) there are competing slates of electors for Arizona and the other Contested States that have been or will be submitted to the Electoral College; (2) the Contested States collectively have sufficient (contested) electoral votes to determine the winner of the 2020 General Election – President Trump or former Vice President Biden; (3) legislators in Arizona and other Contested States have contested the certification of their State's electoral votes by State executives, due to substantial evidence of election fraud that is the subject of ongoing litigation and investigations; and (4) Senators and Members of the House of Representatives have expressed their intent to challenge the electors and electoral votes certified by State executives in the Contested States.

App149

9.      Because the requested declaratory judgment will terminate the controversy arising from the conflict between the Twelfth Amendment and the Electoral Count Act, and the facts are not in dispute, it is appropriate for this Court to grant this relief in a summary proceeding without an evidentiary hearing or discovery.  *See* Notes of Advisory Committee on Federal Rules of Civil Procedure, Fed. R. Civ. P. 57.

10.     Accordingly, Plaintiffs have concurrently submitted a motion for a speedy summary proceeding under Rule 57 of the Federal Rules of Civil Procedure ("FRCP") to grant the relief requested herein as soon as possible, and for emergency injunctive relief under Rule 65 thereof consistent with the declaratory judgment requested herein on that same date.

11.     Accordingly, Plaintiffs respectfully request this Court to issue a declaratory judgment finding that:

A.  Sections 5 and 15 of the Electoral Count Act, 3 U.S.C. §§ 5 and 15, are unconstitutional because they violate the Twelfth Amendment, U.S. CONST. art. II, § 1, cl. 1 & amend. XII on the face of it; and further violate the Electors Clause;

B.  That Vice-President Pence, in his capacity as President of Senate and Presiding Officer of the January 6, 2021 Joint Session of Congress under the Twelfth Amendment, is subject solely to the requirements of the Twelfth Amendment and may exercise the exclusive authority and sole discretion in determining which electoral votes to count for a given State, and must ignore and may not rely on any provisions of the Electoral Count Act that would limit his exclusive authority and his sole discretion to determine the count, which could include votes from the slates of Republican electors from the Contested States;

4

C.   That, with respect to competing slates of electors from the State of Arizona or other
Contested States, the Twelfth Amendment contains the exclusive dispute
resolution mechanisms, namely, that (i) Vice-President Pence determines which
slate of electors' votes count, or neither, for that State; (ii) how objections from
members of Congress to any proffered slate of electors is adjudicated; and (iii) if
no candidate has a majority of 270 elector votes, then the House of Representatives
(and only the House of Representatives) shall choose the President where "the
votes [in the House of Representatives] shall be taken by states, the representation
from each state having one vote," U.S. CONST. amend. XII;

D.   That with respect to the counting of competing slates of electors, the alternative
dispute resolution procedure or priority rule in 3 U.S.C. § 15, together with its
incorporation of 3 U.S.C. § 5, shall have no force or effect because it nullifies and
replaces the Twelfth Amendment rules above with an entirely different procedure;
and

E.   Issue any other declaratory judgments or findings or injunctive relief necessary to
support or effectuate the foregoing declaratory judgments.

**JURISDICTION AND VENUE**

12.   This Court has subject matter jurisdiction under 28 U.S.C. § 1331 which provides,
"The district courts shall have original jurisdiction of all civil actions arising under the
Constitution, laws, or treaties of the United States."

13.   This Court also has subject matter jurisdiction under 28 U.S.C. § 1343 because this
action involves a federal election for President of the United States.  "A significant departure from
the legislative scheme for appointing Presidential electors presents a federal constitutional

5

question." *Bush v. Gore*, 531 U.S. 98, 113 (2000) (Rehnquist, C.J., concurring); *Smiley v. Holm*, 285 U.S. 355, 365 (1932).

14.     The jurisdiction of the Court to grant declaratory relief is conferred by 28 U.S.C. §§ 2201 and 2202 and by Rule 57, Fed. R. Civ. P., and emergency injunctive relief by Rule 65, Fed. R. Civ. P.

15.     Venue is proper because Plaintiff Gohmert resides in Tyler, Texas, he maintains his primary congressional office in Tyler, and no real property is involved in the action. 28 U.S.C. § 1391(e)(1).

## THE PARTIES

16.     Plaintiff Louie Gohmert is a duly elected member of the United States House of Representatives for the First Congressional District of Texas.  On November 3, 2020 he won re-election of this Congressional seat and plans to attend the January 6, 2021 session of Congress. He resides in the city of Tyler, in Smith County, Texas.

17.     Each of the following Plaintiffs is a resident of Arizona, a registered Arizona voter and a Republican Party Presidential Elector on behalf of the State of Arizona, who voted their competing slate for President and Vice President on December 14, 2020: a) Tyler Bowyer, a resident of Maricopa County and a Republican National Committeeman; b) Nancy Cottle, a resident of Maricopa County and Second Vice-Chairman of the Maricopa County Republican Committee; c) Jake Hoffman, a resident of Maricopa County and member-elect of the Arizona House of Representatives; d) Anthony Kern, a resident of Maricopa County and an outgoing member of the Arizona House of Representatives; e) James R. Lamon, a resident of Maricopa County; f) Samuel Moorhead, a resident of Gila County; g) Robert Montgomery, a resident of Cochise County and Republican Party Chairman for Cochise County; h) Loraine Pellegrino, a

6

resident of Maricopa County; i) Greg Safsten, a resident of Maricopa County and Executive

Director of the Republican Party of Arizona; j) Kelli Ward, a resident of Mohave County and Chair

of the Arizona Republican Party; and k) Michael Ward, a resident of Mohave County.

18.     The above eleven plaintiffs constitute the full slate of the Arizona Republican

party's nominees for presidential electors (the "Arizona Electors").

19.     The Defendant is Vice President Michael R. Pence named in his official capacity

as the Vice President of the United States.  The declaratory and injunctive relief requested herein

applies to his duties as President of the Senate and Presiding Officer at the January 6, 2021 Joint

Session of Congress carried out pursuant to the Electoral Count Act and the Twelfth Amendment.

### STATEMENT OF FACTS

20.     The Plaintiffs include a United States Representative from Texas, the entire slate

of Republican Presidential Electors for the State of Arizona as well as an outgoing and incoming

member of the Arizona Legislature.  On December 14, 2020, pursuant to the requirements of

applicable state laws and the Electoral Count Act, the Arizona Electors, with the knowledge and

permission of the Republican-majority Arizona Legislature, convened at the Arizona State Capitol,

and cast Arizona's electoral votes for President Donald J. Trump and Vice President Michael R.

Pence.[3]  On the same date, the Republican Presidential Electors for the States of Georgia,[4]

---

[3] *See GOP Elector Nominees cast votes for Trump in Arizona, Georgia, Pennsylvania*, by Dave
Boyer, The Washington Times, December 14, 2020.
https://www.washingtontimes.com/news/2020/dec/14/gop-electors-cast-votes-trump-georgia-
pennsylvania/.

[4] *See id.*

App153

Pennsylvania[5] and Wisconsin[6] met at their respective State Capitols to cast their States' electoral votes for President Trump and Vice President Pence.

21.    Michigan's Republican electors attempted to vote at their State Capitol on December 14th but were denied entrance by the Michigan State Police.  Instead, they met on the grounds of the State Capitol and cast their votes for President Trump and Vice President Pence vote.[7]

22.    On December 14, 2020, in Arizona and the other States listed above, the Democratic Party's slate of electors convened in their respective State Capitols to cast their electoral votes for former Vice President Joseph R. Biden and Senator Kamala Harris.  On the same day, Arizona Governor Doug Ducey and Arizona Secretary of State Katie Hobbs submitted the Certificate of Ascertainment with the Biden electoral votes pursuant to the National Archivist pursuant to the Electoral Count Act.[8]

23.    Accordingly, there are now competing slates of Republican and Democratic electors in five States with Republican majorities in both houses of their State Legislatures – Arizona, Georgia, Michigan, Pennsylvania, and Wisconsin (*i.e.*, the Contested States) – that

---

[5] *See id.*

[6] *See Wisconsin GOP Electors Meet to Cast their own Votes Too Just in Case,* by Nick Viviani, WMTV, NBC15.com, December 14, 2020, https://www.nbc15.com/2020/12/14/wisconsin-gop-electors-meet-to-cast-their-own-votes-too-just-in-case/ last visited December 14, 2020.

[7] *See Michigan Police Block GOP Electors from Entering Capitol*, by Jacob Palmieri, the Palmieri Report, December 14, 2020, https://thepalmierireport.com/michigan-state-police-block-gop-electors-from-entering-capitol/.

[8] *See Democratic Electors Cast Ballots in Arizona for First Time Since 1996*, by Nicole Valdes, ABC15.com, December 14, 2020, *available at*: https://www.abc15.com/news/election-2020/democratic-electors-cast-ballots-in-arizona-for-first-time-since-1996.

collectively have 73 electoral votes, which are more than sufficient to determine the winner of the 2020 General Election.[9]

24.     The Arizona Electors, along with Republican Presidential Electors in Georgia, Michigan, Pennsylvania, and Wisconsin, took this step as a result of the extraordinary events and substantial evidence of election fraud and other illegal conduct before, during and after the 2020 General Election in these States.  The Arizona Legislature has conducted legislative hearings into these voting fraud allegations, and is actively investigating these matters, including issuing subpoenas of Maricopa County, Arizona (which accounts for over 60% of Arizona's population and voters) voting machines for forensic audits.[10]

25.     On December 14, 2020, members of the Arizona Legislature passed a Joint Resolution in which they: (1) found that the 2020 General Election "was marred by irregularities so significant as to render it highly doubtful whether the certified result accurately represents the will of the voters;" (2) invoked the Arizona Legislature's authority under the Electors Clause and 5 U.S.C. § 2 to declare the 2020 General Election a failed election and to directly appoint Arizona's electors; (3) resolved that the Plaintiff Arizona Electors' "11 electoral votes be accepted for … Donald J. Trump or to have all electoral votes nullified completely until a full forensic audit can be conducted;" and (4) further resolved "that the United States Congress is not to consider a slate

---

[9] Republican Presidential Electors in the States of Nevada and New Mexico, which have Democrat majority state legislature, also met on December 14, 2020, at their State Capitols to cast their votes for President Trump and Vice President Pence.

[10] Maricopa County election officials have refused to comply with these subpoenas or to turn over voting machines or voting records and have sued to quash the subpoena.  Plaintiff Arizona Electors have moved to intervene in this Arizona state proceeding.  *See generally Maricopa Cty. v. Fann*, Case No. CV2020-016840 (Az. Sup. Ct. Dec. 18, 2020).

App155

of electors from the State of Arizona until the Legislature deems the election to be final and all irregularities resolved."[11]

26.   Public reports have also highlighted wide-spread election fraud in the other Contested States that prompted competing Electors' slates.[12]

27.   Republican Senators and Republican Members of the House of Representatives have also expressed their intent to oppose the certified slates of electors from the Contested States due to the substantial evidence of election fraud in the 2020 General Election.  Multiple Senators and House Members have stated that they will object to the Biden electors at the January 6, 2021 Joint Session of Congress.[13]  Plaintiff Gohmert will object to the counting of the Arizona electors voting for Biden, as well as to the Biden electors from the remaining Contested States.

28.   Based on the foregoing facts, Defendant Vice President Pence, in his capacity as President of the Senate and Presiding Officer at the January 6, 2021 Joint Session of Congress to select the next President, will be presented with the following circumstances: (1) competing slates of electors from the State of Arizona and the other Contested States (namely, Georgia, Michigan, Pennsylvania, and Wisconsin) (2) that represent sufficient electoral votes (a) if counted, to determine the winner of the 2020 General Election, or (b) if not counted, to deny either President Trump or former Vice President Biden sufficient votes to win outright; and (3) objections from at

---

[11] *See* **Ex. A**, "A Joint Resolution of the 54th Legislature, State of Arizona, To The 116th Congress, Office of the President of the Senate Presiding," December 14, 2020 ("December 14, 2020 Joint Resolution").

[12] *See The Immaculate Deception*, *Six Key Dimensions of Election Irregularities, The Navarro Report*. https://bannonswarroom.com/wp-content/uploads/2020/12/The-Immaculate-Deception-12.15.20-1.pdf

[13] *See, e.g., Dueling Electors and the Upcoming Joint Session of Congress*, by Zachary Steiber, Epoch Times, Dec. 17, 2020, *available at:* https://www.theepochtimes.com/explainer-dueling-electors-and-the-upcoming-joint-session-of-congress_3622992.html.

least one Senator and at least one Member of the House of Representatives to the counting of electoral votes from one or more of the Contested States.

29.     The choice between the Twelfth Amendment and 3 U.S.C. § 15 raises important procedural differences.  In the incoming 117th Congress, the Republican Party has a majority in 27 of the House delegations that would vote under the Twelfth Amendment.  The Democrat Party has a majority in 20 of those House delegations, and the two parties are evenly divided in three of those delegations.  By contrast, under 3 U.S.C. § 15, Democrats have a ten- or eleven-seat majority in the House, depending on the final outcome of the election in New York's 22nd District.

30.     Accordingly, it is the foregoing conflict between the Twelfth Amendment of the U.S. Constitution and Section 15 of the Electoral Count Act that establish the urgency for this Court to issue a declaratory judgment that Section 15 of the Electoral Count Act is unconstitutional.

## RELEVANT CONSTITUTIONAL AND STATUTORY PROVISIONS

31.     **Presidential Electors Clause.**  The U.S. Constitution grants State Legislatures the exclusive authority to appoint Presidential Electors:

> Each State shall appoint, in such Manner as the Legislature thereof may direct, a number of electors, equal to the whole Number of Senators and Representatives to which the State may be entitled in the Congress: but no Senator or Representative, or Person holding an Office of Trust or Profit under the United States, shall be appointed an Elector.  U.S. CONST. art. II, § 1 ("Electors Clause").

32.     The Supreme Court has affirmed that the "power and jurisdiction of the state [legislature]" to select electors "is exclusive," *McPherson v. Blacker*, 146 U.S. 1, 11 (1892); this power "cannot be taken from them or modified" by statute or even the state constitution," and "there is no doubt of the right of the legislature to resume the power at any time." *Id.* at 10 (citations omitted).  In *Bush v. Gore*, 531 U.S. 98 (2000), the Supreme Court reaffirmed *McPherson's* holding that "the state legislature's power to select the manner for appointing

App157

electors is plenary," *Bush*, 531 U.S. at 104 (*citing McPherson*, 146 U.S. at 35), noting that the state legislature "may, if it so chooses, select the electors itself," and that even after deciding to select electors through a statewide election, "can take back the power to appoint electors."  *Id.* (citation omitted).

33.     **The Twelfth Amendment.**  The Twelfth Amendment sets forth the procedures for counting electoral votes and for resolving disputes over whether and which electoral votes may be counted for a State.   The first section describes the meeting of the Electoral College and the procedures up to the casting of the electoral votes by the Presidential Electors in their respective states, which occurred on December 14, 2020, with respect to the 2020 General Election:

> The electors shall meet in their respective states and vote by ballot for President and Vice-President, one of whom, at least, shall not be an inhabitant of the same state with themselves; they shall name in their ballots the person voted for as President, and in distinct ballots the person voted for as Vice-President, and they shall make distinct lists of all persons voted for as President, and of all persons voted for as Vice-President, and of the number of votes for each, which lists they shall sign and certify, and transmit sealed to the seat of the government of the United States, directed to the President of the Senate.

U.S. CONST. amend. XII.

34.     The second section describes how Defendant Vice President Pence, in his role as President of the Senate and Presiding Officer for the January 6, 2021 Joint Session of Congress, shall "count" the electoral votes.

> The President of the Senate shall, in the presence of the Senate and House of Representatives, open all the certificates and the votes shall then be counted[.]

U.S. CONST. amend. XII.

35.     Under the Twelfth Amendment, Defendant Pence alone has the exclusive authority and sole discretion to open and permit the counting of the electoral votes for a given state, and where there are competing slates of electors, or where there is objection to any single slate of electors, to determine which electors' votes, or whether none, shall be counted.  Notably, neither

the Twelfth Amendment nor the Electoral Count Act, provides any mechanism for judicial review

of the Presiding Officer's determinations.[14]  Instead, the Twelfth Amendment and the Electoral

Count Act adopt different procedures for the President of the Senate (Twelfth Amendment) or both

Houses of Congress (Electoral Count Act) to resolve any such disputes and the authority for the

final determinations, in the event of disagreement, to different parties; namely, the Electoral Count

Act gives it to the Executive of the State; while the Twelfth Amendment vests sole authority with

the Vice President.

36.     The third section of the Twelfth Amendment sets forth the procedures for selecting

the President (solely) by the House of Representatives, in the event that no candidate has received

a majority of electoral votes counted by the President of the Senate.

> The person having the greatest number of votes for President, shall be the President,
> if such number be a majority of the whole number of electors appointed; *and if no
> person have such majority, then* from the persons having the highest numbers not
> exceeding three on the list of those voted for as President**,** *the House of
> Representatives shall choose immediately, by ballot, the President. But in choosing
> the President, the votes shall be taken by states, the representation from each state
> having one vote*; a quorum for this purpose shall consist of a member or members
> from two-thirds of the states, *and a majority of all the states shall be necessary to
> a choice*.   And if the House of Representatives shall not choose a President
> whenever the right of choice shall devolve upon them, before the fourth day of
> March next following, then the Vice-President shall act as President, as in the case
> of the death or other constitutional disability of the President.

U.S. CONST. amend. XII (emphasis added).

---

[14] *See, e.g.,* Nathan L. Colvin & Edward B. Foley, *The Twelfth Amendment: A Constitutional
Ticking Time Bomb*, U. of Miami L. Rev. 64:475, 526 (2010) (discussing reviews of the Electoral
Count Act's ("ECA") legislative history and concluding that, "[o]ne of the more thorough reviews
of the legislative history of the ECA reveals that Congress considered giving the Court some role
in the process but rejected the idea every time, and it was clear that Congress did not think the
Court had a constitutional role nor did it believe that the Court should have any jurisdiction at all."
Plaintiffs agree that resolution of disputes before Congress, arising on January 6, 2021, over
competing slates of electors, or objections to any slate of electors, are matters outside the purview
of federal courts; but the federal courts must determine whether the ECA is unconstitutional.  This
position is fully consistent with the declaratory judgment requested herein.

App159

37.     There are four key features of this Twelfth Amendment procedure that should be noted when comparing it with the Electoral Count Act's procedures: (1) the President is to be chosen solely by the House of Representatives, with no role for the Senate; (2) votes are taken by State (with one vote per State), rather than by individual House members; (3) the President is deemed the candidate that receives the majority of States' votes, rather than a majority of individual House members' votes; and (4) there are no other restrictions on this majority rule provision; in particular, no "tie breaker" or priority rules based on the manner or State authority that originally appointed the electors on December 14, 2020 as is the case under the Electoral Count Act (which gives priority to electors' certified by the State's executive).

38.     **The Electoral Count Act.**  The Electoral Count Act of 1887, as subsequently amended, includes a number of provisions that are in direct conflict with the text of the Electors Clause and the Twelfth Amendment.

39.     Sections 5 and 15 of the Electoral Count Act adopt an entirely different set of procedures for the counting of electoral votes, for addressing situations where one candidate does not receive a majority, and for resolving disputes.  Sections 16 to 18 of the Electoral Count Act provide additional procedural rules governing the Joint Session of Congress (to be held January 6, 2021 for the 2020 General Election).

40.     The first part of Section 15 is consistent with the Twelfth Amendment insofar as it provides that "the President of the Senate shall be their presiding officer" and that "all the certificates and papers purporting to be certificates of the electoral votes" are to be "opened by the President of the Senate." 3 U.S.C. § 15.  However, Section 15 diverges from the Twelfth Amendment by adopting procedures for the President of the Senate to "call for objections," and if there are objections made in writing by one Senator and one Member of the House of

App160

Representatives, then this shall trigger a dispute-resolution procedure found nowhere in the

Twelfth Amendment.

    41.      The Section 15's dispute resolution procedures are lengthy and reproduced in their

entirety below:

> When all objections so made to any vote or paper from a State shall have been
> received and read, the Senate shall thereupon withdraw, and such objections shall
> be submitted to the Senate for its decision; and the Speaker of the House of
> Representatives shall, in like manner, submit such objections to the House of
> Representatives for its decision; and no electoral vote or votes from any State which
> shall have been regularly given by electors whose appointment has been lawfully
> certified to according to section 6 of this title [3 USCS § 6][15] from which but one
> return has been received shall be rejected, *but the two Houses concurrently may*
> *reject the vote or votes when they agree that such vote or votes have not been so*
> *regularly given by electors whose appointment has been so certified.*  If more than
> one return or paper purporting to be a return from a State shall have been received
> by the President of the Senate, those votes, and those only, shall be counted which
> shall have been regularly given by the electors who are shown by the determination
> mentioned in section 5 [3 USCS § 5] of this title to have been appointed, if the
> determination in said section provided for shall have been made, or by such
> successors or substitutes, in case of a vacancy in the board of electors so
> ascertained, as have been appointed to fill such vacancy in the mode provided by
> the laws of the State; but in case there shall arise the question which of two or more
> of such State authorities determining what electors have been appointed, as
> mentioned in section 5 of this title [3 USCS § 5], *is the lawful tribunal of such State,*
> *the votes regularly given of those electors, and those only,* of such State shall be
> counted whose title as electors the two Houses, acting separately, shall concurrently
> decide is supported by the decision of such State so authorized by its law; and in
> such case of more than one return or paper purporting to be a return from a State,
> if there shall have been no such determination of the question in the State aforesaid,
> then those votes, and those only, shall be counted which the two Houses shall
> concurrently decide were cast by lawful electors appointed in accordance with the
> laws of the State, unless the two Houses, acting separately, shall concurrently
> decide such votes not to be the lawful votes of the legally appointed electors of such

---

[15] 3 U.S.C. § 6 is inconsistent with the Electors Clause—which provides that electors "shall sign
and certify, and transmit sealed to the seat of the government of the United States" the results of
their vote, U.S. Const. art. II, § 1, cl. 2-3—because § 6 relies on state executives to forward the
results of the electors' vote to the Archivist for delivery to Congress. 3 U.S.C. § 6. Although the
means of delivery are arguably inconsequential, the Constitution vests state executives with no
role whatsoever in the process of electing a President. A state executive lends no official
imprimatur to a given slate of electors under the Constitution.

State. *But if the two Houses shall disagree in respect of the counting of such votes, then, and in that case, the votes of the electors whose appointment shall have been certified by the executive of the State, under the seal thereof, shall be counted.* When the two Houses have voted, they shall immediately again meet, and the presiding officer shall then announce the decision of the questions submitted.  No votes or papers from any other State shall be acted upon until the objections previously made to the votes or papers from any State shall have been finally disposed of.

3 U.S.C. § 15 (emphasis added).

42.     First, the Electoral Count Act submits disputes over the "count" of electoral votes to both the House of Representatives and to the Senate.  The Twelfth Amendment envisages no such role for both Houses of Congress.  The President of the Senate, and the President of the Senate alone, shall "count" the electoral votes.  This intent is borne out by a unanimous resolution attached to the final Constitution that described the procedures for electing the first President (*i.e.*, for a time when there would not already be a Vice President), stating in relevant part "that the Senators should appoint a President of the Senate, for the sole Purpose of receiving, opening and counting the Votes for President."  2 M. Farrand, RECORDS OF THE FEDERAL CONVENTION OF 1787, at 666 (1911).  For all subsequent elections, when there would be a Vice President to act as President of the Senate, the Constitution vests the opening and counting in the Vice President.

43.     Second, the Electoral Count Act gives both the House of Representatives and the Senate the power to vote, or "decide," which of two or more competing slates of electors shall be counted, and it requires the concurrence of both to "count" the electoral votes for one of the competing slates of electors.

44.     Under the Twelfth Amendment, the President of the Senate has the sole authority to count votes in the first instance, and then the House may do so *only* in the event that no candidate receives a majority counted by the President of the Senate.  There is no role for the Senate to participate in choosing the President.

16

45.     Third, the Electoral Count Act eliminates entirely the unique mechanism by which

the House of Representatives under the Twelve Amendment is to choose the President, namely,

where "the votes shall be taken by states, the representation for each state having one vote." U.S.

CONST. amend. XII.  The Electoral Count Act is silent on how the House of Representatives is to

"decide" which electoral votes were cast by lawful electors.

46.     Fourth, the Electoral Count Act adopts a priority rule, or "tie breaker," "if the two

Houses shall disagree in respect of counting of such votes," in which case "the votes of the electors

whose appointment shall have been certified by the executive of the State … shall be counted."

This provision not only conflicts with the President of the Senate's exclusive authority and sole

discretion under the Twelfth Amendment to decide which electoral votes to count, but also with

the State Legislature's exclusive and plenary authority under the Electors Clause to appoint the

Presidential Electors for their State.

47.     The Electoral Count Act is unconstitutional because it exceeds the power of

Congress to enact.  It is well settled that "one legislature may not bind the legislative authority of

its successors," United *States v. Winstar Corp.*, 518 U.S. 839, 872 (1996), which is a foundational

and "centuries-old concept," *id.*, that traces to Blackstone's maxim that "Acts of parliament

derogatory from the power of subsequent parliaments bind not." *Id.* (quoting 1 WILLIAM

BLACKSTONE, COMMENTARIES *90).  "There is no constitutionally prescribed method by

which one Congress may require a future Congress to interpret or discharge a constitutional

responsibility in any particular way."  Laurence H. Tribe, *Erog v. Hsub and Its Disguises: Freeing

Bush v. Gore *from Its Hall of Mirrors*, 115 HARV. L. REV. 170, 267 n.388 (2001).

48.     The Electoral Count Act also violates the Presentment Clause by purporting to

create a type of bicameral order, resolution, or vote that is not presented to the President.  *See* U.S.

CONST. art. I, § 7, cl. 3 ("Every Order, Resolution, or Vote, to Which the Concurrence of the

Senate and House of Representatives may be necessary (except on a question of Adjournment)

shall be presented to the President of the United States; and before the Same shall take Effect, shall

be approved by him, or being disapproved by him, shall be repassed by two thirds of the Senate

and House of Representatives, according to the Rules and Limitations prescribed in the Case of a

Bill.")

49.     The House and Senate cannot resolve the issues that the Electoral Count Act asks

them to resolve without either a supermajority in both houses or presentment.  The Electoral Count

Act similarly restricts the authority of the House of Representatives and the Senate to control their

internal discretion and procedures pursuant to Article I, Section 5 which provides that "[e]ach

House may determine the Rules of its Proceedings …" U.S. CONST. art. I, § 5, cl. 2.

50.     Further, the Electoral Count Act improperly delegates tie-breaking authority to

State executives (who have no agency under the Electors Clause or election amendments) when a

State presents competing slates that Congress cannot resolve, or when an objection is presented to

a particular slate of electors.

51.     The Electoral Count Act also violates the non-delegation doctrine, the separation-

of-powers and anti-entrenchment doctrines.  *See generally* Chris Land & David Schultz, *On the

Unenforceability of the Electoral Count Act*, 13 Rutgers J.L. & Pub. Policy 340, 364-377 (2016).

## JUSTICIABILITY AND JURISDICTION

52.     **This Court Can Grant Declaratory Judgment in a Summary Proceeding.**  This

Court has the authority to enter a declaratory judgment and to provide injunctive relief pursuant to

Rules 57 and 65 of the Federal Rules of Civil Procedure and 28 U.S.C. §§ 2201 and 2202.  The

court may order a speedy hearing of a declaratory judgment action.  Fed. Rules Civ. Proc. R. 57,

App164

Advisory Committee Notes.  A declaratory judgment is appropriate when it will "terminate the controversy" giving rise to the proceeding.  *Id.*  Inasmuch as it often involves only an issue of law on undisputed or relatively undisputed facts, it operates frequently as a summary proceeding, justifying docketing the case for early hearing as on a motion.  *Id.*

53.       As described above, Plaintiffs' claims involve legal issues only – specifically, whether the Electoral Count Act violates the Twelfth Amendment of the U.S. Constitution – that do not require this court to resolve any disputed factual issues.

54.       Moreover, the factual issues related to the justiciability of Plaintiffs' claims are not in dispute.  To assist this Court to grant the relief on the expedited basis requested herein, Plaintiffs address a number of likely objections to this Court's jurisdiction and the justiciability of Plaintiffs' claims that may be raised by Defendant.

55.       **Plaintiffs Have Standing.**  Plaintiffs have standing as including a Member of the House of Representatives, Members of the Arizona Legislature, and as Presidential Electors for the State of Arizona.

56.       Prior to December 14, 2020, Plaintiff Arizona Electors had standing under the Electors Clause as candidates for the office of Presidential Elector because, under Arizona law, a vote cast for the Republican Party's President and Vice President is cast for the Republican Presidential Electors.  *See* ARS § 16-212.  Accordingly, Plaintiff Arizona Electors, like other candidates for office, "have a cognizable interest in ensuring that the final vote tally reflects the legally valid votes cast," as "[a]n inaccurate vote tally is a concrete and particularized injury to candidates such as the Electors." *Carson v. Simon*, 978 F.3d 1051, 1057 (8th Cir. 2020) (affirming that Presidential Electors have Article III and prudential standing under Electors Clause).  *See also Wood v. Raffensperger*, No. 20-14418, 2020 WL 7094866, *10 (11th Cir. Dec. 5, 2020) (affirming

that if Plaintiff voter had been a candidate for office "he could assert a personal, distinct injury" required for standing); *Trump v. Wis. Elections Comm'n*, No. 20-cv-1785, 2020 U.S. Dist. LEXIS 233765 at *26 (E.D. Wis. Dec. 12, 2020) (President Trump, "as candidate for election, has a concrete particularized interest in the actual results of the election.").

57.    But for the alleged wrongful conduct of Arizona executive branch and Maricopa County officials under color of law, by certifying a fraudulently produced election result in Mr. Biden's favor, the Plaintiff Arizona Electors would have been certified as the presidential electors for Arizona, and Arizona's Governor and Secretary of State would have transmitted uncontested votes for Donald J. Trump and Michael R. Pence to the Electoral College.  The certification and transmission of a competing slate of Biden electors has resulted in a unique injury that only Plaintiff Arizona Electors could suffer, namely, having a competing slate of electors take their place and their votes in the Electoral College.

58.    The upcoming January 6, 2021 Joint Session of Congress provides further grounds of standing for the requested declaratory judgment that the Electoral Count Act is unconstitutional. Then, Plaintiffs are certain or nearly certain to suffer an injury-in-fact caused by Defendant Vice President Pence, acting as Presiding Officer, if Defendant ignores the Twelfth Amendment and instead follows the procedures in Section 15 of the Electoral Count Act to resolve the dispute over which slate of Arizona electors is to be counted.

59.    The Twelfth Amendment gives Defendant exclusive authority and sole discretion as to which set of electors to count, or not to count any set of electors; if no candidate receives a majority of electoral votes, then the President is to be chosen by the House, where "the votes shall be taken by States, the representation from each state having one vote."  U.S. CONST. amend. XII.  If Defendant Pence instead follows the procedures in Section 15 of the Electoral Count Act,

Plaintiffs' electoral votes will not be counted because (a) the Democratic majority House of Representatives will not "decide" to count the electoral votes of Plaintiff Republican electors; and (b) either the Senate will concur with the House not to count their votes, or the Senate will not concur, in which case, the electoral votes cast by Biden's electors will be counted because the Biden slate of electors was certified by Arizona's executive.

60.     It is sufficient for the purposes of declaratory judgment that the injury is threatened. The declaratory and injunctive relief requested by Plaintiffs "may be made before actual completion of the injury-in-fact required for Article III standing," namely, the application of Section 15 of the Electoral Count Act, rather than the Twelfth Amendment to resolve disputes over which of two competing slates of electors to count "if the plaintiff can show an actual present harm or significant possibility of future harm to demonstrate the need for pre-enforcement review."  10 FED. PROC. L. ED. § 23.26 ("Standing to Seek Declaratory Judgment") (citations omitted).

61.     Plaintiffs have demonstrated above that this injury-in-fact is to occur at the January 6, 2021 Joint Session of Congress, and they seek the requested declaratory and injunctive relief "only in the last resort, and as a necessity in the determination of a vital controversy."  *Id.*

62.     **Plaintiffs Present a Live "Case or Controversy."**  Plaintiffs' claims present a live "case or controversy" with the Defendant, rather than hypothetical or abstract dispute, that can be litigated and decided by this Court through the requested declaratory and injunctive relief.  Here there is a clear threat of the application of an unconstitutional statute, Section 15 of the Electoral Count Act, which is sufficient to establish the requisite case or controversy.  *See, e.g., Navegar, Inc. v. U.S.*, 103 F.3d 994, 998 (D.C. Cir. 1997) ("the threat of prosecution provides the foundation of justiciability as a constitutional and prudential matter, and the Declaratory Judgments Act provides the mechanism for seeking pre-enforcement review in federal court.").

App167

63.     First, the events of December 14, 2020, gave rise to two competing slates of electors for the State of Arizona: the Plaintiff Arizona Electors, supported by Arizona State legislators (as evidenced by the December 14, 2020 Joint Resolution and the participation of Arizona legislator Plaintiffs), who cast their electoral votes for President Trump and Vice President Pence, and one certified by the Arizona state executives who cast their votes for former Vice President Biden and Senator Harris.  Second, the text of the Twelfth Amendment of the Constitution expressly commits to the Defendant Vice President Pence, acting as the President of the Senate and Presiding Officer for the January 6, 2021 Joint Session of Congress, the authority and discretion to "count" electoral votes, *i.e.*, deciding in his sole discretion as to which one of the two, or neither, set of electoral votes shall be counted.  The Electoral Count Act similarly designates Defendant as the Presiding Officer responsible for opening and counting electoral votes, but sets forth a different set of procedures, inconsistent with the Twelfth Amendment, for deciding which of two or more competing slates of electors and electoral votes, or neither, shall be counted.

64.     Accordingly, a controversy presently exists due to: (1) the existence of competing slates of electors for Arizona and the other Contested States, and (2) distinct and inconsistent procedures under the Twelfth Amendment and the Electoral Count Act to determine which slate of electors and their electoral votes, or neither, shall be counted in choosing the next President. Further, this controversy must be resolved at the January 6, 2021 Joint Session of Congress. Finally, the Constitution expressly designates Defendant Pence as the individual who decides which set of electoral votes, or neither, to count, and the requested declaratory judgment that the procedures under Electoral Count Act are unconstitutional is necessary to ensure that Defendant Pence counts electoral votes in a manner consistent with the Twelfth Amendment of the U.S. Constitution.

65.     The injuries that Plaintiffs assert affect the procedure by which the status of their votes will be considered, which lowers the thresholds for immediacy and redressability under this Circuit's and the Supreme Court's precedents. *Nat'l Treasury Employees Union v. U.S.,* 101 F.3d 1423, 1428-29 (D.C. Cir. 1996); *Lujan v. Defenders of Wildlife,* 504 U.S. 555, 571-72 & n.7 (1992).  Similarly, a plaintiff with concrete injury can invoke Constitution's structural protections of liberty.  *Bond v. United States*, 564 U.S. 211, 222-23 (2011).

66.     **Plaintiffs' Claims Are Ripe for Adjudication.**  Plaintiffs' claims are ripe for the same reasons that they present a live "case or controversy" within the meaning of Article III. "[T]he ripeness doctrine seeks to separate matters that are premature for review because the injury is speculative and may never occur from those cases that are appropriate for federal court action." *Roark v. Hardee LP v. City of Austin*, 522 F.3d 533, 544 n.12 (5th Cir. 2008) (*quoting* ERWIN CHEMERINSEY, FEDERAL JURISDICTION § 2.4.18 (5th Ed. 2007)).  As explained above, the facts underlying the justiciability of Plaintiffs' claims are not in dispute.  Further, it is certain or nearly certain that Plaintiffs will suffer an injury-in-fact at the January 6, 2021 Joint Session of Congress, if Defendant Pence disregards the exclusive authority and sole discretion granted to him under the Twelfth Amendment to "count" electoral votes, and instead follows the conflicting and unconstitutional procedures in Section 15 of the Electoral Count Act, pursuant to which Plaintiffs' electoral votes will be disregarded in favor of the competing electors for the State of Arizona.

67.     **Plaintiffs' Claims Are Not Moot.**  Plaintiffs seek prospective declaratory judgment that portions of the Electoral Count Act are unconstitutional and injunctive relief prohibiting Defendant from following the procedures in Section 15 thereof that authorize the House and Senate jointly to resolve disputes regarding competing slates of electors.  This prospective relief would apply to Defendants' future actions at the January 6, 2021 Joint Session

of Congress.  The requested relief thus is not moot because it is prospective and because it addresses an unconstitutional "ongoing policy" embodied in the Electoral Count Act that is likely to be repeated and will evade review if the requested relief is not granted.  *Del Monte Fresh Produce v. U.S.*, 570 F.3d 316, 321-22 (D.C. Cir. 2009).

### COUNT I

### DEFENDANT WILL NECESSARILY VIOLATE THE TWELFTH AMENDMENT AND THE ELECTORS CLAUSE OF THE UNITED STATES CONSTITUTION IF HE FOLLOWS THE ELECTORAL COUNT ACT.

68.     Plaintiffs reallege all preceding paragraphs as if fully set forth herein.

69.     The Electors Clause states that "[e]ach State shall appoint, in such Manner as the Legislature thereof may direct, a Number of Electors" for President and Vice President.  U.S. Const. art. II, §1, cl. 2 (emphasis added).

70.     The Twelfth Amendment of the U.S. Constitution gives Defendant Vice President, as President of the Senate and the Presiding Officer of January 6, 2021 Joint Session of Congress, the exclusive authority and sole discretion to "count" the electoral votes for President, as well as the authority to determine which of two or more competing slates of electors for a State, or neither, may be counted, or how objections to any single slate of electors is resolved.  In the event no candidate receives a majority of the electoral votes, then the House of Representatives shall have sole authority to choose the President where "the votes shall be taken by states, the representation from each state having one vote."  U.S. CONST. amend. XII.

71.     Section 15 of the Electoral Count Act replaces the procedures set forth in the Twelfth Amendment with a different and inconsistent set of decision making and dispute resolution procedures.  As detailed above, these provisions of Section 15 of the Electoral Count Act are unconstitutional insofar as they require Defendant: (1) to count the electoral votes for a

App170

State that have been appointed in violation of the Electors Clause; (2) limits or eliminates his exclusive authority and sole discretion under the Twelfth Amendment to determine which slates of electors for a State, or neither, may be counted; and (3) replaces the Twelfth Amendment's dispute resolution procedure which provides for the House of Representatives to choose the President under a procedure where "the votes shall be taken by states, the representation from each state having one vote" – with an entirely different procedure in which the House and Senate each separately "decide" which slate is to be counted, and in the event of a disagreement, then only "the votes of the electors  whose appointment shall have been certified by the executive of the State … shall be counted." 3 U.S.C. § 15.

72.      Section 15 of the Electoral Count Act also violates the Electors Clause by usurping the exclusive and plenary authority of State Legislatures to determine the manner of appointing Presidential Electors and gives that authority instead to the State's Executive.

## PRAYER FOR RELIEF

73.      Accordingly, Plaintiffs respectfully request that this Court issue a judgment that:

A.  Declares that Section 15 of the Electoral Count Act, 3 U.S.C. §§5 and 15, is unconstitutional because it violates the Twelfth Amendment on its face, Amend. XII, Constitution;

B.  Declares that Section 15 of the Electoral Count Act, 3 U.S.C. §§5 and 15, is unconstitutional because it violates the Electors Clause. U.S. CONST. art. II, § 1, cl. 1;

C.  Declares that Vice-President Pence, in his capacity as President of Senate and Presiding Officer of the January 6, 2021 Joint Session of Congress, is subject solely to the requirements of the Twelfth Amendment and may exercise the

App171

exclusive authority and sole discretion in determining which electoral votes to

count for a given State;

D.  Enjoins reliance on any provisions of the Electoral Count Act that would limit

Defendant's exclusive authority and his sole discretion to determine which of two

or more competing slates of electors' votes are to be counted for President;

E.  Declares that, with respect to competing slates of electors from the State of

Arizona or other Contested States, or with respect to objection to any single slate

of electors, the Twelfth Amendment contains the exclusive dispute resolution

mechanisms, namely, that (i) Vice-President Pence determines which slate of

electors' votes shall be counted, or if none be counted, for that State and (ii) if no

person has a majority, then the House of Representatives (and only the House of

Representatives) shall choose the President where "the votes [in the House of

Representatives] shall be taken by states, the representation from each state

having one vote," U.S. CONST. amend. XII;

F.  Declares that, also with respect to competing slates of electors, the alternative

dispute resolution procedure or priority rule in 3 U.S.C. § 15, is null and void

insofar as it contradicts and replaces the Twelfth Amendment rules above by with

an entirely different procedure in which the House and Senate each separately

"decide" which slate is to be counted, and in the event of a disagreement, then

only "the votes of the electors  whose appointment shall have been certified by

the executive of the State … shall be counted,"  3 U.S.C. § 15;

G.  Enjoins the Defendant from executing his duties on January 6th during the Joint
Session of Congress in any manner that is insistent with the declaratory relief set
forth herein, and

H.  Issue any other declaratory judgments or findings or injunctions necessary to
support or effectuate the foregoing declaratory judgment.

74.    Plaintiffs have concurrently submitted a motion for a speedy summary proceeding
under FRCP Rule 57 to grant the relief requested herein ***as soon as practicable***, and for emergency
injunctive relief under FRCP Rule 65 thereof consistent with the declaratory judgment requested
herein on that same date.

App173

Dated: December 27, 2020

Howard Kleinhendler
Howard Kleinhendler Esquire
NY Bar No. 2657120
369 Lexington Ave., 12th Floor
New York, New York 10017
Tel: (917) 793-1188
Fax: (732) 901-0832
Email: howard@kleinhendler.com

Lawrence J. Joseph
DC Bar No. 464777
Law Office of Lawrence J. Joseph
1250 Connecticut Ave, NW, Suite 700-1A
Washington, DC 20036
Tel: (202) 355-9452
Fax: 202) 318-2254
Email: ljoseph@larryjoseph.com

Respectfully submitted,

___ /s/ William Lewis Sessions____
William Lewis Sessions
Texas Bar No. 18041500
Sessions & Associates, PLLC
14591 North Dallas Parkway, Suite 400
Dallas, TX 75254
Tel: (214) 217-8855
Fax: (214) 723-5346 (fax)
Email: lsessions@sessionslaw.net

Julia Z. Haller
DC Bar No. 466921
Brandon Johnson
DC Bar No. 491370
Defending the Republic
601 Pennsylvania Ave., NW
Suite 900
South Building
Washington, DC 20004
Tel: (561) 888-3166
Fax: 202-888-2162
Email: hallerjulia@outlook.com
Email: brandoncjohnson6@aol.com

**COUNSEL FOR PLAINTIFFS
LOUIE GOHMERT, TYLER BOWYER,
NANCY COTTLE, JAKE HOFFMAN,
ANTHONY KERN, JAMES R. LAMON,
SAM MOORHEAD, ROBERT
MONTGOMERY, LORAINE
PELLEGRINO, GREG SAFSTEN, KELLI
WARD and MICHAEL WARD**

App174